## CASE SUMMARY

Case Number **CR 14 00712**

U.S.A. v. Edward Wishner

Defendant Number 2

Year of Birth 1938

☐ Indictment ☑ Information

Investigative agency (FBI, DEA, etc.) FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense

☐ Class B Misdemeanor ☐ Class C Misdemeanor ☑ Felony

b. Date of Offense 1999-8/2014

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☑ Los Angeles    ☐ Ventura

☐ Orange    ☐ Santa Barbara

☐ Riverside    ☐ San Luis Obispo

☐ San Bernardino    ☐ Other _____

Citation of Offense  18 U.S.C. 1341, 1343, 1349, 2

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No    ☐ Yes

IF YES    Case Number   n/a

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE**  n/a

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  n/a

Case Number    n/a

Charging    n/a

The complaint:    ☐ is still pending

☐ was dismissed on:  n/a

## PREVIOUS COUNSEL

Was defendant previously represented?  ☐ No    ☐ Yes

IF YES, provide, Name:  n/a

Phone Number:  n/a

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*    ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☐ No

This is the n/a    superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
n/a

Case Number    n/a

The superseded case:

☐ is still pending before Judge/Magistrate Judge

n/a

☐ was previously dismissed on  n/a

Are there 8 or more defendants in the superseding case?
☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes          ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?          ☐ YES     ☑ NO

IF YES, list language and/or dialect:

n/a

## OTHER

☑ Male          ☐ Female

☑ U.S. Citizen          ☐ Alien

Alias Name(s)     n/a

This defendant is charged in:          ☑ All counts

☐ Only counts: n/a

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?          ☐ Yes     ☑ No

IF YES, should matter be sealed?     ☐ Yes     ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud          ☐ public corruption

☐ government fraud          ☐ tax offenses

☐ environmental issues          ☑ mail/wire fraud

☐ narcotics offenses          ☐ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☐ Other _____

## CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint:   n/a

b. Posted bond at complaint level on:   n/a

    in the amount of $ n/a

c. PSA supervision?          ☐ Yes          ☐ No

d. Is on bail or release from another district:

    n/a

Defendant is **in** custody:

a. Place of incarceration:     ☐ State     ☐ Federal

b. Name of Institution:   n/a

c. If Federal: U.S. Marshal's Registration Number:

    n/a

d. ☐ Solely on this charge. Date and time of arrest:

    n/a

e. On another conviction:     ☐ Yes          ☐ No

    IF YES:     ☐ State     ☐ Federal     ☐ Writ of Issue

f. Awaiting trial on other charges: :     ☐ Yes          ☐ No

    IF YES:     ☐ State     ☐ Federal     AND

    Name of Court:   n/a

Date transferred to federal custody:   n/a

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____ 20 ____ 21 ____ 40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:  n/a

Date _____ 12/15/2014 _____

Signature of Assistant U.S. Attorney

Ranee A. Katzenstein
Print Name