Case Number **CR 14 00712**  
U.S.A. v. Joel Barry Gillis

Defendant Number 1  
Year of Birth 1940

☐ Indictment  ☑ Information  Investigative agency (FBI, DEA, etc.) FBI

FILED 2014 DEC 16 AM 11:49

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

## OFFENSE/VENUE

a. Offense charged as a :

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense  
☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense  1999-8/2014  
c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☑ Los Angeles   ☐ Ventura  
☐ Orange        ☐ Santa Barbara  
☐ Riverside     ☐ San Luis Obispo  
☐ San Bernardino ☐ Other _____

Citation of Offense  18 USC 1341, 1343, 1349, 2

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No  ☐ Yes

IF YES  Case Number  n/a

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**  n/a

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  n/a  
Case Number  n/a  
Charging  n/a

The complaint:  ☐ is still pending  
☐ was dismissed on:  n/a

## PREVIOUS COUNSEL

Was defendant previously represented?  ☐ No  ☐ Yes

IF YES, provide, Name:  n/a  
Phone Number:  n/a

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?  
☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
☐ Yes*     ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the  n/a  superseding charge, i.e. 1st, 2nd.  
The superseding case was previously filed on:  
n/a  
Case Number  n/a  
The superseded case:

☐ is still pending before Judge/Magistrate Judge  
n/a

☐ was previously dismissed on  n/a

Are there 8 or more defendants in the superseding case?  
☐ Yes*     ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
☐ Yes*     ☐ No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required? ☐ YES ☑ NO
IF YES, list language and/or dialect:
n/a

### OTHER

☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien

Alias Name(s) n/a

This defendant is charged in: ☑ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud   ☐ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues          ☑ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☐ Other _____

### CUSTODY STATUS

**Defendant is not in custody:**

a. Date and time of arrest on complaint: n/a

b. Posted bond at complaint level on: n/a

   in the amount of $ n/a

c. PSA supervision? ☐ Yes ☐ No

d. Is on bail or release from another district:
   n/a

**Defendant is in custody:**

a. Place of incarceration: ☐ State ☐ Federal

b. Name of Institution: n/a

c. If Federal: U.S. Marshal's Registration Number:
   n/a

d. ☐ Solely on this charge. Date and time of arrest:
   n/a

e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal   AND
   Name of Court: n/a

Date transferred to federal custody: n/a

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___ 20 ___ 21 ___ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: n/a

Date  12/15/2014

Signature of Assistant U.S. Attorney
Ranee A. Katzenstein
Print Name