STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     E-mail:    Ranee.Katzenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-712-SJO |
|---|---|
| Plaintiff, | EXHIBIT A: STATEMENT OF FACTS IN SUPPORT OF ENTRY OF GUILTY PLEAS BY DEFENDANT JOEL BARRY GILLIS |
| v. | |
| JOEL BARRY GILLIS, and EDWARD WISHNER | [Filed pursuant to the Court's Order at the continued hearing on defendant Gillis' change of plea on January 21, 2015] |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ranee A. Katzenstein, hereby files *Exhibit A: Statement of Facts in Support of Entry of Guilty Pleas by Defendant JOEL BARRY GILLIS* ("Exhibit A"). Exhibit A was read into the record at the hearing on defendant GILLIS' change of plea which began on January 13, 2015 and continued on January 21, 2015, and was incorporated into the record of the proceedings by

order of the Court.  The Court further ordered that Exhibit A be filed as a separate document.  Exhibit A is attached hereto.

Dated: January 21, 2015					Respectfully submitted,

								STEPHANIE YONEKURA
								Acting United States Attorney

								ROBERT E. DUGDALE
								Assistant United States Attorney
								Chief, Criminal Division


								       /s/
								RANEE A. KATZENSTEIN
								Assistant United States Attorney

								Attorneys for Plaintiff
								UNITED STATES OF AMERICA

2