UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 14-00712 SJO | Date | January 21, 2015 |
|---|---|---|---|

| Present: The Honorable | S. James Otero, United States District Judge |
|---|---|
| Interpreter | Not required |

| Victor Paul Cruz | Debbie Hino-Spaan | Ranee Katzenstein / Paul G. Stern |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Joel Barry Gillis | xx | | xx | James W. Spertus | xx | | xx |

**Proceedings:**   **GUILTY PLEA RE FOUR COUNT INFORMATION**

Matter called.

The Court indicates that this matter was continued from 1/13/15 because the defendant became ill.

Defendant's counsel affirms all of the findings that the Court previously made at the 1/13/15 hearing.

The Court indicates that the government has filed a document "Exhibit A" which is the statement of facts in support of entry of guilty plea for the defendant. The defendant acknowledges that he has reviewed the factual basis with his counsel and that it is true and correct.

The Court indicates that the previous hearing the defendant fell ill at the time the parties were discussing the factual basis. Defendant acknowledges that he understood everything that occurred on that date.

Defendant is placed under oath.

Defendant indicates that he has consumed prescribed medication within the last 72 hours but he acknowledges that he feels well enough to proceed with today's hearing.

Defendant's counsel indicates that he has reviewed all the possible discovery and facts and things that would impact his decision to plead guilty. Defendant's counsel indicates that he has reviewed the facts of the case and the discovery with the defendant. Additionally, that he has explored any possible defense with his client and that he believes there is a factual basis for the plea, and that it is in his client's best interests to enter a guilty plea.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

The Court is advised that the defendant will enter a guilty plea to the four count information.

The Court indicates that at the 1/13/15 hearing that the defendant was advised of his constitutional rights.  Defendant again that he understands these rights and that he waives and gives up these rights.

Defendant acknowledges that he understands the penalties and the requirement for restitution that could be imposed.

The Court advises the defendant that the Court will consider the sentencing guidelines and that the guidelines are not mandatory but advisory only.  Defendant acknowledges that he has reviewed the guidelines with his counsel.  The Court retains discretion in sentencing.

Defendant indicates that no promises have been made in exchange for a plea of guilty or that no one has made any threat, or used force against him or his family to enter guilty plea.  Defendant enters plea freely and voluntarily.

Defendant acknowledges that Exhibit A, the factual basis, is correct.

Government counsel indicates that it is satisfied that the Court has complied with the requirements of the Federal Rules of Criminal Procedure.

Defendant acknowledges that he signed the waiver of the indictment.

Defendant enters a plea of guilty to the four count information Defendant's counsel concurs with the guilty plea.

The Court questioned the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea. The Court finds that the defendant has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea. The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to Monday, March 30, 2015 @ 9:00 a.m. for sentencing.

Position papers shall be filed by Monday, March 16, 2015.

The Court vacates the trial date as to this defendant.

|  | : | 21. |
|---|---|---|
|  | Initials of Deputy Clerk | vpc |

cc: Probation Office