UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CR 14-00712-SJO | Date August 10, 2015 |

Present: The Honorable  S. James Otero

Interpreter  Not required

| Victor Paul Cruz | Not Present | Ranee Katzenstein / Paul G Stern |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Joel Barry Gillis | not | | xx | James W Spertus | not | | xx |
| (2) Edward Wishner | not | | xx | Reuven L Cohen | not | | xx |

**Proceedings:**   IN CHAMBERS

The Court is in receipt of a letter, sent directly to Judge Otero from victim S.R. in this matter. Because only counsel may submit filings for consideration, the Court forwards said letter to counsel for the government and defendant and to the U.S. Probation Officer for determination of its filing.

                                                                                         :
                                                                Initials of Deputy Clerk   vpc

CC:   Probation Office