EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
PAUL G. STERN (Cal. Bar No. 162734)
Assistant United States Attorney
Senior Litigation Counsel, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0715
    Facsimile: (213) 894-6269
    E-mail:    paul.stern@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-712-SJO |
|---|---|
| Plaintiff, | GOVERNMENT'S OPPOSITION TO DEFENDANTS GILLIS AND WISHNER'S JOINT EX PARTE APPLICATION TO CONTINUE SENTENCING; DECLARATION OF PAUL G. STERN IN SUPPORT THEREOF |
| v. | |
| JOEL BARRY GILLIS, and EDWARD WISHNER, | |
| Defendants. | Hearing Date: [None requested] |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Paul G. Stern, hereby files its Opposition to Defendants Joel Barry Gillis and Edward Wishner's Joint Ex Parte Application to Continue Sentencing of both defendants. The government's Opposition is based upon the attached declaration of Paul G. Stern, the files and records in this case, and such further evidence and argument as the Court may permit.

    For the reasons set forth in detail in the Stern declaration, the government opposes any further continuance of the sentencing

hearing in this matter beyond the currently scheduled date of September 21, 2015.  The government respectfully submits that defendants have been in possession of the underlying financial records necessary for any reasonable loss calculation, as well as evidence relating to the circumstances of defendants' offense conduct, for nearly six months, and accordingly defendants have had more than ample time to formulate whatever sentencing analysis and arguments that they deem essential to a proper determination of a fair and just sentence in their respective cases.  Given the gravity and magnitude of defendants' offense conduct, which has caused severe financial harm to in excess of 1000 victims, any further continuance of this matter is not in the interests of justice, will serve only to delay the proceedings and to impair the rights of victims to have the Court and the Receiver address the full scope of their losses in a timely manner.

Dated: August 12, 2015          Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


          /s/ *Paul G. Stern*
PAUL G. STERN
Assistant United States Attorney
Senior Litigation Counsel

Attorneys for Plaintiff
UNITED STATES OF AMERICA