EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
PAUL STERN (Cal. Bar No. 162734)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0715
     Facsimile: (213) 894-6269
     E-mail:    paul.stern@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>             v.<br><br>JOEL BARRY GILLIS, and<br>EDWARD WISHNER,<br>        Defendant. | No. CR 14-00712-SJO<br><br>NOTICE OF ERRATUM RE: GOVERNMENT'S OPPOSITION TO DEFENDANTS GILLIS AND WISHNER'S JOINT EX PARTE APPLICATION TO CONTINUE SENTENCING; DECLARATION OF PAUL G. STERN IN SUPPORT THEREOF, DOCKET ENTRY NO. 71 |

   The government hereby files, this erratum to its e-filing of GOVERNMENT'S OPPOSITION TO DEFENDANTS GILLIS AND WISHNER'S JOINT EX PARTE APPLICATION TO CONTINUE SENTENCING; DECLARATION OF PAUL G. STERN IN SUPPORT THEREOF, docket number 71, filed on August 12, 2015.

   While, the correct event was selected for this e-filing and linked accordingly, the docket text is in error and should not list Paul G. Stern as a defendant in this case.  We kindly ask that the docket text be corrected to read as follows:

1  "OPPOSITION to EX PARTE APPLICATION to Continue Sentencing from
2  September 21, 2015 to December 14, 2015. [70] filed by Plaintiff USA
3  as to Defendant JOEL BARRY GILLIS and EDWARD WISHNER. (Attachments:
4  # (1) Declaration of Paul G. Stern)(Stern, Paul)."

6  Dated: August 13, 2015          Respectfully submitted,

7                                  EILEEN M. DECKER
                                   United States Attorney
8
                                   LAWRENCE S. MIDDLETON
9                                  Assistant United States Attorney
                                   Chief, Criminal Division
10

11                                  */s/ Paul G. Stern*
                                   PAUL STERN
12                                 Assistant United States Attorney

13                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA