EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     E-mail:    ranee.katzenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-712-SJO |
|---|---|
| Plaintiff, | GOVERNMENT'S PARTIAL OPPOSITION TO DEFENDANTS GILLIS AND WISHNER'S RENEWED JOINT EX PARTE APPLICATION TO CONTINUE SENTENCING |
| v. | |
| JOEL BARRY GILLIS, and EDWARD WISHNER, | Hearing Date: [None requested] |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ranee A. Katzenstein, hereby files its Partial Opposition to Defendants Joel Barry Gillis and Edward Wishner's Renewed Joint Ex Parte Application to Continue Sentencing of both defendants. The government's partial opposition is based upon the attached declaration of Ranee A. Katzenstein, the files and records in this case, and such further evidence and argument as the Court may permit.

For the reasons set forth in detail in the Katzenstein declaration, the government does not oppose a four-week continuance

of the sentencing hearing to October 19, 2015, in order to afford defendants the opportunity to review financial records recently produced to defendants and to prepare for sentencing. However, the government does oppose defendants' request for the significantly more lengthy three-month continuance they seek, principally because the more lengthy continuance will serve only to delay the proceedings and to impair the rights of victims to have the Court and the Receiver address the full scope of their losses in a timely manner.

Dated: August 19, 2015           Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


          /s/ *Ranee A. Katzenstein*
RANEE A. KATZENSTEIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2