SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Samuel A. Josephs (SBN 284035)
1990 S. Bundy Dr., Suite 705
Los Angeles, California  90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711
jim@spertuslaw.com
sam@spertuslaw.com

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

FILED
CLERK, U.S. DISTRICT COURT

August 21, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL BARRY GILLIS,<br><br>Defendant. | Case No. CR 14-712-SJO<br><br>**ORDER CONTINUING SENTENCING** |

The Court, having considered Defendants Joel Barry Gillis and Edward Wishner's renewed joint *ex parte* application to continue sentencing in this case to December 14, 2015, at 9:00 a.m., hereby ORDERS sentencing continued to November 16, 2015, at 9:00 a.m.  The parties' sentencing position papers, including objections to the Presentence Report, shall be due November 2, 2015.

*S. James Otero*

Dated:  August 21, 2015.        By: _____
                                Honorable S. JAMES OTERO
                                United States District Judge

CC:  PROBATION OFFICE