SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Samuel A. Josephs (SBN 284035)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711

Attorneys for Defendant Joel Barry Gillis

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOEL BARRY GILLIS,<br><br>    Defendant. | CASE NO.  CR 14-00712-SJO<br><br>**EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SAMUEL A. JOSEPHS**<br><br>Date:            November 16, 2015<br>Time:           9:00 a.m. |

TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD, PLEASE TAKE NOTICE THAT defendant Joel Barry Gillis, by and through his counsel of record, Spertus, Landes & Umhofer, LLP, hereby moves *ex parte* for an order allowing him to file under seal (1) Exhibit 48 of Defendant Joel Barry Gillis's Sentencing Position, and (2) this Application in support of the under seal filing.

//

//

//

EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT

1 | This application is based upon the attached Memorandum of Points and
2 | Authorities and Declaration of Samuel A. Josephs.
3 | Dated:  September 14, 2015      SPERTUS, LANDES & UMHOFER, LLP
4 |
5 |                                 By:    /S Samuel A. Josephs
  |                                        James W. Spertus
6 |                                        Samuel A. Josephs
7 |                                        Attorneys for Joel Barry Gillis

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Joel Barry Gillis requests leave to file Exhibit 48 of his Sentencing Position, along with this *ex parte* application, under seal. Exhibit 48 of Mr. Gillis's sentencing position contains photographs of Mr. Gillis's minor grandchildren, and Mr. Gillis does not want these images to be revealed publicly.

Should the Court deny this *ex parte* application, Mr. Gillis requests that Exhibit 48, and this *Ex Parte* Application, not be filed, but be returned to the Defendant, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

Respectfully submitted,

Dated: September 14, 2015         SPERTUS, LANDES & UMHOFER, LLP

                                  By:   /S Samuel A. Josephs
                                        James W. Spertus
                                        Samuel A. Josephs
                                        Attorneys for Joel Barry Gillis

## DECLARATION OF SAMUEL A. JOSEPHS

I, SAMUEL A. JOSEPHS, state and declare as follows:

1. I am an attorney duly licensed to practice law before this Court and am counsel of record for Defendant Joel Barry Gillis. I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2. Exhibit 48 of Mr. Gillis's Sentencing Position contains photographs of Mr. Gillis's minor grandchildren. Mr. Gillis respectfully requests that these images not be revealed publicly.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing facts are true and correct to the best of my information and belief. Executed this 14th day of September, 2015, at Los Angeles, California.

_____
Samuel A. Josephs

- 1 -
DECLARATION OF JAMES W. SPERTUS