# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JOEL BARRY GILLIS,<br><br>              Defendant. | CASE NO.  CR 14-00712-SJO<br><br>**[PROPOSED] ORDER ON EX PARTE APPLICATION TO SEAL**<br><br>Date:          November 16, 2015<br>Time:          9:00 a.m. |

FOR GOOD CAUSE SHOWN, the Ex Parte Application of Joel Barry Gillis to file *under seal* Exhibit 48 of his Sentencing Position and his Ex Parte Application is HEREBY GRANTED.

IT IS SO ORDERED.


Dated: _____          _____
                              HON. S. JAMES OTERO
                              United States District Judge

*[PROPOSED] ORDER*