FILED
CLERK, U.S. DISTRICT COURT

September 18, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOEL BARRY GILLIS,<br><br>  Defendant. | CASE NO.  CR 14-00712-SJO<br><br>**ORDER ON EX PARTE APPLICATION TO SEAL**<br><br>Date:  November 16, 2015<br>Time:  9:00 a.m. |

FOR GOOD CAUSE SHOWN, the Ex Parte Application of Joel Barry Gillis to file *under seal* Exhibit 48 of his Sentencing Position and his Ex Parte Application is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:  September 18, 2015.

*S. James Otero*
HON. S. JAMES OTERO
United States District Judge

---

*[PROPOSED] ORDER*