EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
PAUL G. STERN (Cal. Bar No.       )
Assistant United States Attorney
Senior Litigation Counsel, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432/0715
     Facsimile: (213) 894-6269
     E-mail:    ranee.katzenstein@usdoj.gov
                Paul.stern@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-712-SJO |
| Plaintiff, | DECLARATIONS OF RANEE A. KATZENSTEIN, JANICE CHIQUET AND TED FATES, EXHIBITS D-N |
| v. | |
| JOEL BARRY GILLIS and EDWARD WISHNER, | Hearing Date: November 16, 2015 |
| Defendants. | Hearing Time: 9:00 a.m. |
| | Location:    Courtroom of the Hon. S. James Otero |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ranee A. Katzenstein and Paul G. Stern, hereby files the Declarations of Ranee A. Katzenstein, Janice Chiquet, and Ted Fates, and Exhibits thereto, which are submitted in support of the Government's Combined (1) Partial Concurrence in the Presentence Reports and (2) Positions re

Sentencing of Defendants Joel Barry Gillis and Edward Wishner, filed separately, concurrently herewith.

Dated: November 2, 2015          Respectfully submitted,

                                 EILEEN M. DECKER
                                 United States Attorney

                                 LAWRENCE S. MIDDLETON
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                       /s/ Ranee A. Katzenstein
                                 RANEE A. KATZENSTEIN
                                 PAUL G. STERN
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

# TABLE OF CONTENTS

| | DESCRIPTION | PAGE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Declaration of Ranee A. Katzenstein | 1 |
| 4 | Exhibit D | 3 |
| 5 | Exhibit E | 10 |
| 6 | Exhibit F | 200 |
| 7 | Declaration of Janice Chiquet | 207 |
| 8 | Exhibit G | 211 |
| 9 | Exhibit H | 219 |
| 10 | Exhibit I | 229 |
| 11 | Exhibit J | 237 |
| 12 | Exhibit K | 242 |
| 13 | Exhibit L | 253 |
| 14 | Exhibit M | 270 |
| 15 | Exhibit N | 273 |
| 16 | Declaration of Ted Fates | 274 |