# Declaration of Ranee Katzenstein

| | |
|---|---|
| 1 | DECLARATION OF RANEE A. KATZENSTEIN |
| 2 | I, Ranee A. Katzenstein, declare as follows: |
| 3 | 1.  I am an Assistant United States Attorney ("AUSA") in the |
| 4 | Central District of California.  In that capacity, I have been |
| 5 | assigned the responsibility, together with AUSA Paul G. Stern, of |
| 6 | representing the United States in <u>United States v. Joel Barry Gillis</u> |
| 7 | <u>and Edward Wishner</u>, case number CR 14-712-SJO.  I make this |
| 8 | declaration in support of the government's Combined (1) Parital |
| 9 | Concurrence in the Presentence Reports and (2) Position re Sentencing |
| 10 | of Defendants Joel Barry Gillis and Edward Wishner.  I have knowledge |
| 11 | of the facts set forth herein and could and would testify to those |
| 12 | facts fully and truthfully if called and sworn as a witness. |
| 13 | 2.  Attached hereto as Exhibit D is a true and correct copy of |
| 14 | "Exhibit A: Statement of Facts In Support of Entry Of Guilty Pleas by |
| 15 | Defendant Joel Barry Gillis," which was filed in this case as docket |
| 16 | number 46 on January 21, 2015.  I was present at the hearings on |
| 17 | defendant GILLIS' change of plea on January 13 and 21, 2015.  I read |
| 18 | this statement of facts into the record and defendant GILLIS admitted |
| 19 | under oath that these facts were true.  I was also present at the |
| 20 | hearing on defendant WISHNER's change of plea on January 13, 2015.  I |
| 21 | read a virtually identical statement of facts into the record and |
| 22 | defendant WISHNER admitted under oath that these facts were true. |
| 23 | 3.  Attached hereto as Exhibit E are true and correct copies of |
| 24 | memoranda of interview (FBI Forms 302) for victim-investors J.H., |
| 25 | D.H., and A.K., and declarations from victim-investors S.A., T.W. and |
| 26 | K.W. filed in <u>SEC v. NASI et al.</u>, CV 14-7249-SJO, and the exhibits |
| 27 | thereto. |
| 28 | |

1

4.   Attached hereto as Exhibit F is a true and correct copy of the subpoena to the Custodian of Records of Nationwide Automated Systems, Inc. for the production of records, which was issued by the Securities and Exchange Commission on June 17, 2014.

         5.   On January 26, 2015, AUSA Paul Stern and I, together with special agents of the Federal Bureau of Investigation ("FBI"), met with defendant WISHNER and his counsel. On January 27, 2015, AUSA Paul Stern and I, together with FBI special agents, met with defendant GILLIS and his counsel. Defendants GILLIS and WISHNER provided information about the offense conduct with which they were charged. They did not provide information that was useful in the investigation or prosecution of others.

         I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 2, 2015.

                                                  _____
                                                  RANEE A. KATZENSTEIN