ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA  92123

DISTRIBUTOR:  NATIONWIDE AUTOMATED SYSTEMS

Processing Period:  01-Oct  2013

<u>Investor Summary for Teri Wilks</u>

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | ~~636~~ 660 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 661 |
| | | Total | ~~1,287~~ 1321 |
| | | | $ .50 |

~~$648.50~~

$660.50

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA  92123

DISTRIBUTOR:  NATIONWIDE AUTOMATED SYSTEMS

Processing Period:  01-Sep  2013

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 645  *330.00* |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 672  *336.00* |
| | | Total | 1,317 |
| | | | $ .50 |

$658.50

*666.00*

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA  92123

DISTRIBUTOR:  NATIONWIDE AUTOMATED SYSTEMS

Processing Period:  01-Aug  2013

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 636 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 663 |
| | | Total | 1,299 |
| | | | $ .50 |

$649.50

661.50

Exhibit B Page 20

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA  92123

DISTRIBUTOR:  NATIONWIDE AUTOMATED SYSTEMS

Processing Period:  01-Jul  2013

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 645  330·00 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 674  337·00 |
| | | Total | 1,319 |
| | | | $ .50 |

$659.50

667.00

Exhibit B Page 21

104



ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA  92123

DISTRIBUTOR:  NATIONWIDE AUTOMATED SYSTEMS

Processing Period:  01-Jun 2013

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 652 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 665  *332.50* |

|  |  |  |
|---|---|---|
| Total | | 1,317 |
| | | $ .50 |

~~$658.50~~

*662.50*

*✓ Rec'd For $662.50*

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA 92123

DISTRIBUTOR: NATIONWIDE AUTOMATED SYSTEMS

Processing Period: 01-May 2013

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Balon Rouge, La. | 661 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 677 |
| | | Total | 1,338 |
| | | | $ .50 |

$669.00

Exhibit B Page 23

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA  92123

DISTRIBUTOR:  NATIONWIDE AUTOMATED SYSTEMS

Processing Period:  01-Apr  2013

<u>Investor Summary for Teri Wilks</u>

| <u>Serial Nbr</u> | <u>Hotel Name</u> | <u>Location</u> | <u>Transaction Count</u> |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 652 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 668 |
| | | Total | 1,320 |
| | | | $ .50 |

$660.00

664.00

Exhibit B Page 24

107

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA  92123

DISTRIBUTOR:  NATIONWIDE AUTOMATED SYSTEMS

Processing Period:  01-Mar  2013

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|------------|-----------|----------|-------------------|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 667 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 681 |
| | | Total | 1,348 |
| | | | $ .50 |

$674.00

Exhibit B Page 25

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA  92123

DISTRIBUTOR:  NATIONWIDE AUTOMATED SYSTEMS

Processing Period:  01-Feb  2013

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 658  *330.00* |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 672  *336.00* |

|  | Total | 1,330 |
|---|---|---|
|  |  | $ .50 |

$665.00

*666.00*

Exhibit B Page 26

109

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA 92123

DISTRIBUTOR: NATIONWIDE AUTOMATED SYSTEMS

Processing Period: 01-Jan 2013

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 661 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 683 |
| | | Total | 1,344 |
| | | | $ .50 |

$672.00

Exhibit B Page 27

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA 92123

DISTRIBUTOR: NATIONWIDE AUTOMATED SYSTEMS

Processing Period: 01-Oct 2012

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 672 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 690 |
| | | Total | 1,362 |
| | | | $ .50 |

$681.00

Exhibit B Page 28

111

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA  92123

DISTRIBUTOR:  NATIONWIDE AUTOMATED SYSTEMS

Processing Period:  01-Sep  2012

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 681 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 704 |
| | | Total | 1,385 |
| | | | $ .50 |
| | | | $692.50 |

**CITY NATIONAL BANK**

DEPOSIT RECEIPT                    ℐ 11486

A hold for uncollected funds may be placed on funds
deposited by check or similar instrument. This could delay
your ability to withdraw funds. The delay, if any, would not
exceed the period of time permitted by law. You will be no-
tified by mail if a hold is placed on your deposit. Questions
regarding our uncollected funds hold policy may be referred
to a branch officer.

TR:120 ID:15-4   11/30/12 02:15 PM
XXXXXXX0038 Ck Deposit      $692.50
Thank you for choosing City National

Bank Symbol, Transaction No., Date, Account No. & Amount of deposit are shown above.

I.D. 00935 (Rev 10/02)

Exhibit B Page 29

112

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA 92123

DISTRIBUTOR: NATIONWIDE AUTOMATED SYSTEMS

Processing Period: 01-Aug 2012

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 690 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 711 |
| | | Total | 1,401 |
| | | | $ .50 |
| | | | $700.50 |

Exhibit B Page 30

113

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA 92123

DISTRIBUTOR: NATIONWIDE AUTOMATED SYSTEMS

Processing Period: 01-Jul 2012

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 702 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 725 |
| | | Total | 1,427 |
| | | | $ .50 |

$713.50

*dep 9/11/12*

Exhibit B Page 31

114

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA  92123

DISTRIBUTOR:  NATIONWIDE AUTOMATED SYSTEMS

Processing Period:  01-May  2012

Investor Summary for Teri Wilks

| Serial Nbr | Hotel Name | Location | Transaction Count |
|---|---|---|---|
| EA-813142 | Airlines Super Express | Baton Rouge, La. | 699 |
| EA-813160 | Canaan Conv. Mart | Canaan, Me. | 760 |
| | | Total | 1,459 |
| | | | $ .50 |

$729.50

# NATIONWIDE AUTOMATED SYSTEMS, INC.

5000 NO. Parkway Calabasas, Suite 303
Calabasas, CA. 91302
Phone: 818-223-0930
FAX: 818-591-1762

August 28, 2014

Dear ATM owners;

We would like to thank everyone for being so patient this month as it has been extremely challenging in more than one aspect of the company.

Our company policy has always been for you to call us if you do not receive your payment by the 10th of any month and we will be more than happy to stop payment and re-issue a new check. We cannot control the U.S. mail, and there will always be a small percentage of checks that for some reason or another never make it to their intended location.

Unfortunately it was not the case this month as we started receiving calls as early as Monday, August 4th. The number of phone calls that came in by end of business day August 6th was around 1800 not including all the voice messages, e-mails or faxes. We advised everyone that checks were being mailed out in batches this month due to some processing issues, and if you did not receive a check by August 12th to please let us know and we would re-issue.

On the 7th and 8th we then received an estimated 1400 calls from the same people apologizing and letting us know that they did in fact receive their checks. We answered over 3200 phone calls within 3 days.

We were then asked to please stop payments on those checks that were not received, starting August 8th but encouraged everyone to wait until the 12th and explained it was due to some last minute batches being sent, as our normal policy is the 10th.

That fell on deaf ears and instead, we were threatened by phone, fax and e-mail. People came to the office yelling at us. This all happening before our normal 10th of the month re-issue period!

People, who demanded new re-issued checks, called us 2-3 days later to say they received their original checks in addition to new re-issued checks. Many were checks that were deposited and cleared before we could stop them, and then a 2nd check deposited as well! This because some spouses did not communicate with each other in time and they were paid twice.

Exhibit C Page 33

In addition, we had deposits paid to us sent back, only complicating things more.

We were asked why we did not apprise anyone of the situation. Again it was not even the 10th as yet, we also sent out account update information requests 6 months ago. This would have made it much easier to contact everyone by e-mail. To date, we have only received about 30% back in updating your account information. This had a huge effect on our ability to notify everyone at the same time..
info@nationwideautomatedsystems.com or fax to: 818-591-1762

In 19 years we have never, never been late. We have never had to deal with such a challenge of this type or magnitude. We have always posted and mailed checks on the 1st of each month or the Monday following, if the 1st fell on a weekend or holiday.

I will not go into every detail, but we came to the uncomfortable realization that the current infrastructure at Nationwide cannot support over 4000 phone calls that were fielded in the first 2-1/2 weeks of August. Some of those calls were the same people calling two or three times. Sadly, customers who have been with us for over 15 years had voiced their soured opinions after having made tens of thousands of dollars above and beyond their original purchase.

We felt installing an answering service in lieu of answering calls individually would have been worse. This has left us far behind and we must make immediate changes or this will continue happening every month

The September 1st check will be going out late as well due to the inordinate amount of time spent on complaints, cleaning up the general accounting and system upgrades. We hope to be back on track by October 1st.

Please do not call us with check mailing inquires for September. We estimate that they will go out anywhere from the 8th to the 10th. If checks are not received within the standard 10 day period please e-mail us at:
accounting@nationwideautomatedsystems.com as we do not wish to spend the next few weeks on the telephone and revisit the same unpleasant experience.

For those of you who feel uncomfortable about this, we are offering to buy back your ATMs. Please E-Mail us at: Buyback@nationwideautomatedsystems.com
We will send you the proper form to fill out.

*Thank you,*

*Joel Gillis, President*

5000 Parkway Calabasas Suite 303, Calabasas, CA. 91302  Phone:818-223-0930 FAX: 818-591-1762
E-Mail:  info@nationwideautomatedsystems.com  sales@nationwideautomatedsystems.com

Exhibit C Page 34

ORIGINAL

1   GARY Y. LEUNG, *L.R. 83-2.4.1 leave to practice granted*
 Email: leungg@sec.gov
2   PETER F. DEL GRECO (Cal. Bar No. 164925)
 Email: delgrecop@sec.gov
3
 Attorneys for Plaintiff
4   Securities and Exchange Commission
 Michele Wein Layne, Regional Director
5   Lorraine Echavarria, Associate Regional Director
 John W. Berry, Regional Trial Counsel
6   5670 Wilshire Boulevard, 11th Floor
 Los Angeles, California 90036
7   Telephone: (323) 965-3998
 Facsimile: (323) 965-3908

FILED
CLERK, U.S. DISTRICT COURT

SEP 30 2014

CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

8

LODGED
CLERK, U.S. DISTRICT COURT

SEP 17 2014

CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

9

10

11

12

    UNITED STATES DISTRICT COURT

    CENTRAL DISTRICT OF CALIFORNIA

CV14 07249-SJO (FFMx)

13   SECURITIES AND EXCHANGE
 COMMISSION,
14
    Plaintiff,
15
    vs.
16
 NATIONWIDE AUTOMATED
17   SYSTEMS, INC., JOEL GILLIS, and
 EDWARD WISHNER,
18
    Defendants,
19
    and
20
 OASIS STUDIO RENTALS, LLC,
21   OASIS STUDIO RENTALS #2, LLC,
 and OASIS STUDIO RENTALS #3,
22   LLC,
23
    Relief Defendants.
24

DECLARATION OF KAPAN WONG

25

26

27

28

DECLARATION OF KAPAN WONG    1

## DECLARATION OF KAPAN WONG

I, Kapan Wong, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify hereto under oath.

2.     I am a citizen of the United States currently living in Beijing, The People's Republic of China, where I have resided since 2013. Prior to that and during the rest of the time period described herein, I resided in Seattle, Washington and San Francisco, California. I also go by the name "Thomas" Wong.

3.     I first learned of Nationwide Automated Systems, Inc. ("NASI") in early 2011 from Jonathan Hanson, an acquaintance who was a satisfied investor. I was initially skeptical of the investment, but based on his history with NASI, the attractive return it offered, and the fact that NASI guaranteed to buy back one's machine for the full purchase price if one wanted to sell after two years of ownership, I decided to consider investing. He provided me with contact information for Frances McCaffrey, a NASI salesperson. Attached hereto as Exhibit 1 are true and correct copies of a series of emails I exchanged with Ms. McCaffrey in February 2011 wherein she explained the investment opportunity offered by NASI and answered questions that I had. In response to my query "How can I audit the ATM's monthly revenue?", Ms. McCaffrey responded in an email dated February 17, 2011 "Your statement with each check is your audit."

4.     My understanding is that I owned 100% of every ATM I purchased from NASI. The NASI contracts clearly state this. I believed I owned outright the specific ATMs identified in my agreements with NASI, and that they had been installed by NASI at the location indicated in those agreements.

5.     Based on that contractual language and the NASI salesperson's representations to me, in March 2011, I entered into my first Purchase and Lease Agreements with NASI, pursuant to which I purchased an ATM located at an

AM/PM in Barstow, California for $19,800, and leased it back to NASI for a term of 10 years in return for at least $0.50 on every transaction occurring at that ATM, but in no case an amount equal to less than 20% of my investment per year. I was not told that my monthly returns would be paid from new cash raised by NASI from other investors. No one at NASI ever asked me what my investment experience was, or whether I was an accredited investor.

6. In the ensuing months and years, Ms. McCaffrey frequently sent emails urging me and other investors to purchase additional ATMs while they were still available, or notifying us that NASI had purchased hundreds or thousands of new ATMs, some of which would soon be made available to investors. Attached hereto as Exhibit 2 are true and correct copies of emails I received from Ms. McCaffrey on April 12, 2011, May 4, 2011, August 5, 2011, October 27, 2011, August 16, 2012, October 23, 2012, December 13, 2012, February 23, 2013, December 14, 2013, May 20, 2014, and July 9, 2014 that fit this description.

7. I remained at least a little bit skeptical about NASI even after first investing, and frequently posed questions to Ms. McCaffrey about its operations in order to assuage my doubts. For example, in an email I sent to Ms. McCaffrey on July 1, 2011, I asked "What is the revenue share between ur (sic) company and the convenience store?" That same day, she responded "I really don't think this is something to take up Joel's time with. It's not relevant to him that you know these details." True and correct copies of these emails are attached hereto as Exhibit 3.

8. Despite these misgivings, I purchased additional ATMs from NASI, because the return they offered was so much higher than that offered by more traditional investments, it was guaranteed, they had earned at least some of my trust by making their regular monthly payments, and NASI's promise to repurchase my ATM after two years provided an appealing exit strategy. Eventually, I purchased a total of five ATMs, each of them at a cost of $19,800.

2

9.    Attached hereto as Exhibit 4 is a true and correct copy of a letter from NASI president Joel Gillis dated December 21, 2012 which identifies a recently-purchased ATM as being located at a Casey's Convenience Mart in Davenport, Iowa.

10.    Attached hereto as Exhibits 5A, 5B and 5C are true and correct copies of an ATM Equipment Purchase Agreement ("Purchase Agreement"), ATM Equipment Lease Agreement and Addendum to Owner Lease Agreement (collectively, "Lease Agreement"), respectively, dated July 15, 2013, each of which is signed by NASI president Joel Gillis and myself, for another ATM.

11.    Attached hereto as Exhibit 6 is a true and correct copy of a letter from NASI president Joel Gillis dated August 2013, which identifies a recently-purchased ATM as being located at a U Stop Mini Mart in Lincoln, Nebraska.

12.    Attached hereto as Exhibit 7 is a true and correct copy of an undated Notice About Your Transaction Statement which concerns the calculation of the guaranteed 20% annual return on the monthly account statements. I believed the transaction figures in the monthly reports I received from NASI to be accurate.

13.    Attached hereto as Exhibit 8 are true and correct copies of Investor Summaries I received from NASI for the months January through April and June 2014, each of which identify the five ATMs I owned at that time and the transaction count for each ATM.

14.    Because the Lease Agreement I entered into with NASI contained a Non-Interference clause which expressly prohibited me from, among other things, "contacting the locations where the ATMs is/are installed and/or any service providers under contract with NASI relating to the operation of such ATMs", I limited my due diligence to Googling the locations at which my ATMs were said to be located and determining that, in fact, there were mini-marts or convenience marts located at the sites identified in the Investor Summaries.

3

15. The returns paid by NASI were so enticing that at one time I even considered investing some of my IRA money with NASI. In November 2011 I sent an email to Ms. McCaffrey to ask whether she knew of any way I could liquidate my IRA holdings, for the purpose of freeing up money for an additional investment in NASI, without incurring the 10% early distribution penalty. In an email dated November 30, 2011, she cautioned that there probably was no way to avoid the early withdrawal penalty but noted that "if you do the math you'll still come out ahead and relatively quickly with the ATMs." Which, if I continued to earn a guaranteed rate of at least 20% per year, was probably correct. A true and correct copy of that email chain is attached hereto as Exhibit 9.

16. On September 13, 2013 I received from Ms. McCaffrey an email with a link to "an article from Reuters business publication about Nationwide"; Ms. McCaffrey claimed that "Joel was unaware that the article was being written," thus implying to me that the statements in this article had come from an independent source. A true and correct copy of the email and the article to which it was linked – which contains the disclaimer "Reuters is not responsible for the content in this press release" – is attached hereto as Exhibit 10.

17. In mid-2014 I agreed to sell several of my ATMs back to NASI for their original purchase price. But NASI insisted on paying me in three monthly installments for each machine, and on at least two occasions, the check that was due did not arrive as scheduled. Each time this happened I called NASI, and over the course of the summer I had several telephone conversations with Joel Gillis, who was brisk and dismissive, and who told me that NASI had sent the checks. I also spoke with Analyn Solero, who NASI led me to believe was its accountant, and she told me both times that the post office had lost the check. That this might happen once was plausible, but that it would happen twice made me dubious. Attached hereto as Exhibit 11 is a true and correct copy of an email I sent to Joel

4

Gillis on August 5, 2014, expressing my frustration with the delay, and Gillis's reply email promising to make sure my check went out the following day.

18.    In August 2014, my monthly returns check from NASI was late for the first time. I spoke with Ms. Soleroon several occasions about this matter. She told me more than once that Joel Gillis's approval is required before she can issue any checks or transmit any wires.

19.    Attached hereto as Exhibit 12 are true and correct copies of emails I received from Ms. McCaffrey in which she offers varying explanations for the delay in the August payment.

20.    When NASI finally made its delayed August payment, its check bounced. A true and correct copy of NASI's check no. 55635 marked "NSF" is attached hereto as Exhibit 13. I continued to receive reassurances from Ms. McCaffrey by way of Mr. Gillis. True and correct copies of emails dated August 20 and August 22, 2014 are attached hereto as Exhibit 14.

21.    Payment problems continued into September. True and correct copies of emails between me, Ms. Solero and Mr. Gillis on this subject are attached hereto as Exhibit 15.

22.    Attached hereto as Exhibit 16 is a true and correct copy of a letter from Joel Gillis dated August 28, 2014 which I received via email on or about that date. It states, among other things, that the September checks will be delayed, and further states: "Please do not call us with check mailing inquiries for September."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 16, 2014.

KAPAN WONG

5

124

# EXHIBIT 1

DelGreco, Peter F.

From: Thomas Wong ███████ @yahoo.com>
Sent: Thursday, September 11, 2014 1:17 AM
To: DelGreco, Peter F.; Blau, Marc J.; Leung, Gary
Subject: Fw: ATM investment

On Saturday, March 26, 2011 2:01 AM, Frances McCaffrey ███████ @sbcglobal.net> wrote:

Will do, Thomas and thank you.

Frances

From: Thomas Wong [mailto ███████ @yahoo.com]
Sent: Friday, March 25, 2011 9:21 AM
To: Frances McCaffrey
Subject: Re: ATM investment

Frances,

The contract and check was sent in yesterday morning.  LMK when you receive it.  Thanks!

Thomas

From: Frances McCaffrey ███████ @sbcglobal.net>
To: Thomas Wong ███████ @yahoo.com>
Sent: Wed, March 9, 2011 10:38:28 AM
Subject: RE: ATM investment

Hi Thomas,

Okay, his name is George Carll and his cell phone # is ███████

He's been an investor since 2006.. He's not a relative and I've only met him once when he was traveling through
Los Angeles

Hopefully this will help you to cross the line and make a commitment while there is still the opportunity.  As you
will see once again when you speak with George, this is an opportunity to create passive income for yourself that
you can rely on and at a great return.

Good Luck and I hope to hear from you soon.

Bye for now,

Frances McCaffrey

Exhibit 1 Page 6

126

**From:** Thomas Wong [mailto:████████@yahoo.com]
**Sent:** Monday, March 07, 2011 6:18 PM
**To:** Frances McCaffrey
**Subject:** Re: ATM investment

Frances,

I have talked to Nicole. Long story short, she seems to be very happy with you guys for 6+ years.

Would like to schedule a time to talk on the phone with you regarding risks and other issues I should know of.

Please let me know when you are free this week. I am usually free from 10:30am to 7pm M-F. Thx!

Thomas

---

**From:** Frances McCaffrey ████████@sbcglobal.net>
**To:** Thomas Wong ████████@yahoo.com>
**Sent:** Tue, March 1, 2011 7:56:43 PM
**Subject:** Re: ATM investment

Hi Thomas,

After you talk to Nicole let me know what you decide.

I'm happy to keep you "in the loop" if you'd like and keep you informed of future opportunities. Let me know.

Frances

---

**From:** Thomas Wong ████████@yahoo.com>
**To:** Frances McCaffrey ████████@sbcglobal.net>
**Sent:** Tue, March 1, 2011 5:23:27 PM
**Subject:** Re: ATM investment

Hi Frances,

Sorry for the delay as I have been very busy with my day job. I have reviewed your contracts and they look ok.

However, the core issue I have is that it still sounds too good to be true. I did some research online, and with low interest rates nowadays it looks like company can easily do lease financing with <10% APR. I still don't understand why your company wants to pay investors 20% APR.

In addition, I have talked to Brian but he is not allowed to tell me financial data of your company (except business savings account balance). I left a VM for Nicole and am waiting for her reply.

Thomas Wong

---

**From:** Frances McCaffrey ████████@sbcglobal.net>
**To:** Thomas Wong ████████@yahoo.com>

2

Exhibit 1 Page 7

**Sent:** Fri, February 18, 2011 11:17:12 AM
**Subject:** RE: ATM investment

Hi Thomas,

1. City National Bank, Woodland Hills, CA, Mgr. Brian McWilliams 
2. Nicole Donn, Loan Broker,
3. Copy of contract is attached. Please note that the 20% guarantee as well as the sell-back option are in the Addendum.

Hope to hear back from you soon.

Frances

**From:** Thomas Wong [mailto:▓▓▓@yahoo.com]
**Sent:** Thursday, February 17, 2011 1:18 PM
**To:** Frances McCaffrey
**Subject:** Re: ATM investment

Frances,

Thanks for the response. I came from a finance background (was an investment banker in my first job) so I am asking a lot of questions. I am sure you understand.

3 follow ups:
1. Please provide contact person of your company's bank - would like to inquire your company's financial position
2. Please provide contact info of investors who lead Jonathan on
3. Please send contract for review

Many thanks!

Thomas Wong

**From:** Frances McCaffrey ▓▓▓@sbcglobal.net>
**To:** Thomas Wong ▓▓▓@yahoo.com>
**Cc:**
**Sent:** Thursday, February 17, 2011 10:57 AM
**Subject:** RE: ATM investment

Hello Thomas,

Please see my response to your questions below:

**From:** Thomas Wong [mailto:▓▓▓@yahoo.com]
**Sent:** Wednesday, February 16, 2011 3:03 PM
**To:** Frances McCaffrey
**Subject:** Re: ATM investment

Hi Frances,

I have a few questions:

1. How is the $330/machine calculated? The formula is .50 cents per transaction or 20% whichever is greater. Since the 20% is almost always greater Nationwide pays $330 per month per machine ( X 12 mos. = 20%). Each month's check is accompanied by a statement showing the total number of transactions that occurred during that month for which you are

3

Exhibit 1 Page 8

receiving compensation. Should you be so lucky as to have a machine that out performs the 20% mark then your check would be more than $330.

2. Will there be times I get nothing since nobody uses the ATM? No. Do I still make $330 even if the ATM earns no fees that month? Yes. Why will your company want to take such a risk? The Company is dealing with locations that have proven themselves to be active enough to allow for this guarantee. For 12 years they dealt only with large hotels and now for two years they've been in the Convenience Store (at gas stations) market.

3. How can I audit the ATM's monthly revenue? Your statement with each check is your audit. You personally do not get involved. You have a contract with Nationwide and they have contracts with the locations. Your role is passive. There is no way I can track how much it makes per month. Again, you see via a statement which is produced by a state-regulated agency.

4. Why does your company want investors anyway? They're certainly not desperate for them. Is your company so cash-short that you don't want to put up the upfront $19,800? Company is cash strong. You can call their bank and inquire.

5. Maintenance cost? All your costs are covered in the initial investment. Wages for the security guard who supply the ATM from time to time? Again, Nationwide covers all costs from maintenance to insurance.
6. What if the ATM is stolen or damaged by robbers? Covered. What if the security guard who supply the ATM got robbed? Covered.

7. What are my legal risks as the owner of the ATM? I don't know of any.

In short, it sounds too good to be true. I understand. You'd think that 16 years in business and hundreds of investors' testimony might serve to diminish that fear. Perhaps you'd like to speak with the investors who turned Jonathan onto the investment. I could offer you a couple numbers. I would like to see some FAQs or more detailed terms. Would you like me to email you a copy of the contract for your review?

Have a great day!

Frances

Thanks,
Thomas.

From: Frances McCaffrey ███████████ @sbcglobal.net>
To: Thomas Wong ███████ @yahoo.com>
Sent: Wed, February 16, 2011 4:25:26 PM
Subject: RE: ATM investment

Hello Thomas,

Thank you for your interest in the ATM investment.

Nationwide Automated Systems, Inc. does not have a website as they have never marketed themselves. NASI is a 15 year old, privately held company, owned by Joel Gillis and Ed Wishner.
They have contracts with thousands of hotels and convenience stores for ATM placement. One third of these locations are made available to investors.
All sales basically come about via referrals such as in this instance. As Jonathan told you and as any investor would tell you, with Nationwide you can count on a hefty 20% return, paid out in monthly increments.
The basic deal points are as follows:

- Each machine costs $19,800 and you lease it back to the company when you buy it.

-      The formula for payment is .50 cents per transaction or 20% whichever is greater (20% is usually the greater so you can count on a monthly check of $330 per machine).
        ANYTIME after two years you can sell the machine back at the full purchase price.
Basically that's all there is to it. There are no further costs to the investor. It's a passive investment.

Exhibit 1 Page 9

I'm sure you'll have many questions. Please feel free to call me or email me. There is opportunity right now and there's still time to get a machine(s) working for you by March 1st.
I hope to hear from you soon.

Warm Regards,
Frances McCaffrey   ████████ cell   ████████ hm
Sales Representative
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas - Suite 303
Calabasas, CA 91302

From: Thomas Wong [mailto: ████████ @yahoo.com]
Sent: Wednesday, February 16, 2011 2:13 PM
To: ████████ @sbcglobal.net
Subject: ATM investment

Hi Frances,

Recently Jonathan Hanson has told me about the ATM investment opportunities. However, he couldn't find a website. I would like to know more about it.

Thx,
Thomas Wong
████████ @yahoo.com

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1204 / Virus Database: 1435/3447 - Release Date: 02/16/11

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1204 / Virus Database: 1435/3449 - Release Date: 02/17/11

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1204 / Virus Database: 1435/3449 - Release Date: 02/17/11

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1204 / Virus Database: 1435/3488 - Release Date: 03/07/11

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1204 / Virus Database: 1498/3528 - Release Date: 03/25/11

5

Exhibit 1 Page 10

EXHIBIT 2

DelGreco, Peter F.

From:            Thomas Wong ████████@yahoo.com>
Sent:            Thursday, September 11, 2014 1:16 AM
To:              DelGreco, Peter F.; Blau, Marc J.; Leung, Gary
Subject:         Fw: ATM Investment


On Tuesday, April 12, 2011 5:17 AM, Frances McCaffrey ████████ ████████sbcglobal.net> wrote:

Hello Fellow Investor,

Just a brief reminder that the completing of the installation of ATM's in the current round of Convenience Stores comes to a close at the end of this month.

Nationwide is pursuing more locations but until they secure them, it's Last Call.

If you or anyone you care about is considering this investment, now is the time.

Wishing you all the Best,

Frances McCaffrey
Sales Representative
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas  #303
Calabasas, CA 91302

Exhibit 2 Page 11

From: Frances McCaff███████████ @sbcglobal.net>
To: Frances McCaffrey ███████████ @sbcglobal.net>
Sent: Wednesday, May 4, 2011 11:33 AM
Subject: ATM Investment

Hello Fellow Investors,

It is a new month already and instead of entering into a period where no ATM's are available as I thought we would be...guess what? That's right. Nationwide secured a new very large group of Convenient Store locations, 3500 in fact. The last group was 5000 and it opened up this investment for nearly two years so I think it's safe to say that there will likely be locations available for another year. Yeah!!

The majority of these locations are connected to gas stations and I believe that this group is mostly located in the Midwest. It continues to be the case that the performance of the Convenience Stores is impressive, many actually get more transactions than the guaranteed 20%. One of my own newly acquired machines showed over 700 transactions on this months statement (that calculates to be more than the $330 per month which is based on a .50 cents per transaction formula).

I look forward to hearing from you when you are ready to increase your monthly income yet again. Also I welcome the opportunity to discuss the investment with anyone that you may wish to turn onto it.

All the Best to you and I'll be in touch as the year plays out.

Sincere Regards,

Frances McCaffrey ███████████████ ████████ell
Sales Representative
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Exhibit 2 Page 12

DelGreco, Peter F.

**From:**            Thomas Wong ████████@yahoo.com>
**Sent:**            Thursday, September 11, 2014 1:14 AM
**To:**              DelGreco, Peter F.; Blau, Marc J.; Leung, Gary
**Subject:**         Fw: ATM Investment/LAST CALL

On Friday, August 5, 2011 11:52 PM, Frances McCaffrey ████████@sbcglobal.net> wrote:

Dear Fellow Investors,

Many of you have placed your orders for this final offering already. Thank you and congratulations to you for making a great decision for your financial future.

If you have been vacillating on the idea now is the time to decide as this month does indeed mark the end of the opportunity. Joel and Ed do not have any more locations in site and though that can change it's quite likely that it will be a good while before it does, if it ever does.

In the meantime it's best that we all think of this as the wrap up of a fifteen year opportunity that Nationwide has made available to all of us. I know that each of you are extremely grateful as am I for this amazing oasis in an uncertain economic world.

If you are selecting to buy more ATM's please let me know ASAP. There will be no more available after August and the sooner you get your reservation in the better.
Call me if you have any questions and please direct any referrals to my email or my phone.

Thank you and have a great weekend,

Best Regards,

████████  cell

Frances McCaffrey
Sales Representative
Nationwide Automated Systems, Inc.

1

Exhibit 2 Page 13

134

DelGreco, Peter F.

**From:** Thomas Wong @yahoo.com>
**Sent:** Thursday, September 11, 2014 1:13 AM
**To:** DelGreco, Peter F.; Blau, Marc J.; Leung, Gary
**Subject:** Fw: Would like to know if you still have additional ATMs for investment

On Thursday, October 27, 2011 2:48 AM, Frances McCaffrey ████████████@sbcglobal.net> wrote:

Hi Thomas,

I spoke with Joel yesterday and he informed me that he'll be sending a letter out on Nov. 4th telling investors that he had the good fortune of acquiring more locations after all. So you are in luck. Tell me what you would like and when.

Warm Regards,
Frances

**From:** Thomas Wong ████████@yahoo.com>
**To:** "fr████████@sbcglobal.net" ████████@sbcglobal.net>
**Sent:** Wed, October 26, 2011 12:01:01 AM
**Subject:** Would like to know if you still have additional ATMs for investment

As titled. Thx!

Thomas Wong

Exhibit 2 Page 14

135

DelGreco, Peter F.

**From:** Thomas Wong ████████@yahoo.com
**Sent:** Thursday, September 11, 2014 1:09 AM
**To:** DelGreco, Peter F.; Blau, Marc J.; Leung, Gary
**Subject:** Fw: ATM Investment

On Thursday, August 16, 2012 10:17 AM, Frances Mccaffrey @gmail.com> wrote:

Dear Fellow Investor,

The ATM locations, though sparse, are still available to purchase.

I'd like to remind you that if you have an IRA and would like to roll it or a portion of it into ATM's then let me know as soon as possible. The response to this opportunity has been strong as most IRA's don't do much percentage wise.

As far as a regular purchase goes there's still time to get a machine working for you as of September 1st.  Let me know.

Best Wishes and Bye for Now!

Frances McCaffrey

Sales Representative ████████ ████████ cell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Exhibit 2 Page 15

Also, are non-US citizens allowed to invest in ATMs?  Some of my non-US friends are interested.

Thanks!

Thomas Wong

From: Frances Mccaffrey ████████████@gmail.com>
To: ████████@gmail.com
Sent: Tuesday, October 23, 2012 1:21 PM
Subject: ATM Investment

Dear Fellow Investor,

You should have received Joel's letter earlier this month announcing the acquisition of 500 new locations.
As always, it is my sincere honor to be able to continue to represent Nationwide Automated Systems, Inc. as they continue to make this amazing investment available to all of us and our friends and family. Please let me know if you decide to invest further or if you have any loved ones that are ready to invest.  This year is winding down quickly so if this is something that might benefit you to put into action before the end of the year then this is the time to act.

Also don't forget that you can now secure this investment as an IRA. If that is of interest to you please give me a call and I will instruct you as to how to proceed.

Wishing you all the best.

Sincerely,

Frances McCaffrey

Sales Representative ████████ ████████ cell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

DelGreco, Peter F.

From:           Thomas Wong <████████@yahoo.com>
Sent:           Thursday, September 11, 2014 1:08 AM
To:             DelGreco, Peter F.; Blau, Marc J.; Leung, Gary
Subject:        Fw: ATM Investment

On Friday, December 14, 2012 1:17 PM, Frances Mccaffrey ██████████@gmail.com> wrote:

December 13, 2012

Hello and Happy Holidays to You!
I just thought there might be one of you out there that needed to be reminded
that you may just want to purchase one more ATM before the end of the year.
Yes? Amazingly, the opportunity is still open and business is not only strong but
many of the machines sold to investors over the past year have turned out to be
"over-performers". Isn't that wild? Of course one should go into this thrilled at
the guaranteed 20% and if it should turn out to be more... well, that's just gravy.
Let me know if you want to place an order. There is still time but not much of it.
Meanwhile, I wish you and your loved ones a Happy and Peaceful Holiday
Season.

Sincerely,

Frances McCaffrey

Sales Representative ████████████ ████████ cell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Exhibit 2 Page 17

138

DelGreco, Peter F.

From:           Thomas Wong ▮▮▮▮▮@yahoo.com>
Sent:           Thursday, September 11, 2014 1:07 AM
To:             DelGreco, Peter F.; Blau, Marc J.; Leung, Gary
Subject:        Fw: ATM Investment

On Saturday, February 23, 2013 8:30 AM, Frances Mccaffrey ▮▮▮▮▮▮▮@gmail.com> wrote:

Dear Fellow Investor,

I trust you all received Joel's letter announcing some new locations this month.

I'll tell you, it's nothing but good news with Nationwide.  We are all so blessed!
Could this be a perfect opportunity to get another one...turn a dear friend or family member on
to the opportunity?

If so please let me know.  Meanwhile have a beautiful weekend and we'll be in touch.

Warm Regards,

Frances McCaffrey

Sales Representative ▮▮▮▮▮▮▮▮▮▮▮ cell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Exhibit 2 Page 18

139

DelGreco, Peter F.

| | |
|---|---|
| **From:** | Thomas Wong ██████████@yahoo.com> |
| **Sent:** | Thursday, September 11, 2014 1:06 AM |
| **To:** | DelGreco, Peter F.; Blau, Marc J.; Leung, Gary |
| **Subject:** | Fw: ATM. Last call for 2013! |

On Saturday, December 14, 2013 6:24 AM, Frances Mccaffrey ██████████@gmail.com> wrote:

Dear Fellow Investor,

Just a reminder that if you've been considering getting another machine or two before the end of the year then this is the time to act.

2013 has been great for Nationwide and I know you love the investment so... what are you waiting for? Give me a call or drop me a line and I'll make your reservation for you.

Meanwhile I wish for you and your loved ones a very happy holiday season.

Bye for now,

Frances McCaffrey

Sales Representative ██████████████████ cell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302.

DelGreco, Peter F.

| | |
|---|---|
| **From:** | Thomas Wong ████████@yahoo.com> |
| **Sent:** | Thursday, September 11, 2014 1:06 AM |
| **To:** | DelGreco, Peter F.; Blau, Marc J.; Leung, Gary |
| **Subject:** | Fw: ATM Investment |

On Tuesday, May 20, 2014 5:12 AM, Frances Mccaffrey ████████ @gmail.com> wrote:

Dear Fellow Investors,

By now you all should have received the recent letter/announcement from Nationwide regarding the newly secured locations.

To those of you who have contacted me directly with your orders, thank you. Even though you can now order through their new sales department I hope you will continue to place your reservations with me.
The advantage to you in doing so is that I will oversee the process and it's unlikely that you'll ever find yourself on a waiting list.

Nationwide is growing and changes are being implemented within the corporation rapidly. Fortunately for all of us none of these changes are detrimental to the prosperity that we all enjoy through this investment.
Times are changing and it's for the better! How grateful I am for all of us involved.

So please let me know if you want to reserve any machines, if you want to get an IRA with machines up and running or if you want to refer anyone else to the opportunity.

Wishing you continued abundance and good fortune,

Yours Truly,

Frances McCaffrey

Sales Representative ████████ell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Exhibit 2 Page 20

141

DelGreco, Peter F.

From:           Thomas Wong ████████@yahoo.com>
Sent:           Thursday, September 11, 2014 1:05 AM
To:             DelGreco, Peter F.; Blau, Marc J.; Leung, Gary
Subject:        Fw: ATM Investment

On Wednesday, July 9, 2014 3:33 AM, Frances McCaffrey ████████@gmail.com> wrote:

Dear Fellow Investor,

I hope your Summer is going well.

I just wanted to touch base and encourage you to go for that next machine (or machines) that you've been thinking about. Or perhaps you've been thinking about rolling over a stagnant IRA account to machines where you can watch that savings build to the tune of 20% per year! It's a no-brainer, really.

Let me know if you'd like to move in that direction or perhaps pick up another one personally.

We are all extremely fortunate to have found such a great investment and to have had the wisdom to go for it.

May all your ventures in life be so successful.

With Warm Regards,

Frances McCaffrey

Sales Representative ██████████████ ██████ cell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Sales Representative ██████████████ ██████ cell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Exhibit 2 Page 21

1

142

EXHIBIT 3

From: Thomas Wong ████████████o.com>
To: Frances McCaffrey ████████@sbcglobal.net>
Sent: Thu, July 28, 2011 11:19:11 PM
Subject: Re: ATM Investment

Frances,

I sent in my contract and check this morning. Please email me when you get
my mail (hopefully by 7/31!) Thx!

Thomas Wong.

---

From: Frances McCaffrey ████████@sbcglobal.net>
To: Thomas Wong ████████@yahoo.com>
Sent: Monday, July 25, 2011 10:58 AM
Subject: Re: ATM Investment

Hi Thomas,
Yes, you are just in time for an August machine. I'll have the contract sent
right away. Make sure you turn it around in time to have your check in by the
end of the month.

Thank You and congratulations.
Frances

P.S. Keep in mind that there is a lag time at the front end so your machine will
go to work for you as of Aug. 1st but the first payment will be sent out at the
end of September reflecting the activity of August.

---

From: Thomas Wong ████████@yahoo.com>
To: Frances McCaffrey ████████@sbcglobal.net>
Sent: Mon, July 25, 2011 9:58:42 AM
Subject: Re: ATM Investment

Frances,

I would like to invest in one more ATM by the end of July.  Please let
me know if it is still viable, and if yes, please send me your
contract.  Thanks!

Thomas Wong.

---

From: Frances McCaffrey ████████@sbcglobal.net>
To: Thomas Wong ████████@yahoo.com>
Sent: Friday, July 1, 2011 9:43 PM
Subject: RE: ATM Investment

Thomas,

2

Exhibit 3 Page 22

144

I really don't think this is something to take up Joel's time with. It's not
relevant to him that you know these details.
I think you should figure that the store is probably getting .50 cents per
transaction and leave it at that.

All the Best,
Frances

**From:** Thomas Wong [mailto: ███████@yahoo.com]
**Sent:** Friday, July 01, 2011 9:28 PM
**To:** Frances McCaffrey
**Subject:** Re: ATM Investment

I used to be an investment banker and old habit dies hard :) I want to
evaluate  how much money NASI pockets after my cut and the
convenience store cut (likely the largest two revenue share) to make
sure u guys are profitable. :)

Would u please provide the management's email so I can ask
him?  Thx and happy 7/4!

Thomas.

Sent from my iPhone

On Jul 1, 2011, at 8:34 PM, " Frances McCaffrey "
<███████@sbcglobal.net> wrote:

> Hello Thomas,
>
> Good to hear from you!
>
> I am not an employee or a partner in Nationwide Automated
> Systems, Inc. but an Independent Contractor, a sales
> representative. I can答? answer your question with any
> certainty however I do believe that it is NASI who pays the
> convenience store a percentage of each transaction that
> occurs on the machine. I好奇 curious why would be curious
> about such a thing?
>
> Anyway I look forward to hearing from you regarding your
> next ATM! Congratulations on that!
>
> Again我 Happy 4"!
> Frances

**From:** Thomas Wong [mailto: ███████@yahoo.com]
**Sent:** Friday, July 01, 2011 12:16 PM
**To:** Frances McCaffrey
**Subject:** Re: ATM Investment

Frances ,

Exhibit 3 Page 23

145

EXHIBIT 4

## NATIONWIDE AUTOMATED SYSTEMS, INC.

5000 No. Parkway Calabasas, Suite 303
Calabasas, Ca. 91302
818-223-0930
FAX: 818-591-1762

December 21, 2012

Dear Investor:

Enclosed please find your new Exhibit A which lists the location, address, city, state, and serial number of your ATMs.

These locations started calculating for you as of Dec 1, 2012. Therefore your first commission will be sent the end of January, 2013.

Please feel free to call me with any questions that you may have.

Sincerely,

Joel Gillis
President
Nationwide Automated Systems, Inc.

JG:cg

Exhibit 4 Page 24

147

EXHIBIT "A"

| LOCATION NAME | Casey's Convenience Mart | | |
|---|---|---|---|
| ADDRESS | 1601 W. 53rd St. | | |
| CITY, STATE | Davenport, IA | | |
| SERIAL NUMBER | EAa-244509 | | |

| LOCATION NAME | | | |
|---|---|---|---|
| ADDRESS | | | |
| CITY, STATE | | | |
| SERIAL NUMBER | | | |

| LOCATION NAME | | | |
|---|---|---|---|
| ADDRESS | | | |
| CITY, STATE | | | |
| SERIAL NUMBER | | | |

| LOCATION NAME | | | |
|---|---|---|---|
| ADDRESS | | | |
| CITY, STATE | | | |
| SERIAL NUMBER | | | |

| LOCATION NAME | | | |
|---|---|---|---|
| ADDRESS | | | |
| CITY, STATE | | | |
| SERIAL NUMBER | | | |

Exhibit 4 Page 25

148

EXHIBIT 5A

*NATIONWIDE AUTOMATED SYSTEMS, INC.*

5000 No. Parkway Calabasas, Suite 303
Calabasas, CA 91302
818-223-0930
FAX: 818-591-1762

ATM EQUIPMENT PURCHASE AGREEMENT

7/15 _____ 20 13

This undersigned, as BUYER, hereby agrees to purchase from NATIONWIDE AUTOMATED SYSTEMS, INC. ("SELLER"), the automated teller machine(s) ("ATMs") listed and described on "Exhibit A" which will be forth coming within 45 days of this purchase.

The total purchase price to be paid by BUYER to SELLER for the ATMs shall be as follows:

| NUMBER OF ATMs | PRICE PER ATM |
|---|---|
| 1 | 19,800 |

TOTAL PURCHASE PRICE:            $ 19,800

LESS BUYERS DEPOSIT:            $ 19,800

BALANCE DUE ON SIGNING:            $        0

SELLER shall deliver the ATM(s) to location written on Exhibit A and forwarded to the buyer within sixty (60) days of the date hereof. If SELLER fails to make delivery of the ATM(s) within said sixty (60) day period, BUYER shall be entitled to cancel this contract and to receive a refund of the monies previously paid to SELLER, without interest thereon or deduction therefrom. The refund of BUYER's payments to SELLER shall be BUYER's sole and exclusive remedy hereunder.

SELLER hereby warrants that the ATM(s) purchased by BUYER shall, at the time of delivery, be free and clear of all liens, claims, debts, encumbrances, security interests, or other charges.

Exhibit 5A Page 26

150