IN WITNESS WHEREOF the parties have executed this Agreement on the date first set forth above.

NATIONWIDE AUTOMATED SYSTEMS, INC.
A California Corporation

By: _____

Title: PRESIDENT

By: _____

Title: _____

BUYER:

By: X _____

Title: OWNER

███████████████████
(Address)
███████████████████
(Telephone Number)
Social Security Number: ███████████

-2-

Exhibit 5A Page 27

EXHIBIT 5B

*NATIONWIDE AUTOMATED SYSTEMS, INC.*

5000 No. Parkway Calabasas, Suite 303
Calabasas, CA 91302
818-223-0930
FAX: 818-591-1762

## ATM EQUIPMENT LEASE AGREEMENT

This agreement ("Agreement") is made as of     7/15         2013
by and between NATIONWIDE AUTOMATED SYSTEMS, INC. ("NASI") and

Kapan Wong                                              ("Lessor").

## RECITALS

A.   NASI is in the business of placing, operating and maintaining automated teller machines ("ATMs").

B.   Lessor is the owner of the ATM(s) listed and described on Schedule A which will be forwarded within 45 days.

C.   NASI desires to lease from Lessor the ATM(s) listed and described on Schedule A on the terms and conditions set forth herein.

D.   Lessor desires to lease such ATM(s) to NASI on such terms and conditions.

NOW, THEREFORE, with respect to the foregoing recitals and in consideration of the following, the parties hereto represent, acknowledge and agree as follows:

1.   Lease of Equipment. Lessor hereby leases to NASI, and NASI hereby leases from Lessor, the ATM(s) listed and described on Schedule A which will be forwarded to Lessor within forty five (45) days from the date of this Agreement.

2.   Term. The initial term of this Agreement shall be for a period of ten (10) years commencing on the date first written above. The Agreement shall be automatically renewed for additional three (3) year periods thereafter unless the lessor provides written notice at least sixty (60) days prior to the end of the initial term or any subsequent renewal term of its desire to terminate this Agreement.

3.     Rent.  NASI shall pay to Lessor as rent an amount equal to $0.50 for each "approved transaction" (as defined herein) produced by the ATMs for each calendar month during the term of this Agreement.  For purposes of this Agreement, an "approved transaction" is defined as a transaction produced by the ATMs for which the appropriate ATM system, (i.e. STAR, PLUS, CIRRUS, AMEX, VISA, PULSE, etc.), and federal, state and local laws permit a transaction fee to be charged to ATM users.

Commencing with the first month of this Agreement and continuing during its term, including any extensions thereof, NASI shall provide Lessor with an accounting of the number of approved transactions produced by the ATMs during the previous calendar month.  Concurrently therewith, NASI shall pay Lessor the required rent payments as provided for herein.  All such accounting and rent payments will be due no later than thirty (30) days after the end of each calendar month.

4.   Relocation of ATMs.   During the term of this Agreement, including any extensions thereof, NASI, at its sole cost and expense, may relocate with lessors permission any or all of the ATMs to other location(s) in the United States of America at any time or times; provided, however, that prior to moving or relocating any ATM, NASI shall provide Lessor with a thirty (30) day written notice advising it of the new location(s) of the ATMs. Any ATM owned by Lessor that has been terminated by sale of the location or by destruction whereby the ATM becomes non operational, shall be replaced immediately by Nationwide with one or more of their ATMs which is producing a like amount of transactions.

5.     Operation/Maintenance of ATMs.  During the term of this Agreement, including any extensions thereof, NASI, at its sole cost and expense, shall operate and maintain the ATMs and provide all services relating thereto.  Such services include, but are not limited to, processing and accounting for all ATM transactions, obtaining, the delivering and loading of cash for the ATMs, and repairing, maintaining and servicing the ATMs.

6.     Insurance of ATMs.  During the term of this Agreement, including any extensions thereof, NASI, at its sole cost and expense, shall maintain insurance coverage on the ATMs in an amount not less than the full replacement value of the ATMs.  All insurance proceeds on the ATMs shall be payable directly to Nationwide Upon the occurrence of any such insurable event, Nationwide shall immediately replace the ATM.

-2-

Exhibit 5B Page 29

154

NASI shall also maintain liability insurance (both public liability and property damage) covering the operation of the ATMs. NASI shall inform Lessor in writing at least fifteen (15) days in advance of any policy cancellation.

7.    Indemnity. NASI shall indemnify and hold Lessor harmless from and against any and all claims, actions, suits, proceedings, costs, expenses, damages, and liabilities, (including attorney's fees), arising out of, connected with, or resulting from the possession, use, operation, maintenance, or repair of the ATMs by NASI, to the fullest extent permitted by law.

8.    Authority/Ownership of Lessor. Lessor has the right, power, legal capacity and authority to enter into, and perform its obligations under this Agreement, without the approval or consent of any other persons. Lessor is the owner of the ATMs, free and clear of all liens, encumbrances, pledges, security interests, claims, charges, and restrictions of any kind. The ATMs is/are and shall at all times remain the sole and exclusive personal property of Lessor, and NASI shall have no right or interest therein except as expressly set forth in this Agreement.

9.    Taxes/License Fees.   During the term of this Agreement, including any extensions thereof, Nationwide shall pay, prior to delinquency, all personal property taxes assessed against and levied upon the ATMs.

10.    Condition of Equipment.  Lessor makes no representation as to the condition of the ATMs and NASI acknowledges and agrees that all of the ATMs listed on Schedule "A" is/are being leased in its/their "As-Is," "Where-Is" condition, without representations or warranties of any kind by Lessor.

11.    Non-Interference.  During the term of this Agreement, including any extensions thereof, and provided that NASI is not in default under the terms hereof, Lessor agrees not to interfere with the operation of the ATMs by NASI in any manner including, but not limited to, contacting the locations where the ATMs is/are installed and/or any service providers under contract with NASI relating to the operation of such ATMs.

12.    Return of ATMs to Lessor. Upon termination of this Agreement, NASI

-3-

shall, at its sole cost and expense, deliver the ATMs to Lessor's designation or return the initial investment back to Lessor. This is the option of the Lessor.

13.    Miscellaneous Provisions

A.    This Agreement, including any exhibits and schedules, constitutes the entire Agreement between the parties pertaining to the subject matter contained in it and supersedes any and all prior agreements between them. No supplement, modification, or amendment of this Agreement shall be binding unless executed in writing by all of the parties.

B.    All of the parties' rights and remedies hereunder shall be deemed to be cumulative and not exclusive. No waiver by either party to this Agreement of any of the provisions hereof shall be deemed, or shall constitute, a waiver of any other provision, covenant or condition of this Agreement, whether or not similar. No waiver shall be binding unless executed in writing by the party making the waiver.

C.    This Agreement shall in all respects be interpreted, enforced and governed by and under the laws of the State of California.

D.    If any dispute or claim arising out of or related to this Agreement, or the breach or enforcement thereof, results in a legal action or other proceeding, the successful or prevailing party or parties shall be entitled to recover reasonable attorney's fees and other costs incurred in that action or proceeding, in addition to any other relief to which it or they may be entitled.

E.    All notices, requests, demands, and other communications under this Agreement shall be in writing and shall be deemed to have been duly given on the date of service if served personally on the party to whom notice is to be given, or on the second day after mailing if mailed, by first class mail, registered or certified, postage prepaid, and properly addressed as follows:

TO NASI:        Nationwide Automated Systems, Inc.
                5000 No. Parkway Calabasas, Suite 303
                Calabasas, CA. 91302

TO LESSOR:      ██████████████████████████

F.    This Agreement shall be binding on, and shall inure to the benefit of the parties to it and their respective heirs, legal representatives,

-4-

Exhibit 5B Page 31

successors, and assigns.

G.     The parties hereto each agree to execute, acknowledge and deliver any additional documents and instruments, and to take any other action consistent with the terms of this Agreement that may reasonably be requested by the other party to give effect to the provisions hereof.

H.     This Agreement may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

I.     If any provision of this Agreement shall be held to be unlawful, void or unenforceable by any court of competent jurisdiction for any reason, such provision or provisions shall be deemed severable from and shall in no way affect the validity or enforceability of the remaining provisions of this Agreement.

J.     ANY CONTROVERSY OR CLAIM ARISING OUT OF OR RELATED TO THIS AGREEMENT, OR THE BREACH THEREOF, SHALL BE SETTLED BY ARBITRATION, TO BE CONDUCTED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AT THE REQUEST OF EITHER PARTY, IN ACCORDANCE WITH THE COMMERCIAL ARBITRATION RULES OF THE AMERICAN ARBITRATION ASSOCIATION, AND JUDGMENT UPON AN AWARD RENDERED BY THE ARBITRATOR(S) MAY BE RENDERED IN ANY COURT HAVING JURISDICTION THEREOF.

THE PARTIES SHALL HAVE THE RIGHT TO DISCOVERY IN AID OF THE ARBITRATION IN ACCORDANCE WITH CODE OF CIVIL PROCEDURE SECTION 1283.05; PROVIDED, HOWEVER, THAT THE ARBITRATOR'S PERMISSION SHALL NOT BE REQUIRED FOR SUCH DISCOVERY.

EACH OF THE PARTIES RESERVES THE RIGHT TO FILE A JUDICIAL ACTION TO ENABLE THE RECORDING OF A NOTICE OF PENDING ACTION, OR TO APPLY FOR ORDERS OF ATTACHMENT, RECEIVERSHIP, INJUNCTION, OR OTHER PROVISIONAL REMEDIES ON THE GROUNDS THAT THE ARBITRATION AWARD TO WHICH THE APPLICANT MAY BE ENTITLED MAY BE RENDERED INEFFECTUAL IN THE ABSENCE OF SUCH RELIEF.  ANY SUCH ACTION BY A PARTY HERETO SHALL NOT CONSTITUTE A WAIVER OF THE RIGHT TO ARBITRATION UNDER THIS PROVISION.

IN WITNESS WHEREOF the parties have executed this Agreement on the date first set forth above.

NATIONWIDE AUTOMATED SYSTEMS, INC.

-5-

Exhibit 5B Page 32

A California Corporation

By: _____

Title: PRESIDENT

LESSOR:

By: _____

Title: LESSOR

-6-

EXHIBIT 5c

Nationwide Automated Systems, Inc.

ADDENDUM TO OWNER LEASE AGREEMENT

This Addendum supersedes any and all paragraphs in the Owner Lease Agreement.

1) If at anytime the owner's ATM machine fails to make enough transactions. To pay the owner a monthly check equivalent to a twenty (20%) percent Annual return on the owner's investment of $19,800, Nationwide Automated Systems, Inc. guarantees to pay owner the difference between what the Owner has received and $4,000 annually. This is based on a rental fee of $.50 Per transaction.

2) At anytime after the first two years of ownership, should the owner wish to Sell his or her ATM's, N.A.S.I guarantees it will purchase said ATM's from Owner for the original sales price of $19,800.

Nationwide Automated Systems, Inc.

By _____

Owner

By__X_____

Exhibit 5C Page 34

160

EXHIBIT 6

# NATIONWIDE AUTOMATED SYSTEMS, INC.

5000 No. Parkway Calabasas, Suite 303
Calabasas, Ca. 91302
818-223-0930
FAX: 818-591-1762

August, 2013

Dear Investor:

Enclosed please find your new Exhibit A which lists the location, address, city, state, and serial number of your ATMs.

These locations started calculating for you as of August 1, 2013. Therefore your first commission will be sent the end of September, 2013.

Please feel free to call me with any questions that you may have.

Sincerely,

Joel Gillis
President
Nationwide Automated Systems, Inc.

JG:cg

Exhibit 6 Page 35

162

Exhibit "A"

Thomas Wong

| LOCATION NAME | U Stop Mini Mart | | |
|---|---|---|---|
| ADDRESS | 3747 S. 27th St. | | |
| CITY, STATE | Lincoln, Ne. | | |
| SERIAL NUMBER | EA-816295 | | |

| LOCATION NAME | | | |
|---|---|---|---|
| ADDRESS | | | |
| CITY, STATE | | | |
| SERIAL NUMBER | | | |

| LOCATION NAME | | | |
|---|---|---|---|
| ADDRESS | | | |
| CITY, STATE | | | |
| SERIAL NUMBER | | | |

| LOCATION NAME | | | |
|---|---|---|---|
| ADDRESS | | | |
| CITY, STATE | | | |
| SERIAL NUMBER | | | |

| LOCATION NAME | | | |
|---|---|---|---|
| ADDRESS | | | |
| CITY, STATE | | | |
| SERIAL NUMBER | | | |

Exhibit 6 Page 36

EXHIBIT 7

## IMPORTANT NOTICE ABOUT YOUR TRANSACTION STATEMENT:

Your investment of $19,800 per machine comes with a guaranteed 20% annual return, paid in monthly increments. EXAMPLE: At $19,800 your 20% minimum guarantee is $3,960.00 per year or the equivalent of $330.00 per month, per machine.

Previously you have received corrected or handwritten statement amounts which included either adjusted transaction amounts (+/-660) or minimum 20% payment amounts per machine ($330).

To streamline this process your new statement will automatically calculate this minimum 20% adjusted figure for machines with less than 660 transactions on any month. This will be calculated up to reflect your minimum guarantee of $330.00 per machine. Machines that have transaction counts equal or greater than 660 will be calculated at the same rate of $0.50 per transaction as usual.

## EXAMPLE:

| Actual Transactions | Adjusted | Adjusted 20% min. |
|---|---|---|
| 550 | 660 | $330.00 |
| 660 | 660 | $330.00 |
| 639 | 660 | $330.00 |
| 680 | 680 | $340.00 |
| 737 | 737 | $368.50 |
| 3266 x $0.50 | 3397 | x $0.50 = $1698.50 |
| $1,633.00 | | $1,698.50 |

### ** WE NEED TO UPDATE YOUR ACCOUNT INFORMATION**

Please E-mail us any changes to your Mailing Address, Contact Phone Number & especially your E-mail address or any other changes so we may update our systems. To: accounts@nationwideautomatedsystems.com

*For Sales:*   investor@nationwideautomatedsystems.com

*For IRA's:*   ira@nationwideautomatedsystems.com

Exhibit 7 Page 37

165

EXHIBIT 8

ELECTRONIC PROCESSING INC. XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA 92123

DISTRIBUTOR: NATIONWIDE AUTOMATED SYSTEMS

Processing Period: 01 Jan 2014

Investor Summary for Kapan Wong

| Serial Nbr | Hotel Name | Location | Transaction Count | Adjusted Count |
|------------|------------|----------|-------------------|----------------|
| EA-244509 | Casey's Conv. Mart | Davenport, IA. | 648 | 660 |
| EA-442224 | Go Mart Conv. Mart | Dunbar, W. Va. | 552 | 660 |
| EA-724651 | AM-PM Mini Mart | Barstow, Ca. | 444 | 660 |
| EA-736798 | Eastside Mini Mart | Findlay, Oh. | 406 | 660 |
| EA-816295 | U Stop Mini Mart | Lincoln, Ne. | 760 | 760 |

Total $3,400

$ .50

$1,700.00

Exhibit 8 Page 38

167

ELECTRONIC PROCESSING INC- XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA. 92123

DISTRIBUTOR: NATIONWIDE AUTOMATED SYSTEMS

Processing Period: 01-Feb 2014

Investor Summary for Kapan Wong

| Serial Nbr | Hotel Name | Location | Transaction | Adjusted Count |
|---|---|---|---|---|
| EA-244509 | Casey's Conv. Mart | Davenport, IA. | 639 | 660 |
| EA-442224 | Go Mart Conv. Mart | Dunbar, W. Va. | 541 | 660 |
| EA-724551 | AM-PM Mini Mart | Barstow, Ca. | 435 | 660 |
| EA-735793 | Eastside Mini Mart | Findlay, Oh. | 395 | 660 |
| EA-816295 | U Stop Mini Mart | Lincoln, Ne. | 752 | 752 |

Total                3,392

$ .50

$1,696.00

Exhibit 8 Page 39

168

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA 92123

DISTRIBUTOR: NATIONWIDE AUTOMATED SYSTEMS

Processing Period: 01-Mar-2014

Investor Summary for Kapan Wong

| Serial Nbr | Hotel Name | Location | Transaction | Adjusted Count |
|---|---|---|---|---|
| EA-244509 | Casey's Conv. Mart | Davenport, IA. | 650 | 660 |
| EA-442224 | Go Mart Conv. Mart | Dunbar, W. Va. | 555 | 660 |
| EA-724651 | AM-PM Mini Mart | Barstow, Ca. | 444 | 660 |
| EA-735798 | Eastside Mini Mart | Findlay, Oh. | 405 | 660 |
| EA-816295 | U Stop Mini Mart | Lincoln, Ne. | 761 | 761 |

Total    3,401

$ .50

$1,700.50

Exhibit 8 Page 40

169

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8737 COMPLEX DRIVE
SAN DIEGO, CA  92123

DISTRIBUTOR:  NATIONWIDE AUTOMATED SYSTEMS

Processing Period:  01-Apr  2014

Investor Summary for Kapan Wong

| Serial Nbr | Hotel Name | Location | Transaction | Adjusted Count |
|---|---|---|---|---|
| EA-244509 | Casey's Conv. Mart | Davenport, IA. | 661 | 661 |
| EA-442224 | Go Mart Conv. Mart | Dunbar, W. Va. | 564 | 660 |
| EA-724651 | AM-PM Mini Mart | Barstow, Ca. | 453 | 660 |
| EA-735798 | Eastside Mini Mart | Findlay, Oh. | 416 | 660 |
| EA-816295 | U Stop Mini Mart | Lincoln, Ne. | 770 | 770 |

Total 3,411

$ .50

$1,705.50

Exhibit 8 Page 41

170

ELECTRONIC PROCESSING INC - XTRA CASH ATM
8787 COMPLEX DRIVE
SAN DIEGO, CA 92123

DISTRIBUTOR: NATIONWIDE AUTOMATED SYSTEMS

Processing Period: 01-Jun-2014

Investor Summary for Kapan Wong

| Serial Nbr | Hotel Name | Location | Transaction Count | Adjusted Count |
|---|---|---|---|---|
| EA-244500 | Casey's Conv. Mart | Davenport, IA. | 657 | 660 |
| EA-442224 | Go Mart Conv. Mart | Dunbar, W. Va. | 595 | 660 |
| EA-724651 | AM-PM Mini Mart | Barstow, Ca. | 458 | 660 |
| EA-735798 | Eastside Mini Mart | Findlay, Oh. | 438 | 660 |
| EA-816295 | U Stop Mini Mart | Lincoln, Ne. | 745 | 745 |
| | | Total | | 3,385 |
| | | | | $ .50 |

$1,692.50

Exhibit 8 Page 42

171

EXHIBIT 9

DelGreco, Peter F.

From:           Thomas Wong <███████@yahoo.com>
Sent:           Thursday, September 11, 2014 1:12 AM
To:             DelGreco, Peter F; Blau, Marc J.; Leung, Gary;
Subject:        Fw: Happy Thanksgiving, ATM Investors

On Wednesday, November 30, 2011 2:09 AM, Frances McCaffrey ███████ <███████@sbcglobal.net> wrote:

Hi Thomas,

First of all, that's great news that your IRA will allow ATM's as an investment.
There have been several people who have explored this possibility and it all cases they've been directed
to consult their accountants. Sounds like you've done that. As far as avoiding the penalty I don't think
there's a way to do that but if you do the math you'll still come out ahead and relatively quickly with the
ATM's.
I'm no authority on this so if you want to ask Joel if he has any ideas for you then just give him a call at
the office *18-223-0930. I believe you'll be told that you have to pay the penalty.

Thanks and good luck with your decision.

Frances

From: Thomas Wong ███████ <███████@yahoo.com>
To: Frances McCaffrey ███████ <███████@sbcglobal.net>
Sent: Mon, November 28, 2011 10:52:39 PM
Subject: Re: Happy Thanksgiving, ATM Investors

Hi Frances,

I just learned that I am allowed to invest in alternative assets (including ATMs) using my traditional
IRA. However, my current IRA is all tied up in mutual funds, and I am not sure how I can sell my fund shares and
transfer the money into the ATM w/o the 10% early distribution penalty.  Do you have any investors who did this,
and if yes, how did they do it?. Thx!

Thomas

From: Frances McCaffrey ███████ <███████@sbcglobal.net>
To: Thomas Wong ███████ <███████@yahoo.com>
Sent: Friday, November 25, 2011 12:32 PM
Subject: Re: Happy Thanksgiving, ATM Investors

Hi Thomas,

Your contract will go out today. The mishap was in the name, Joel knows you as Kapan Wong.

1

Exhibit 9 Page 43

173

Sorry about that but thank you for letting me know soon enough. There is still time to turn
your contract around by the end of the month so don't worry. Drop me a line when you actually
get it in the mail.
Have a great day,
Frances

---

**From:** Thomas Wong ██████████no.com>
**To:** Frances McCaffrey ██████████@sbcglobal.net>
**Sent:** Wed, November 23, 2011 4:15:08 PM
**Subject:** Re: Happy Thanksgiving, ATM Investors

Hi Frances,

I have not yet received your new contract and I am flying out tomorrow to Houston for
Thanksgiving. Any idea when your contract will arrive? Thanks!

Thomas

---

**From:** Frances McCaffrey ██████████@sbcglobal.net>
**To:** Frances McCaffrey ██████████@sbcglobal.net>
**Sent:** Wednesday, November 23, 2011 1:31 PM
**Subject:** Happy Thanksgiving, ATM Investors

Hello My Dear Fellow ATM Investors,

I hope you are doing well and are soon to enjoy a beautiful feast of
Thanksgiving with your family and friends.

As you know from Joel's letter a few weeks ago Nationwide has secured a
new, large group of locations.

Please let me know if you or anyone you know wants to buy more machines
over the next few months.

Meanwhile I'm wishing for you a peaceful and happy Thanksgiving.


Frances McCaffrey
Sales Representative
Nationwide Automated Systems, Inc.   ██████████

2

Exhibit 9 Page 44

174

EXHIBIT 10

DelGreco, Peter F.

| | |
|---|---|
| **From:** | Thomas Wong ▮▮▮▮ @yahoo.com> |
| **Sent:** | Thursday, September 11, 2014 1:06 AM |
| **To:** | DelGreco, Peter F.; Blau, Marc J.; Leung, Gary |
| **Subject:** | Fw: ATM Investment |

On Friday, September 13, 2013 3:49 AM, Frances Mccaffrey ▮▮▮▮▮▮ @gmail.com> wrote:

Dear Investor,

It's been awhile since I've communicated with you as a group. I truly hope that you've had an enjoyable and safe summer.

Being that we are entering the final quarter of the year I thought this would be the perfect time to remind you that an ATM investment can be beneficial on a number of fronts including when it comes to our annual taxes. It's a good time to move forward if you've been thinking about picking up another machine or two.

I'm offering a link here to an article from Reuters business publication about Nationwide Automated Systems.  Though it was published in January it only came to my attention this week as I sat down with Joel for our monthly lunch.  Joel was unaware that the article was being written and it was brought to his attention by an investor.
Check it out and see what it has to say about the company.
http://www.reuters.com/article/2013/01/30/idUSnMKW80199a+1c0+MKW20130130

There's still time to get the ball rolling for October 1st machines so don't hesitate to give me a call or send me an email with your order.

Thank you and Be Well,

Frances McCaffrey

Sales Representative ▮▮▮▮▮▮▮▮▮▮ cell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Exhibit 10 Page 45



HOME   BUSINESS   MARKETS   WORLD   POLITICS   TECH   OPINION   BREAKINGVIEWS   MONEY   LIFE   PICTURES   VIDEO

# Nationwide Automated Systems Rated #1 Provider of ATM Systems

Wed Jan 30, 2013 2:29pm EST

* Reuters is not responsible for the content in this press release

0 COMMENTS

CALABASAS, CA, Jan 30 (Marketwire) —
In a recent poll it was determined that most high-traffic retail location owners prefer ATM machines provided by Nationwide Automated Systems, Inc. over the competition. Poll recipients were asked to rate ATM providers in the following categories: revenue-sharing models, customer service, operation and aesthetics.

Participants noted that Nationwide Automated Systems (NAS) aggressive revenue-sharing stance, which grants location owners a percentage of the fees associated with transactions, was among the best in the industry. The company's ATM machines were also praised for their functionality. One poll recipient went on record stating, "Only once have I had an operational issue with my machine. I called a representative and he sent someone over within hours, not days. Since then, no other issues have occurred. It's been a pleasure working with Nationwide Automated Systems."

NAS boasts over 80 branches and 1,000 certified technicians on standby which accounts for the rapid response time noted by most poll recipients. In addition, the company works with one of the world most reliable processing partners, Worldpay US, Inc. This partnership allows NAS to service more than $1 billion transactions in a month's time.

Partners in the poll also noted that ATM machines provided by NAS were well placed and aesthetically pleasing. Due to its partnership with many leading ATM manufacturers, NAS can customize machines to the retail location owner's preference. For instance, one company offers custom-designed wood cabinet options, designed to match the visual feel of the retail location. A hotel owner stated, "You would never believe that the ATM machine was provided by an outside vendor. It integrates itself wonderfully into the hotel's ambiance."

Due to the feedback of satisfied customers and the accelerated growth of the company, NAS has decided to expand into Puerto Rico, with plans to pursue global growth strategies in the United Kingdom, Mexico and Canada.

About National Automated Systems, Inc.:

Nationwide Automated Systems, Inc. is an ATM machine provider based in Calabasas, California and run by Joel Gillis. It works with high-traffic retail locations, hotels, casinos, convenience stores and movie theatres located throughout the United States. The company has been consistently recognized for its exceptional customer service, sturdy machines and aggressive revenue-sharing model.

Joel Gillis
contact@nationwideautomatedsystems.com

Copyright 2013, Marketwire, All rights reserved.

-0-

## More From Reuters

Russia tests ICBM
as Putin says
nuclear deterrent
must be maintained
| 10 Sep

Philippines
displays ancient
maps to debunk
China's sea claims
| 15 Sep

---

Special Report: Moscow allies distort as
soldiers return in coffins

U.S. intensifies sanctions on Russia over
Ukraine | 13:XXX

Woman found in Massachusetts home with
dead babies may be mentally ill: lawyer

Pistons found guilty of culpable homicide |
12 XXX

Philippines displays ancient maps to debunk
China's sea claims

## Follow Reuters

Facebook    Twitter    RSS    YouTube

## RECOMMENDED VIDEO

Remains of missing student Holly Bobo fou...

U.S. government releases video of air operations

Airstrikes in Syria

Former Presidents Bush, Clinton share some lau...

## Sponsored Financial Content

My Retirement Plan® can help put you on the
right track to retirement Wells Fargo

LEAKED! Apple's Next Smart Device Motley
Fool

A Smart Way to Pay Off Mortgage Quickly
One Smart Penny

Register now for 3 months of Option Advisor
& receive 30 free trades Schaeffer's

The Futures and Options self-study guide
ADM Investor Services

EXHIBIT 11

DelGreco, Peter F.

**From:** Kapan Wong ████████@gmail.com
**Sent:** Thursday, September 11, 2014 1:44 AM
**To:** DelGreco, Peter F.; Blau, Marc J.; Leung, Gary
**Subject:** Fwd: Selling my May 2012 ATM

Thomas Wong (王家浜)
████████@gmail.com

----------Forwarded message----------
From: Kapan Wong ████████@gmail.com>
Date: 2014-08-05 2:27 GMT+08:00
Subject: Selling my May 2012 ATM
To: Joel Gillis ████████@earthlink.net>
Cc: ████████@yahoo.com>

Hi Joel,

I would like to sell my third ATM which was purchased in May 2012.

Per your previous email, you will send out payment on 15th of the month, so I am expecting that
you will send out the check to Capital One on 8.15.2014.

The last installment of $13,200 was delayed for a long time.  First, you said the check will be mailed
on July 10.  I called Capital One around 7.21 and they never receive the check.  Then I called
Annalynn and found out that the check was not mailed out until July 22 (a 12-day delay).  Now it is
8.5 and the check sent out on July 22 went missing again (called Capital One, and they never got
it).  I have asked Annalynn to give me a tracking number this time (either USPS or Fedex) since I am
sick and tired of missing checks (or worse, you never send out the check in the first place on both
7.10 and 7.22).

I am extremely worried that your company is running out of cash, or the process of selling my ATMs
should not be this painful.  I hope you can prove to me that your company is financially sound by
providing me the payment for the May 2012 ATM on time this time.

Thomas Wong (王家浜)
████████@gmail.com

Joel Gillis

Exhibit 11 Page 47

179

7月9日

发送至 我

Kapan,

I will make sure that your check goes out tomorrow.

Sincerely,

Joel Gillis - President
Nationwide Automated Systems, Inc.

Exhibit 11 Page 48

180

EXHIBIT 12

DelGreco, Peter F.

| | |
|---|---|
| **From:** | Thomas Wong <██████@yahoo.com> |
| **Sent:** | Thursday, September 11, 2014 1:05 AM |
| **To:** | DelGreco, Peter F.; Blau, Marc J.; Leung, Gary |
| **Subject:** | Fw: ATM checks |

On Tuesday, August 5, 2014 3:15 AM, Frances Mccaffrey ██████@gmail.com> wrote:

Dear Fellow Investor,

I just spoke with Joel and learned that this months' checks are being mailed today.
I believe it has something to do with the fact that he's been out of town.
Not to worry,

Thank You,

Frances McCaffrey

Sales Representative ██████████ cell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Exhibit 12 Page 49

182

DelGreco, Peter F.

**From:**       Thomas Wong ███████ @yahoo.com>
**Sent:**       Thursday, September ██, 2014 1:04 AM
**To:**         DelGreco, Peter F.; Blau, Marc J.; Leung, Gary
**Subject:**    Fw: ATM checks

On Saturday, August 9, 2014 1:14 AM, Frances Mccaffrey ███████ @gmail.com> wrote:

Dear Fellow Investor,

I am writing to assure you that all Nationwide's investor checks have been issued and mailed.
August's delay in payments has been the result of Nationwide contracting with an outside firm
to manage the monthly disbursements to investors. This system conversion has not gone
smoothly, and Nationwide has dismissed the firm.

Thank you for your patience.

Frances McCaffrey

Sales Representative ████████████████ ell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Exhibit 12 Page 50

183

EXHIBIT 13

P.O. BOX 4199
Capital One Bank   HOUSTON, TX  77210-4199
Date: Aug 18, 2014   Advice D=318261

Acct#

THE FOLLOWING IS A LIST OF CHECK(S)
DEPOSITED BY YOU THAT HAVE BEEN RETURNED
UNPAID FOR THE REASON(S) INDICATED:

SEQ #       ITEM AMOUNT
001522           1,692.50

KAPAN WONG

1 Item charged totaling  $1,692.50
Advice Total  $1,692.50 (D)                    Branch: 0100000000

"000031826 1"

'065000090'
08/18/2014
      1522

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

NSF

NATIONWIDE AUTOMATED SYSTEMS, INC          CITY NATIONAL BANK          55635
5000 N. PARKWAY CALABASAS SUITE 203          WOODLAND HILLS, CA 91367
CALABASAS, CA 91302                          16-1000/1220
(818) 223-9930

                                             P3I-4245642                 11/1/2014

Pay to the
Order of  Kapan Wong                                              $  $1,692.50

One Thousand Six Hundred Ninety-Two and 50/100 Dollars                    Dollars

Kapan Wong

"055635"  ":122016066":

"055635"  ":122016066":                  399"    "00004692501"

Exhibit 13 Page 51

185

**Substitute Checks and Your Rights (for Consumer Accounts Only)**

**What is a substitute check?** To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check. Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?** In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees). The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim. We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?** If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact your local branch or call us at 1-877-494-9111. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

**Your claim must include** — A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect); An estimate of the amount of your loss; An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and a copy of the substitute check and/or the following information to help us identify the substitute check: the check number, the name of the person to whom you wrote the check, the date of the check, and the amount of the check.

Do not endorse or write below this line

Exhibit 13 Page 52

186

EXHIBIT 14

DelGreco, Peter F.

| | |
|---|---|
| From: | Thomas Wong ███████ @yahoo.com> |
| Sent: | Thursday, September 11, 2014 1:04 AM |
| To: | DelGreco, Peter F.; Blau, Marc J.; Leung, Gary |
| Subject: | Fw: ATM checks |

On Wednesday, August 20, 2014 6:19 AM, Frances Mccaffrey ███████████ @gmail.com> wrote:

Dear Investor,

I just received confirmation from Joel that he is issuing you new checks from a new bank
account. Do not redeposit.
Thank You,

Frances McCaffrey

Sales Representative ██████████████ cell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Exhibit 14 Page 53

DelGreco, Peter F.

| | |
|---|---|
| From: | Thomas Wong [REDACTED]@yahoo.com> |
| Sent: | Thursday, September 11, 2014 1:00 AM |
| To: | DelGreco, Peter F.; Blau, Marc J.; Leung, Gary |
| Subject: | Fw: NASI checks |

On Friday, August 22, 2014 8:33 AM, Frances Mccaffrey [REDACTED]@gmail.com> wrote:

Dear Fellow Investor,

I spoke with Joel today and was reassured that all investor checks that did not clear the bank
are being re-issued, the last on Monday.
Bank fees will be paid back separately.

It was the first time in twenty years that anything like this happened and I'm confident that it
won't happen again.

Thank You for your understanding.

Sincerely,

Frances McCaffrey

Sales Representative [REDACTED] ell
Nationwide Automated Systems, Inc.
5000 N. Parkway Calabasas #303
Calabasas, CA 91302

Exhibit 14 Page 54

EXHIBIT 15

DelGreco, Peter F.

| | |
|---|---|
| **From:** | Kapan Wong ███████ @gmail.com> |
| **Sent:** | Thursday, September 11, 2014 1:43 AM |
| **To:** | DelGreco, Peter F.; Blau, Marc J.; Leung, Gary |
| **Subject:** | Fwd: 2014 Sept ATM payments? |

Thomas Wong (王家滨)
████████@gmail.com

---------- Forwarded message ----------
From: Kapan Wong ████████ @gmail.com>
Date: 2014-09-09 2:40 GMT+08:00
Subject: 2014 Sept ATM payments?
To: analyn s ████████@yahoo.com>, Joel Gillis ██████ @earthlink.net>

Hi Joel and Analyn,

It is 9.8 already but I have not yet received the Sept ATM payment yet. Would you please let me know when I will receive it?

Thomas Wong (王家滨)
████████@gmail.com

2014-08-29 22:59 GMT+08:00 Kapan Wong ████████ @gmail.com>:
Hi Analyn,

So I am only getting 2/3 of my May 2012 ATM purchase price (19800 * 2/3 = 13200) + Aug ATM rev share which is 1692.5, which total $14,892.50. Why am I not getting my full amount of the ATM + Aug ATM rev share which should be 13200 + 1692.5 = 21492.5? When am I getting the remaining 1/3 of May 2012 ATM refund?

My wire info:
Bank name: Capital One Bank
Account # ████████
Routing # ████████
Account name: Kapan Wong
US Address: ████████
US phone number: ████████
Bank Email address: ████████ @yahoo.com

Exhibit 15 Page 55

191

Bank Address: Capital One Bank

███████████

Thanks,

Thomas Wong
█████████@gmail.com

2014-08-29 22:38 GMT+08:00 analyn s ████████@yahoo.com>:
Hello Mr.Wong,

We are going to process your payment today total amount $14,892.50
Would you please forward your wire info once again?

Thank you

_____

*Analyn Solero*

**Work:** ██████████
**Fax:** ██████████

On Thursday, August 28, 2014 11:06 AM, Kapan Wong ████████@gmail.com> wrote:

Hi Joel,

I called your office at 11am today but nobody answered.

I talked to Analyn at 10:30am today, and she said she could not send me the refund for my May 2012 ATM since you have not approved it yet.  Would you please tell me the reason of holding that off (I hope it is not because you are running out of cash)?  I have asked for that since Aug 5, 2014, and this delay plus switching bank is making me very worried.

Thomas Wong
█████████@gmail.com

2014-08-20 12:37 GMT+08:00 Kapan Wong ████████@gmail.com>:
Joel and Analyn,

I got this from Frances Mccaffrey, your sales rep:

Exhibit 15 Page 56

192

Dear Investor,

I just received confirmation from Joel that he is issuing you new checks from a new bank account. Do not redeposit
Thank You,

Frances McCaffrey

Since this check losing and bouncing situation has driven me crazy already, please electronic transfer/ACH (this is free
and can be done online through your new bank, unlike wire transfer which may require a fee. This is suggested by
Capital One) both the August 2014 payment AND my May 2012 ATM payment to my Capital Bank account. You have my
bank account info already.

Please advice when you can do the ACH. Thanks.

Thomas Wong (王家洛)
@gmail.com

2014-08-19 21:47 GMT+08:00 Kapan Wong ▇▇▇@gmail.com>

Hi Joel and Analyn,

The check for my August 2014 payment bounced. That means you have non-sufficient funds (NSF)
in your bank account:

| | | | |
|---|---|---|---|
| 08/18/2014 | Chargeback NSF 1st time | $1,692.50 | $87,671.00 |
| 08/13/2014 | Customer deposit | + $1,692.50 | $89,363.50 |

When will I receive my August 2014 payment + my payment for selling back my May 2012 ATM?

Thomas Wong
@gmail.com

2014-08-19 0:58 GMT+08:00 Kapan Wong ▇▇▇@gmail.com>

Hi Joel and Analyn,

Today I received a charge back of August's ATM payment on my Capital One bank account.

Exhibit 15 Page 57

193

| Date ▾ | Description | Amount | Balance |
|---|---|---|---|
| Pending | Chargeback | -$1,692.50 | |
| Pending | Memo Debit EDFINANCIAL BORWEBPYMT | -$12,276.48 | |
| 08/13/2014 | Customer deposit | +$1,692.50 | $89,363.50 |

For now the bank does not have information why it happened, but I am suspecting your bank account is running out of funds (most often reason why a transaction is rejected). Also, the delay of August's payment adds to my worries (I am not even sure if your "outside firm" you contract to manage the monthly disbursements to investors is even real). I have called both of you but nobody answered. Sounds like too much of a coincidence...

Also, Analyn promised me over the phone that she will wire the purchase amount of my May 2012 ATM on Fri (8/15) but that didn't happen either, as shown on my bank account.

Would you please tell me what is going on? Are you running out of cash? Going out of business? Or even worse, a Ponzi scheme?

If you can't call a Chinese phone number, you can call me over Skype (download at http://www.skype.com/). My Skype username is carbonwong. It is free.

I demand this to be resolved without delay.

Not truly yours,

Thomas Wong

@gmail.com

2014-08-13 9:17 GMT+08:00 Kapan Wong @gmail.com>:

Hi Analyn and Joel,

Did you two have a chance to connect regarding me selling my May 2012 (3rd) ATM? Will I receive my wire transfer on 8.15.2014 or 8.18.2014? Please reply briefly. Thanks.

Thomas Wong
_____@gmail.com

2014-08-08 1:01 GMT+08:00 Kapan Wong _____@gmail.com>

Exhibit 15 Page 58

194

Ok great. And for selling my May 2012 ATM, please confirm that I will receive my payment by wire transfer to my Capital One bank account by Aug 18, 2014.

Sincerely,

Thomas Wong
████████@gmail.com

2014-08-08 0:38 GMT+08:00 Joel Gillis ████@earthlink.net>:
Your revenue share this month is on the way.


Sincerely,

Joel Gillis - President
Nationwide Automated Systems, Inc.



**From:** Kapan Wong [mailto:████████@gmail.com]
**Sent:** Thursday, August 07, 2014 8:01 AM
**To:** Joel Gillis; analyn s
**Subject:** Re: Selling my May 2012 ATM

Hi Joel and Analyn,

I have successfully received the last installment of the first two ATMs this morning. Thanks.

For selling my third ATM (purchased in May 2012), please also send me the payment using wire transfer, since it has been proven that mailing checks out to the bank does not work: the checks always went missing.

I will expect the payment will arrive at my Capital One bank account between Aug 15 and 18, 2014.

Finally, would you please provide when I will receive the revenue share this month? I received Frances' email (delayed due to Joel's travelling), but it is already Aug 7.

Please reply to confirm receipt.

Thanks,

Thomas Wong
████████@gmail.com


2014-08-05 2:27 GMT+08:00 Kapan Wong ████████@gmail.com>:


Exhibit 15 Page 59

Hi Joel,

I would like to sell my third ATM which was purchased in May 2012.

Per your previous email, you will send out payment on 15th of the month, so I am expecting that **you will send out the check to Capital One on 8.15.2014.**

The last installment of $13,200 was delayed for a long time. First, you said the check will be mailed on July 10. I called Capital One around 7.21 and they never receive the check. Then I called Annalynn and found out that the check was not mailed out until July 22 (a 12-day delay). Now it is 8.5 and the check sent out on July 22 went missing again (called Capital One, and they never got it). I have asked Annalynn to give me a tracking number this time (either USPS or Fedex) since I am sick and tired of missing checks (or worse, you never send out the check in the first place on both 7.10 and 7.22).

I am extremely worried that your company is running out of cash, or the process of selling my ATMs should not be this painful. I hope you can prove to me that your company is financially sound by providing me the payment for the May 2012 ATM **on time this time.**

Thomas Wong (王家源)


@gmail.com

Joel Gillis
7月9日

发送至 我

Kapan,

I will make sure that your check goes out tomorrow.

Sincerely,

Joel Gillis - President
Nationwide Automated Systems, Inc.

⊠ This email is free from viruses and malware because avast! Antivirus protection is active.

6                                    Exhibit 15 Page 60

196

EXHIBIT 16

Exhibit 16, Page 61

# NATIONWIDE AUTOMATED SYSTEMS, INC.

26000 W. Agoura Road, Calabasas, Suite 302
Calabasas, CA 91302
Phone: 818-223-9700
FAX: 818-591-1792

August 28, 2014

Dear ATM owners,

We would like to thank everyone for being so patient this month as it has been extremely challenging in more than one aspect of the company.

Our company policy has always been for you to call us if you do not receive your payment by the 10th of any month and we will be more than happy to stop payment and re-issue a new check. We cannot control the U.S. mail, and there will always be a small percentage of checks that for some reason or another never make it to their intended location.

Unfortunately, it was not the case this month as we started receiving calls as early as Monday, August 4th. The number of phone calls that came in by the end of the day on August 8th was around 4800 not including all the voice messages, e-mails, or faxes. We advised everyone that checks were being mailed out in batches this month due to some processing issues, and if you did not receive a check by August 12th to please let us know and we would re-issue.

On the 7th, and 8th we then received an estimated 7400 calls from the same people apologizing and letting us know that they did in fact receive their checks. We answered over 3,200 phone calls within 3 days.

We were then asked to please stop payment on those checks that were not received starting August 9th but to encourage everyone to wait until the 12th and explained it was due to some last minute batches being sent, as our normal policy is the 10th.

That fell on deaf ears and instead we were threatened by phone, fax and e-mail. People came to the office yelling at us. This all happened before the normal 10th of the month re-issue period.

People who demanded their re-issued checks, called us 2-3 days later to say they received their original checks in addition to the new re-issued checks. Many were checks that were deposited and cleared before we could stop them and then a 2nd check deposited as well. This because some people did not communicate with each other in time and they were paid twice.

Exhibit 16 Page 62

In addition, we had deposits paid to us sent back, only complicating things more.

We were asked why we did not apprise anyone of the situation. Again it was not even the 10th as yet, we also sent out account update information requests 6 months ago. This would have made it much easier to contact everyone by e-mail. To date, we have only received about 30% back in updating your account information. This had a huge effect on our ability to notify everyone at the same time.
info@nationwideautomatedsystems.com or fax to: 310-591-0762.

In 19 years we have never, never been late. We have never had to deal with such a challenge of this type or magnitude. We have always posted and mailed checks on the 1st of each month or the Monday following, if the 1st fell on a weekend or holiday.

I will not go into every detail, but we came to the uncomfortable realization that the current infrastructure at Nationwide cannot support over 4000 phone calls that were fielded in the first 2 1/2 weeks of August. Some of those calls were the same people, calling two or three times. Sadly, customers who have been with us for over 15 years had voiced their soured opinions after having made tens of thousands of dollars above and beyond their original purchase.

We felt installing an answering service in lieu of answering calls individually would have been worse. This has left us far behind and we must make immediate changes or this will continue happening every month.

The September 1st check will be going out late as well due to the increase amount of time spent on complaints, cleaning up the general accounting and system upgrades. We hope to be back on track by October 1st.

Please do not call us with check mailing inquires for September. We estimate that they will go out anywhere from their 9th to the 19th. If checks are not received within the standard 10 day period, please e-mail us at:
accounting@nationwideautomatedsystems.com as we do not wish to spend the next few weeks on the telephone and revisit the same unpleasant experience.

For those of you who feel uncomfortable about this, we are offering to buy back your ATMs. Please E-Mail us at: Buyback@nationwideautomatedsystems.com
We will send you the proper form to fill out.

Thank you,

*Joel Gillis, President*

5000 Parkway Calabasas, Suite 201, Calabasas, CA. 91302 · Phone: 818.223.9090 · FAX: 818.591.0762
E-Mail: info@nationwideautomatedsystems.com · www.nationwideautomatedsystems.com