# Declaration of Janice Chiquet

| | |
|---|---|
| 1 | DECLARATION OF JANICE CHIQUET |
| 2 | I, Janice Chiquet, declare as follows: |
| 3 | 1. I am an Investigative Accountant with the United States |
| 4 | Attorney's Office for the Central District of California and have |
| 5 | been so employed for over 23 years. As an Investigative Accountant I |
| 6 | have analyzed numerous financial records including bank records, |
| 7 | brokerage account records, income tax returns, investors' account |
| 8 | records, accounting documents and other business records in |
| 9 | connection with the investigation and prosecution of many financial |
| 10 | fraud cases, including investor fraud cases and bank fraud cases. I |
| 11 | have been assigned the responsibility of performing various analyses |
| 12 | of the records obtained in the case of <u>United States v. Joel Gillis</u> |
| 13 | <u>and Edward Wishner</u>, Case No. CR 14-712-SJO. I have knowledge of the |
| 14 | facts set forth herein and could and would testify to those facts |
| 15 | fully and truthfully if called and sworn as a witness. |
| 16 | 2. Attached hereto as Exhibit G are tax records that were |
| 17 | obtained the Receiver for Nationwide Automated Systems, Inc. ("NASI") |
| 18 | appointed in <u>SEC v. NASI, Inc., et al.</u>, CV 14-7249-SJO. |
| 19 | 3. Attached hereto as Exhibit H is a spreadsheet that I |
| 20 | prepared entitled *Payments for the Benefit of Joel Gillis*. I |
| 21 | prepared this spreadsheet using bank records obtained from City |
| 22 | National Bank and Grandpoint Bank for accounts held in the name of |
| 23 | NASI, and bank records from Wells Fargo Advisors for an account held |
| 24 | in the names of Joel Gillis and Edward Wishner. This spreadsheet |
| 25 | shows, in addition to payroll payments, additional payments from NASI |
| 26 | directly to Gillis and payments for his health insurance, life |
| 27 | insurance, and personal American Express credit card, and to his |
| 28 | brokerage account. |

1     4.   Attached hereto as Exhibit I is a spreadsheet that I
2 prepared entitled *Payments for the Benefit of Ed Wishner*. I prepared
3 this spreadsheet using bank records obtained from City National Bank
4 and Grandpoint Bank for accounts held in the name of NASI, and bank
5 records obtained from Wells Fargo Advisors for the account held in
6 the names of Joel Gillis and Edward Wishner. This spreadsheet shows,
7 in addition to payroll payments, additional payments from NASI for
8 cash and payments for Wishner's health insurance and life insurance,
9 and to his brokerage account.

10     5.   Attached hereto as Exhibit J is a spreadsheet that I
11 prepared for the CitiBusiness Platinum Select Card held in the name
12 of Edward Wishner Company, with secondary accountholders Edward
13 Wishner, (his son) and an associate of Edward Wishner. I prepared
14 this spreadsheet using records that were obtained from Citigroup.
15 These records show that the CitiBusiness Platinum Select Card held in
16 the name of Edward Wishner incurred charges for personal expenses and
17 the monthly balances on the card were paid using checks drawn on City
18 National Bank account No. 4410, which was the NASI Operating Account
19 ("NASI Operating Account").

20     6.   Attached hereto as Exhibit K is a spreadsheet that I
21 prepared for the American Express Business Platinum Card held in the
22 name of Edward Wishner, with secondary cardholders Joel Gillis and
23 the associate of Edward Wishner. The records were obtained from
24 American Express. These records show that this American Express
25 Business Platinum Card incurred charges for personal expenses and the
26 monthly balances on the card were paid using checks drawn on the NASI
27 Operating Account.

28

7.  Attached hereto as Exhibit L are records obtained from American Express for an American Express Business Platinum Card held in the name of Darren Wishner, with secondary cardholders Joel Gillis and Edward Wishner, and from City National Bank for the NASI Operating Account. These records show that this American Express Business Platinum Card incurred charges for personal expenses and the monthly balances on the card were paid using checks drawn on the NASI Operating Account.

8.  Attached hereto as Exhibit M is a spreadsheet that I prepared listing Monthly Auto Payments paid by NASI during the period September, 2007 through August, 2014. I believe, based on TransUnion, Experian, and Equifax credit reports, that the accounts to which these payments were made were in the names of Joel Gillis and Edward Wishner. I prepared this spreadsheet using the analysis of checks written on the NASI Operating Account that was prepared by FBI Forensic Accountant Tonya Pinkerton ("FA Pinkerton").

9.  Attached hereto as Exhibit N is a spreadsheet that I prepared entitled *Anaylsis of ATM Sales Proceeds Paid Directly to Joel Gillis and Edward Wishner*. I prepared this spreadsheet based on my review of investor files, bank records for Joel Gillis and Edward Wishner, and bank records for Fuel Doctor. Based on information provided by Mark Soffa, the CEO of Fuel Doctor, and financial records obtained in the investigation, I know that Fuel Doctor is a company in which Joel Gillis and Edward Wishner invested in their own names. This spreadsheet shows that the proceeds from a number of ATM investment transactions were deposited directly into Joel Gillis and Edward Wishner's bank accounts rather than into NASI bank accounts.

1 | In one instance, $250,000 received from an investor was deposited
2 | directly into a Fuel Doctor account.

3 |     10. I have reviewed the Loss Analysis Spreadsheet dated October 30, 2015, that was prepared by FA Pinkerton. Based on my review of the underlying documents, I believe that FA Pinkerton's Spreadsheet accurately summarizes losses of investors for the period covered by the spreadsheet.

    11. Based on my review of the Loss Analysis Spreadsheet dated October 30, 2015, prepared by FA Pinkerton and the underlying documents, I am aware that FA Pinkerton's analysis took into account that the individuals listed may have made investments, and received payments, through corporations, limited partnerships, and trusts as well as in their individual capacity.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 2, 2015.

_Janice Chiquet_
JANICE CHIQUET