# EXHIBIT G

| 22222 | Void | a Employee's social security number [REDACTED] | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number 95-4606333 | | | 1 Wages, tips, other compensation 269829.60 | 2 Federal income tax withheld 47493.57 | |
| c Employer's name, address, and ZIP code NATIONWIDE AUTOMATED SYS., INC 22048 SHERMAN WAY, SUITE 111 CANOGA PARK CA 91303 | | | 3 Social security wages 102000.00 | 4 Social security tax withheld 6324.00 | |
| | | | 5 Medicare wages and tips 269829.60 | 6 Medicare tax withheld 3912.53 | |
| | | | 7 Social security tips | 8 Allocated tips | |
| d Control number | | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's first name and initial JOEL | Last name GILLIS | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 | |
| [REDACTED] WOODLAND HILLS CA 91364 | | | 13 Statutory employee   Retirement plan   Third-party sick pay | 12b | |
| | | | 14 Other | 12c | |
| | | | | 12d | |
| f Employee's address and ZIP code | | | | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 427-8885-1 | 269829.60 | 8766.00 | 86698.00 | 693.58 | CA SDI |
| | | | | | | |

Form **W-2** Wage & Tax Statement

**2008**

0000/1086

Copy A For Social Security Administration – Send this entire page with Form W-3 to the Social Security Administration;
~~photocopies are not acceptable~~

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see back of Copy D.

211

| **22222** | Void | a Employee's social security number |
|---|---|---|

For Official Use Only ▶
OMB No. 1545-0008

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 95-4606333 | 269829.60 | 49713.57 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| NATIONWIDE AUTOMATED SYS., INC | 102000.00 | 6324.00 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 22048 SHERMAN WAY, SUITE 111 | 269829.60 | 3912.53 |
| CANOGA PARK CA 91303 | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial | Last name | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|---|
| EDWARD | WISHNER | | | |

| 13 Statutory employee | Retirement plan | Third-party sick pay | 12b |
|---|---|---|---|

WOODLAND HILLS CA 91364

| 14 Other | 12c |
|---|---|
| | 12d |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 427-8885-1 | 269829.60 | 6546.00 | 86698.00 | 693.58 | CA SDI |

Form **W-2** Wage & Tax Statement

Copy A For Social Security Administration - Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

**2008**

0000/1086

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

**Do Not Cut, Fold, or Staple Forms on This Page**

| **22222** | Void | a Employee's social security number |
|---|---|---|

For Official Use Only ▶
OMB No. 1545-0008

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial | Last name | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | 12b |
|---|---|---|---|

| 14 Other | 12c |
|---|---|
| | 12d |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Form **W-2** Wage & Tax Statement

Copy A For Social Security Administration - Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

**2008**

0000/1086

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

R00091651

212

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2010 or tax year beginning _____ , 2010, ending _____
► See separate instructions.

OMB No. 1545-0123

**2010**

**A Check if:**

1 a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ... ☐
2 Personal holding company (attach Sch PH) ... ☐
3 Personal service corp (see instr) ... ☐
4 Schedule M-3 attached ... ☐

Print or type

NATIONWIDE AUTOMATED SYSTEMS, INC.
22048 SHERMAN WAY, SUITE 213
CANOGA PARK, CA 91303

**B** Employer identification number
95-4606333

**C** Date incorporated
11/25/1996

**D** Total assets (see instructions)
$ 7,790,544.

**E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

| | | | |
|---|---|---|---|
| **INCOME** | 1a Gross receipts or sales. | 37,392,660. | b Less returns & allowances. | c Balance ► | **1c** | 37,392,660. |

| | |
|---|---|
| 2 Cost of goods sold (Schedule A, line 8). | **2** | 2,189,767. |
| 3 Gross profit. Subtract line 2 from line 1c. | **3** | 35,202,893. |
| 4 Dividends (Schedule C, line 19). | **4** | |
| 5 Interest. | **5** | |
| 6 Gross rents. | **6** | |
| 7 Gross royalties. | **7** | |
| 8 Capital gain net income (attach Schedule D (Form 1120)). | **8** | |
| 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797). | **9** | |
| 10 Other income (see instructions — attach schedule). | **10** | |
| 11 **Total income.** Add lines 3 through 10. ► | **11** | 35,202,893. |

**DEDUCTIONS** (See instructions for limitations on deductions.)

| | |
|---|---|
| 12 Compensation of officers (Schedule E, line 4). | **12** | |
| 13 Salaries and wages (less employment credits). | **13** | 737,144. |
| 14 Repairs and maintenance. | **14** | 44,546. |
| 15 Bad debts. | **15** | |
| 16 Rents. | **16** | 30,105. |
| 17 Taxes and licenses. | **17** | 42,111. |
| 18 Interest. | **18** | |
| 19 Charitable contributions. | **19** | 6,358. |
| 20 Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562). | **20** | 12,393. |
| 21 Depletion. | **21** | |
| 22 Advertising. | **22** | 682. |
| 23 Pension, profit-sharing, etc, plans. | **23** | |
| 24 Employee benefit programs. | **24** | |
| 25 Domestic production activities deduction (attach Form 8903). | **25** | |
| 26 Other deductions (attach schedule). See Statement 1 | **26** | 34,250,159. |
| 27 **Total deductions.** Add lines 12 through 26. ► | **27** | 35,123,498. |
| 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | **28** | 79,395. |
| 29 Less: a Net operating loss deduction (see instructions). | **29 a** | | |
| b Special deductions (Schedule C, line 20). | **29b** | | **29c** | |

**TAX, REFUNDABLE CREDITS, AND PAYMENTS**

| | |
|---|---|
| 30 **Taxable income.** Subtract line 29c from line 28 (see instructions). | **30** | 79,395. |
| 31 Total tax (Schedule J, line 10). | **31** | 15,244. |
| 32a 2009 overpayment credited to 2010. | 32 a | | | |
| b 2010 estimated tax payments. | 32b | 7,500. | | |
| c 2010 refund applied for on Form 4466. | 32 c | | d Bal ► | 32 d | 7,500. |
| e Tax deposited with Form 7004. | | | | 32 e | |
| f Credits: (1) Form 2439 | (2) Form 4136 | | | 32f | |
| g Refundable credits from Form 3800, line 19c, and Form 8827, line 8c . . . | 32g | | | 32h | 7,500. |
| 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . ► ☒ | **33** | 219. |
| 34 Amount owed. If line 32h smaller than the total of lines 31 and 33, enter amount owed . . . . | **34** | 7,963. |
| 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid . . . . | **35** | |
| 36 Enter amount from line 35 you want: Credited to 2011 estimated tax ► | Refunded ► | **36** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► Signature of officer     Date     ► President  Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| Firm's name ► Edward Wishner | | | Firm's EIN ► 93-1195814 |
| Firm's address ► 20969 Ventura Blvd. Suite 20 | Woodland Hills, CA 91364 | | Phone no. (916) 555-1212 |

BAA For Paperwork Reduction Act Notice, see separate instructions.

CPCA0205L 03/02/11

Form **1120** (2010)

R00111678

## Schedule A | Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | 2,086,323. |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) ................ See Statement 2 | 103,444. |
| 5 | Other costs (attach schedule) | |
| 6 | **Total.** Add lines 1 through 5 | 2,189,767. |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 2,189,767. |

9a Check all methods used for valuing closing inventory:
- (i) ☐ Cost
- (ii) ☐ Lower of cost or market
- (iii) ☐ Other (Specify method used and attach explanation.) ........ ▶ ------------------------------------

b Check if there was a writedown of subnormal goods ................................................ ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........... ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO................ | 9d |

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ............... ☐ Yes ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation .......... ☐ Yes ☒ No

## Schedule C | Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4 ....... ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ................. ▶ | | | |

## Schedule E | Compensation of Officers (see instructions for page 1, line 12)

**Note:** Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| 1 (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| JOEL GILLIS | | 100 % | 50.00 % | 0.00 % | 368,572. |
| EDWARD WISHNER | | 100 % | 50.00 % | 0.00 % | 368,572. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---:|
| 2 | Total compensation of officers | 737,144. |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | 737,144. |

Form 1120 (2010)

CPCA0212L 01/19/11

R00111679

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2011 or tax year beginning _____ , 2011, ending _____ , _____
► See separate instructions.

OMB No. 1545-0123

**2011**

**A** Check if:
1 a Consolidated return (attach Form 851)
  b Life/nonlife consolidated return
2 Personal holding co (attach Sch PH)
3 Personal service corp (see instrs)
4 Schedule M-3 attached

TYPE OR PRINT

NATIONWIDE AUTOMATED SYSTEMS, INC.
22048 SHERMAN WAY, SUITE 213
CANOGA PARK, CA 91303

**B** Employer identification number
95-4606333

**C** Date incorporated
11/25/1996

**D** Total assets (see instructions)
$ 6,753,012.

**E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

| | | | |
|---|---|---|---|
| **I N C O M E** | 1 a Merchant card and third-party payments. For 2011, enter -0- | 1a | 0. |
| | b Gross receipts or sales not reported on line 1a (see instructions) | 1b | 48,698,513. |
| | c Total. Add lines 1a and 1b | 1c | 48,698,513. |
| | d Returns and allowances plus any other adjustments (see instructions) | 1d | |
| | e Subtract line 1d from line 1c | 1e | 48,698,513. |
| | 2 Cost of goods sold from Form 1125-A, line 8 (attach Form 1125-A) | 2 | 2,673,748. |
| | 3 Gross profit. Subtract line 2 from line 1e | 3 | 46,024,765. |
| | 4 Dividends (Schedule C, line 19) | 4 | |
| | 5 Interest | 5 | |
| | 6 Gross rents | 6 | |
| | 7 Gross royalties | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 Other income (see instructions — attach schedule) | 10 | |
| | 11 Total income. Add lines 3 through 10 | 11 | 46,024,765. |
| **D E D U C T I O N S** (SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS) | 12 Compensation of officers from Form 1125-E, line 4 (attach Form 1125-E) | 12 | 738,144. |
| | 13 Salaries and wages (less employment credits) | 13 | |
| | 14 Repairs and maintenance | 14 | 34,693. |
| | 15 Bad debts | 15 | |
| | 16 Rents | 16 | 42,397. |
| | 17 Taxes and licenses | 17 | 34,642. |
| | 18 Interest | 18 | |
| | 19 Charitable contributions | 19 | 2,115. |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 9,278. |
| | 21 Depletion | 21 | |
| | 22 Advertising | 22 | 340. |
| | 23 Pension, profit-sharing, etc, plans | 23 | |
| | 24 Employee benefit programs | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903) | 25 | |
| | 26 Other deductions (attach schedule) ....... See Statement 1 | 26 | 45,086,510. |
| | 27 Total deductions. Add lines 12 through 26 | 27 | 45,948,119. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 76,646. |
| | 29a Net operating loss deduction (see instructions) | 29a | |
| | b Special deductions (Schedule C, line 20) | 29b | |
| | c Add lines 29a and 29b | 29c | |
| **TAX, REFUNDABLE CREDITS, AND PAYMENTS** | 30 Taxable income. Subtract line 29c from line 28 (see instructions) | 30 | 76,646. |
| | 31 Total tax (Schedule J, Part I, line 11) | 31 | 14,310. |
| | 32 Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | 7,500. |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☒ | 33 | 288. |
| | 34 Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | 7,098. |
| | 35 Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| | 36 Enter amount from line 35 you want: Credited to 2012 estimated tax ► _____ Refunded ► | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____
Signature of officer

Date

Title: President

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

Print/Type preparer's name: EDWARD WISHNER
Preparer's signature: EDWARD WISHNER
Date:
Check ☒ if self-employed
PTIN: P01443011

Firm's name ► Edward Wishner
Firm's address ► 20969 Ventura Blvd. Suite 20
Woodland Hills, CA 91364

Firm's EIN ► 93-1195814
Phone no. 818-716-7979

BAA For Paperwork Reduction Act Notice, see separate instructions.

CPCA0205L 12/12/11

Form 1120 (2011)

Form **1125-E**
(December 2011)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

► Attach to Form 1120, 1120-C, 1120-F, 1120-RIC.
► See separate instructions.

OMB No. 1545-2225

Name
NATIONWIDE AUTOMATED SYSTEMS, INC.

Employer identification number
95-4606333

**Note.** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | JOEL GILLIS | | 100 % | 50.00 % | 0.00 % | 369,072. |
| | EDWARD WISHNER | | 100 % | 50.00 % | 0.00 % | 369,072. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| 2 | Total compensation of officers | 738,144. |
|---|---|---|
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 738,144. |

BAA  For Paperwork Reduction Act Notice, see separate instructions.

Form 1125-E (12-2011)

CPCA2101L  01/19/12

R00120292

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2012 or tax year beginning _____ , 2012, ending _____ ,

► Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120*.

OMB No. 1545-0123

**2012**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
  b Life/nonlife consolidated return ...... ☐
2 Personal holding co (attach Sch PH) .. ☐
3 Personal service corp (see instrs) ..... ☐
4 Schedule M-3 attached ....... ☐

TYPE OR PRINT

NATIONWIDE AUTOMATED SYSTEMS, INC.
22048 SHERMAN WAY, SUITE 213
CANOGA PARK, CA 91303

**B** Employer identification number
95-4606333

**C** Date incorporated
11/25/1996

**D** Total assets (see instructions)
$ 8,055,731.

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | | |
|---|---|---|---:|---:|
| **I N C O M E** | 1a Gross receipts or sales................................................ | 1a | 65,032,618. | |
| | b Returns and allowances............................................. | 1b | | |
| | c Balance. Subtract line 1b from line 1a............................................ | | 1c | 65,032,618. |
| | 2 Cost of goods sold (attach Form 1125-A).......................................... | | 2 | 3,704,661. |
| | 3 Gross profit. Subtract line 2 from line 1c........................................ | | 3 | 61,327,957. |
| | 4 Dividends (Schedule C, line 19)................................................. | | 4 | |
| | 5 Interest....................................................................... | | 5 | |
| | 6 Gross rents................................................................... | | 6 | |
| | 7 Gross royalties............................................................... | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120))........................... | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797)............... | | 9 | |
| | 10 Other income (see instructions — attach schedule)................................ | | 10 | |
| | 11 **Total income.** Add lines 3 through 10....................................... ► | | 11 | 61,327,957. |
| **D E D U C T I O N S** (See instructions for limitations on deductions) | 12 Compensation of officers (see instructions — attach Form 1125-E)................. ► | | 12 | 740,120. |
| | 13 Salaries and wages (less employment credits)................................... | | 13 | |
| | 14 Repairs and maintenance..................................................... | | 14 | 10,224. |
| | 15 Bad debts................................................................... | | 15 | |
| | 16 Rents....................................................................... | | 16 | 29,541. |
| | 17 Taxes and licenses.......................................................... | | 17 | 32,738. |
| | 18 Interest..................................................................... | | 18 | |
| | 19 Charitable contributions...................................................... | | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562).. | | 20 | 3,423. |
| | 21 Depletion................................................................... | | 21 | |
| | 22 Advertising.................................................................. | | 22 | 340. |
| | 23 Pension, profit-sharing, etc, plans............................................. | | 23 | |
| | 24 Employee benefit programs................................................... | | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903)...................... | | 25 | |
| | 26 Other deductions (attach statement) .................... See Statement 1 | | 26 | 60,416,205. |
| | 27 **Total deductions.** Add lines 12 through 26................................ ► | | 27 | 61,232,591. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | 95,366. |
| | 29a Net operating loss deduction (see instructions)................. | 29a | | |
| | b Special deductions (Schedule C, line 20)...................... | 29b | | |
| | c Add lines 29a and 29b....................................................... | | 29c | |
| **T A X , R E F U N D A B L E C R E D I T S A N D P A Y M E N T S** | 30 **Taxable income.** Subtract line 29c from line 28 (see instructions)................ | | 30 | 95,366. |
| | 31 Total tax (Schedule J, Part I, line 11)........................................... | | 31 | 20,674. |
| | 32 Total payments and refundable credits (Schedule J, Part II, line 21)................ | | 32 | 7,500. |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ........ ► ☒ | | 33 | 258. |
| | 34 Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed..... | | 34 | 13,432. |
| | 35 Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid..... | | 35 | |
| | 36 Enter amount from line 35 you want: Credited to 2013 estimated tax ► Refunded ► | | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title ► President

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| EDWARD WISHNER | EDWARD WISHNER | | | P01443011 |

Firm's name ► Edward Wishner
Firm's address ► 20969 Ventura Blvd. Suite 20
Woodland Hills, CA 91364

Firm's EIN ► 93-1195814

Phone no. 818-716-7979

BAA For Paperwork Reduction Act Notice, see separate instructions.

CPCA0205L 11/13/12

Form **1120** (2012)

R00122293

Form **1125-E**
(Rev December 2012)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

► Attach to Form 1120, 1120-C, 1120-F, 1120-RIC, or 1120-REIT.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-2225

| Name | Employer identification number |
|---|---|
| NATIONWIDE AUTOMATED SYSTEMS, INC. | 95-4606333 |

**Note.** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | JOEL GILLIS | ~~(redacted)~~ | 100 % | 50.00 % | 0.00 % | 370,060. |
| | EDWARD WISHNER | ~~(redacted)~~ | 100 % | 50.00 % | 0.00 % | 370,060. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| 2 | Total compensation of officers ................................................. | 740,120. |
|---|---|---|
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return .......................... | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ................................................. | 740,120. |

BAA **For Paperwork Reduction Act Notice, see separate instructions.**

Form 1125-E (Rev 12-2012)