# EXHIBIT H

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Joel Gillis
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Posted Date | Check No. | Amount | Payroll | Personal Amex 21008 | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| | City National Bank 4410 | | | | | | | |
| 08/22/07 | 6614 | 2,313.44 | | 2,313.44 | | | | |
| 09/04/07 | 6635 | 6,500.00 | 6,500.00 | | | | | |
| 09/17/07 | 6660 | 5,500.00 | 5,500.00 | | | | | |
| 09/24/07 | 6675 | 1,258.28 | | | | 1,258.28 | North American Co. Life Insurance | |
| 10/02/07 | 6706 | 4,498.50 | | 4,498.50 | | | | |
| 10/02/07 | 6687 | 6,500.00 | 6,500.00 | | | | | |
| 10/16/07 | 6722 | 5,500.00 | 5,500.00 | | | | | |
| 10/16/07 | 6728 | 2,764.00 | | | 2,764.00 | | Reflects $2,000 Reduction for Employee Premium | |
| 11/01/07 | 6759 | 6,500.00 | 6,500.00 | | | | | |
| 11/09/07 | 6773 | 13,092.54 | | 13,092.54 | | | | |
| 11/10/07 | 6815 | 14,969.64 | | 14,969.64 | | | | |
| 11/20/07 | 6778 | 5,500.00 | 5,500.00 | | | | | |
| 12/03/07 | 6804 | 6,500.00 | 6,500.00 | | | | | |
| 12/18/07 | 6837 | 5,500.00 | 5,500.00 | | | | | |
| 12/24/07 | 6839 | 760.00 | | | | 760.00 | Check Payable to Joel Gillis | |
| 12/21/07 | 6857 | 6,500.00 | 6,500.00 | | | | | |
| 12/26/07 | 6849 | 9,137.34 | | 9,137.34 | | | | |
| 12/31/07 | 6852 | 2,764.00 | | | 2,764.00 | | Reflects $2,000 Reduction for Employee Premium | $106,057.74 |
| 01/17/08 | 6884 | 5,500.00 | 5,500.00 | | | | | |
| 02/01/08 | 6917 | 6,500.00 | 6,500.00 | | | | | |
| 02/14/08 | 6966 | 1,258.28 | | | | 1,258.28 | North American Co. Life Insurance | |
| 02/19/08 | 6969 | 5,500.00 | 5,500.00 | | | | | |
| 02/20/08 | 6979 | 5,864.12 | | 5,864.12 | | | | |
| 02/22/08 | 6986 | 2,814.00 | | | 2,814.00 | | Reflects $2,000 Reduction for Employee Premium | |
| 03/03/08 | 6998 | 6,500.00 | 6,500.00 | | | | | |
| 03/11/08 | 7024 | 1,382.00 | | | 1,382.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 03/17/08 | 7043 | 1,258.28 | | | | 1,258.28 | North American Co. Life Insurance | |
| 03/18/08 | 7036 | 5,500.00 | 5,500.00 | | | | | |
| 03/20/08 | 7053 | 6,598.27 | | 6,598.27 | | | | |
| 03/31/08 | 7067 | 6,500.00 | 6,500.00 | | | | | |
| 04/12/08 | 7090 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 04/17/08 | 7097 | 5,500.00 | 5,500.00 | | | | | |
| 04/24/08 | 7115 | 11,119.10 | | 11,119.10 | | | | |
| 05/01/08 | 7139 | 6,500.00 | 6,500.00 | | | | | |
| 05/09/08 | 7153 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |

219

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Joel Gillis
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Posted Date | Check No. | Amount | Payroll | Personal Amex 21008 | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 05/15/08 | 7164 | 5,500.00 | 5,500.00 | | | | | |
| 06/02/08 | 7178 | 6,500.00 | 6,500.00 | | | | | |
| 06/03/08 | 7193 | 3,915.47 | | 3,915.47 | | | | |
| 06/17/08 | 7217 | 5,500.00 | 5,500.00 | | | | | |
| 06/26/08 | 7231 | 8,455.00 | | 8,455.00 | | | | |
| 06/26/08 | 8232 | 1,258.28 | | | | 1,258.28 | North American Co. Life Insurance | |
| 06/26/08 | 7245 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 07/01/08 | 7254 | 6,500.00 | 6,500.00 | | | | | |
| 07/15/08 | 7274 | 5,500.00 | 5,500.00 | | | | | |
| 07/28/08 | 7301 | 3,370.59 | | 3,370.59 | | | | |
| 08/01/08 | 7304 | 6,500.00 | 6,500.00 | | | | | |
| 08/04/08 | 7310 | 3,362.00 | | | 3,362.00 | | Reflects $2,000 Reduction for Employee Premium | |
| 08/15/08 | 7330 | 5,500.00 | 5,500.00 | | | | | |
| 08/27/08 | 7358 | 3,747.19 | | 3,747.19 | | | | |
| 09/02/08 | 7348 | 6,500.00 | 6,500.00 | | | | | |
| 09/02/08 | 7366 | 3,362.00 | | | 3,362.00 | | Reflects $2,000 Reduction for Employee Premium | |
| 09/15/08 | 7434 | 1,258.28 | | | 1,258.28 | | North American Co. Life Insurance | |
| 09/15/08 | 7435 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 09/17/08 | 7422 | 5,500.00 | 5,500.00 | | | | | |
| 09/30/08 | 7455 | 17,355.48 | | 17,355.48 | | | | |
| 10/06/08 | 7448 | 6,500.00 | 6,500.00 | | | | | |
| 10/06/08 | 7475 | 77,500.00 | | | | 77,500.00 | $155,000 Deposit into Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 10/15/08 | 7491 | 5,500.00 | 5,500.00 | | | | | |
| 10/17/08 | 7501 | 25,000.00 | | | | 25,000.00 | $50,000 Check to Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 10/22/08 | 7502 | 37,500.00 | | | | 37,500.00 | $75,000 Check to Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 10/24/08 | 7511 | 2,326.35 | | 2,326.35 | | | | |
| 10/30/08 | 7528 | 5,000.00 | | | | 5,000.00 | $10,000 Check to Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 10/31/08 | 7515 | 6,500.00 | 6,500.00 | | | | | |
| 11/17/08 | 7535 | 5,500.00 | 5,500.00 | | | | | |
| 11/18/08 | 7565 | 5,000.00 | | | | 5,000.00 | $10,000 Check to Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 11/24/08 | 7575 | 4,733.80 | | 4,733.80 | | | | |
| 12/01/08 | 7581 | 6,500.00 | 6,500.00 | | | | | |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Joel Gillis
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Posted Date | Check No. | Amount | Payroll | Personal Amex 21008 | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 12/08/08 | | | | | | 198,586.90 | $198,586.90 Check from Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 12/08/08 | | -75,000.00 | | | | -75,000.00 | $150,000 Payment to NASI from Proceeds | |
| 12/08/08 | | 24,393.45 | | | | 24,393.45 | Wishner pays Gillis $43,586.90 of the Proceeds | |
| 12/18/08 | 7616 | 5,500.00 | 5,500.00 | | | | | |
| 12/18/08 | 7618 | 500.00 | | | | 500.00 | Check Payable to Joel Gillis | |
| 12/29/08 | 7632 | 13,348.03 | | 13,348.03 | | | | |
| 12/29/08 | 7641 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | $342,584.97 |
| 01/02/09 | 7657 | 6,500.00 | 6,500.00 | | | | | |
| 01/20/09 | 7682 | 5,500.00 | 5,500.00 | | | | | |
| 01/22/09 | 7700 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 01/22/09 | 7701 | 1,536.59 | | 1,536.59 | | | | |
| 02/02/09 | 7716 | 6,500.00 | 6,500.00 | | | | | |
| 02/17/09 | 7759 | 5,500.00 | 5,500.00 | | | | | |
| 03/02/09 | 7781 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 03/02/09 | 7784 | 2,810.98 | | 2,810.98 | | | | |
| 03/06/09 | 7775 | 6,500.00 | 6,500.00 | | | | | |
| 03/26/09 | 7815 | 5,500.00 | 5,500.00 | | | | | |
| 04/01/09 | 7838 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 04/01/09 | 7853 | 5,066.26 | | 5,066.26 | | | | |
| 04/03/09 | 7841 | 6,500.00 | 6,500.00 | | | | | |
| 04/17/09 | 7883 | 5,500.00 | 5,500.00 | | | | | |
| 04/24/09 | 7922 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 04/28/09 | 7940 | 3,280.76 | | 3,280.76 | | | | |
| 05/06/09 | 7933 | 6,500.00 | 6,500.00 | | | | | |
| 05/15/09 | 7974 | 5,500.00 | 5,500.00 | | | | | |
| 05/26/09 | 8025 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 06/03/09 | 7996 | 6,500.00 | 6,500.00 | | | | | |
| 06/15/09 | 8047 | 5,500.00 | 5,500.00 | | | | | |
| 06/26/09 | 8073 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 06/26/09 | 8074 | 1,556.56 | | 1,556.56 | | | | |
| 06/30/09 | 8080 | 6,500.00 | 6,500.00 | | | | | |
| 07/16/09 | 8121 | 5,500.00 | 5,500.00 | | | | | |
| 08/01/09 | 8164 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 08/01/09 | 8166 | 2,776.10 | | 2,776.10 | | | | |
| 08/03/09 | 8176 | 4,991.53 | | 4,991.53 | | | | |
| 08/05/09 | 8163 | 6,500.00 | 6,500.00 | | | | | |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Joel Gillis
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Posted Date | Check No. | Amount | Payroll | Personal Amex 21008 | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 08/18/09 | 8211 | 5,500.00 | 5,500.00 | | | | | |
| 08/27/09 | 8238 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 09/01/09 | 8249 | 6,500.00 | 6,500.00 | | | | | |
| 09/01/09 | 8267 | 5,926.04 | | 5,926.04 | | | | |
| 09/21/09 | 8306 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 09/29/09 | 8284 | 5,500.00 | 5,500.00 | | | | | |
| 10/01/09 | 8317 | 6,500.00 | 6,500.00 | | | | | |
| 10/01/09 | 8332 | 2,597.44 | | 2,597.44 | | | | |
| 10/01/09 | 8341 | 4,020.60 | | 4,020.60 | | | | |
| 10/07/09 | 8337 | 6,500.00 | 6,500.00 | | | | | |
| 10/19/09 | 8362 | 5,500.00 | 5,500.00 | | | | | |
| 10/27/09 | 8394 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 11/04/09 | 8420 | 1,439.23 | | 1,439.23 | | | | |
| 11/10/09 | 8404 | 6,500.00 | 6,500.00 | | | | | |
| 11/24/09 | 8430 | 5,500.00 | 5,500.00 | | | | | |
| 11/24/09 | 8456 | 4,577.86 | | 4,577.86 | | | | |
| 11/30/09 | 8404 | 6,500.00 | 6,500.00 | | | | | |
| 12/01/09 | 8480 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 12/01/09 | 8489 | 12,533.37 | | 12,533.37 | | | | |
| 12/16/09 | 8518 | 5,500.00 | 5,500.00 | | | | | |
| 12/31/09 | 8549 | 1,681.00 | | | 1,681.00 | | Reflects $1,000 Reduction for Employee Premium | $223,785.32 |
| 01/04/10 | 8560 | 3,094.26 | | 3,094.26 | | | | |
| 01/04/10 | 8561 | 6,500.00 | 6,500.00 | | | | | |
| 01/15/10 | 8603 | 5,500.00 | 5,500.00 | | | | | |
| 01/21/10 | 8625 | 3,362.00 | | | 3,362.00 | | Reflects $2,000 Reduction for Employee Premium | |
| 01/25/10 | 8613 | 5,000.00 | | | | 5,000.00 | Check Payable to Joel Gillis | |
| 02/01/10 | 8629 | 5,000.00 | | | | 5,000.00 | Payable to Cash deposited in Gillis' A/C | |
| 02/01/10 | 8644 | 6,500.00 | 6,500.00 | | | | | |
| 02/11/10 | 8689 | 3,100.00 | | | | 6,200.00 | To Gillis/Wishner Joint Account with WF Advisors | |
| 02/16/10 | 8692 | 5,500.00 | 5,500.00 | | | | | |
| 03/03/10 | 8734 | 6,500.00 | 6,500.00 | | | | | |
| 03/03/10 | 8755 | 3,651.04 | | 3,651.04 | | | | |
| 03/17/10 | 8781 | 5,500.00 | 5,500.00 | | | | | |
| 03/22/10 | 8805 | 2,024.00 | | | 2,024.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 04/01/10 | 8847 | 4,981.14 | | 4,981.14 | | | | |
| 04/08/10 | 8822 | 550.00 | | | | 550.00 | Check Payable to Joel Gillis | |
| 04/08/10 | 8834 | 6,500.00 | 6,500.00 | | | | | |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Joel Gillis
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Posted Date | Check No. | Amount | Payroll | Personal Amex 21008 | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 04/26/10 | 8896 | 2,024.00 | | | 2,024.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 05/03/10 | 8875 | 5,500.00 | 5,500.00 | | | | | |
| 05/03/10 | 8912 | 6,500.00 | 6,500.00 | | | | | |
| 05/03/10 | 8921 | 8,531.33 | | 8,531.33 | | | | |
| 05/14/10 | 8950 | 5,500.00 | 5,500.00 | | | | | |
| 05/25/10 | 8972 | 2,024.00 | | | 2,024.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 06/02/10 | 9023 | 8,635.87 | | 8,635.87 | | | | |
| 06/03/10 | 8981 | 6,500.00 | 6,500.00 | | | | | |
| 06/17/10 | 9005 | 5,500.00 | 5,500.00 | | | | | |
| 06/25/10 | 9058 | 2,024.00 | | | 2,024.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 07/01/10 | 9089 | 8,884.91 | 8,884.91 | 8,884.91 | | | | |
| 07/16/10 | 9074 | 6,500.00 | 6,500.00 | | | | | |
| 07/16/10 | 9118 | 5,500.00 | 5,500.00 | | | | | |
| 07/26/10 | 9150 | 2,024.00 | | | 2,024.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 08/01/10 | 9162 | 5,597.12 | 5,597.12 | 5,597.12 | | | | |
| 08/19/10 | 9169 | 6,500.00 | 6,500.00 | | | | | |
| 08/19/10 | 9201 | 5,500.00 | 5,500.00 | | | | | |
| 08/26/10 | 9225 | 2,318.00 | | | 2,318.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 08/26/10 | 9232 | 7,199.93 | 7,199.93 | 7,199.93 | | | | |
| 09/01/10 | 9239 | 6,500.00 | 6,500.00 | | | | | |
| 09/16/10 | 9279 | 5,500.00 | 5,500.00 | | | | | |
| 09/24/10 | 9295 | 2,318.00 | | | 2,318.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 09/30/10 | 9299 | 6,500.00 | 6,500.00 | | | | | |
| 10/20/10 | 9355 | 5,500.00 | 5,500.00 | | | | | |
| 10/28/10 | 9395 | 2,318.00 | | | 2,318.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 11/01/10 | 9371 | 6,500.00 | 6,500.00 | | | | | |
| 11/02/10 | 9411 | 9,052.85 | 9,052.85 | 9,052.85 | | | | |
| 11/18/10 | 9441 | 5,500.00 | 5,500.00 | | | | | |
| 11/23/10 | 9459 | 2,318.00 | | | 2,318.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 11/30/10 | 9477 | 5,842.51 | 5,842.51 | 5,842.51 | | | | |
| 12/01/10 | 9494 | 6,500.00 | 6,500.00 | | | | | |
| 12/21/10 | 9522 | 5,500.00 | 5,500.00 | | | | | |
| 12/28/10 | 9543 | 2,318.00 | | | 2,318.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 01/03/11 | 9560 | 6,500.00 | 6,500.00 | | | | | |
| 01/03/11 | 9569 | 6,409.93 | | 6,409.93 | | | | |
| 01/19/11 | 9609 | 5,500.00 | 5,500.00 | | | | | |
| 01/25/11 | 9636 | 2,318.00 | | | 2,318.00 | | Reflects $1,000 Reduction for Employee Premium | $248,192.96 |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Joel Gillis
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Posted Date | Check No. | Amount | Payroll | Personal Amex 21008 | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 01/31/11 | 9646 | 6,500.00 | 6,500.00 | | | | | |
| 02/01/11 | 9656 | 7,196.16 | | 7,196.16 | | | | |
| 02/20/11 | 9720 | 2,318.00 | | | 2,318.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 02/24/11 | 9693 | 5,500.00 | 5,500.00 | | | | | |
| 03/01/11 | 9731 | 5,935.67 | | 5,935.67 | | | | |
| 03/18/11 | 9728 | 6,500.00 | 6,500.00 | | | | | |
| 03/18/11 | 9772 | 5,500.00 | 5,500.00 | | | | | |
| 04/01/11 | 9796 | 2,471.00 | | | 2,471.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 04/04/11 | 9817 | 4,917.60 | | 4,917.60 | | | | |
| 04/05/11 | 9808 | 6,500.00 | 6,500.00 | | | | | |
| 04/19/11 | 9856 | 2,471.00 | | | 2,471.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 04/27/11 | 9879 | 13,771.24 | | 13,771.24 | | | | |
| 04/29/11 | 9845 | 5,500.00 | 5,500.00 | | | | | |
| 05/02/11 | 9895 | 6,500.00 | 6,500.00 | | | | | |
| 05/17/11 | 9923 | 2,471.00 | | | 2,471.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 05/23/11 | 9924 | 5,500.00 | 5,500.00 | | | | | |
| 06/01/11 | 9948 | 5,139.45 | | 5,139.45 | | | | |
| 06/09/11 | 9942 | 6,500.00 | 6,500.00 | | | | | |
| 06/17/11 | 9966 | 3,333.50 | | | | 3,333.50 | Check Payable to Joel Gillis | |
| 06/17/11 | 9975 | 5,500.00 | 5,500.00 | | | | | |
| 06/30/11 | 9987 | 2,471.00 | | | 2,471.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 07/05/11 | 10002 | 7,938.48 | | 7,938.48 | | | | |
| 07/05/11 | 10023 | 6,500.00 | 6,500.00 | | | | | |
| 07/18/11 | 10064 | 16,450.00 | | | | 16,450.00 | $32,900 Check to Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 07/19/11 | 10061 | 5,500.00 | 5,500.00 | | | | | |
| 08/01/11 | 10088 | 6,500.00 | 6,500.00 | | | | | |
| 08/01/11 | 10091 | 7,092.01 | | 7,092.01 | | | | |
| 08/17/11 | 10098 | 2,471.00 | | | 2,471.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 08/17/11 | 10143 | 5,500.00 | 5,500.00 | | | | | |
| 08/22/11 | 10163 | 5,750.00 | | | | 5,750.00 | $11,500 Check to Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 08/31/11 | 10179 | 8,151.85 | | 8,151.85 | | | | |
| 09/08/11 | 10183 | 6,500.00 | 6,500.00 | | | | | |
| 09/16/11 | 10226 | 2,471.00 | | | 2,471.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 09/21/11 | 10213 | 5,500.00 | 5,500.00 | | | | | |
| 09/30/11 | 10242 | 5,737.52 | | 5,737.52 | | | | |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Joel Gillis
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Posted Date | Check No. | Amount | Payroll | Personal Amex 21008 | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 10/06/11 | 10257 | 6,500.00 | 6,500.00 | | | | | |
| 10/14/11 | 10282 | 2,471.00 | | | 2,471.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 10/19/11 | 10286 | 5,500.00 | 5,500.00 | | | | | |
| 10/31/11 | 10293 | 11,472.87 | | 11,472.87 | | | | |
| 10/31/11 | 10325 | 6,500.00 | 6,500.00 | | | | | |
| 11/15/11 | 10356 | 5,500.00 | 5,500.00 | | | | | |
| 11/23/11 | 10377 | 2,471.00 | | | 2,471.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 11/30/11 | 10388 | 6,500.00 | 6,500.00 | | | | | |
| 12/05/11 | 10356 | 5,500.00 | 5,500.00 | | | | | |
| 12/05/11 | 10388 | 6,500.00 | 6,500.00 | | | | | |
| 12/07/11 | 10413 | 7,329.56 | | 7,329.56 | | | | |
| 01/01/12 | 10483 | 1,871.00 | | | 1,871.00 | | Reflects $1,000 Reduction for Employee Premium | $291,529.84 |
| 01/03/12 | 10490 | 6,713.43 | | 6,713.43 | | | | |
| 01/04/12 | Debit | 1,881.00 | | | 1,881.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 01/04/12 | 10419 | 5,500.00 | 5,500.00 | | | | | |
| 01/04/12 | 10484 | 6,500.00 | 6,500.00 | | | | | |
| 01/17/12 | 10526 | 1,871.00 | | | 1,871.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 02/01/12 | 10573 | 9,557.84 | | 9,557.84 | | | | |
| 02/07/12 | 10514 | 5,500.00 | 5,500.00 | | | | | |
| 02/07/12 | 10561 | 6,500.00 | 6,500.00 | | | | | |
| 02/07/12 | 10589 | 1,871.00 | | | 1,871.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 02/24/12 | 10607 | 5,500.00 | 5,500.00 | | | | | |
| 03/02/12 | 10659 | 7,610.87 | | 7,610.87 | | | | |
| 03/07/12 | 10640 | 6,500.00 | 6,500.00 | | | | | |
| 03/09/12 | 10681 | 333.00 | | | 333.00 | | | |
| 03/22/12 | 10696 | 5,500.00 | 5,500.00 | | | | | |
| 03/28/12 | 10729 | 5,651.33 | | 5,651.33 | | | | |
| 04/17/12 | 10740 | 6,500.00 | 6,500.00 | | | | | |
| 04/17/12 | 10774 | 5,500.00 | 5,500.00 | | | | | |
| 04/25/12 | 10786 | 2,204.00 | | | 2,204.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 05/03/12 | 10814 | 6,500.00 | 6,500.00 | | | | | |
| 05/04/12 | 10832 | 7,879.95 | | 7,879.95 | | | | |
| 05/10/12 | 3846 | 5,000.00 | | | | 5,000.00 | Check Payable to Joel Gillis | |
| 05/10/12 | 10845 | 2,204.00 | | | 2,204.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 05/23/12 | 10852 | 5,500.00 | 5,500.00 | | | | | |
| 06/04/12 | 10911 | 11,411.04 | | 11,411.04 | | | | |
| 06/08/12 | 10938 | 2,204.00 | | | 2,204.00 | | Reflects $1,000 Reduction for Employee Premium | |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Joel Gillis
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Posted Date | Check No. | Amount | Payroll | Personal Amex 21008 | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 06/11/12 | 10918 | 6,500.00 | 6,500.00 | | | | | |
| 06/20/12 | 10991 | 6,441.99 | | 6,441.99 | | | | |
| 06/27/12 | 10960 | 5,500.00 | 5,500.00 | | | | | |
| 07/12/12 | 11000 | 6,500.00 | 6,500.00 | | | | | |
| 07/16/12 | 11048 | 2,204.00 | | | 2,204.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 07/27/12 | 11042 | 5,500.00 | 5,500.00 | | | | | |
| 07/27/12 | 11070 | 6,500.00 | 6,500.00 | | | | | |
| 08/01/12 | 11088 | 5,808.85 | | 5,808.85 | | | | |
| 08/17/12 | 11141 | 2,204.00 | | | 2,204.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 08/31/12 | 11178 | 6,916.57 | | 6,916.57 | | | | |
| 09/14/12 | 11117 | 5,500.00 | 5,500.00 | | | | | |
| 09/14/12 | 11185 | 6,500.00 | 6,500.00 | | | | | |
| 09/14/12 | 11212 | 5,500.00 | 5,500.00 | | | | | |
| 09/18/12 | 11230 | 2,204.00 | | | 2,204.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 09/28/12 | 11261 | 6,532.03 | | 6,532.03 | | | | |
| 10/08/12 | 11294 | 2,204.00 | | | 2,204.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 10/09/12 | 11247 | 6,500.00 | 6,500.00 | | | | | |
| 10/29/12 | 11337 | 12,000.00 | | | | 12,000.00 | Check Payable to Joel Gillis | |
| 11/01/12 | 11358 | 5,666.41 | | 5,666.41 | | | | |
| 11/09/12 | 11393 | 2,204.00 | | | 2,204.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 12/04/12 | 11400 | 5,500.00 | 5,500.00 | | | | | |
| 12/04/12 | 11441 | 6,500.00 | 6,500.00 | | | | | |
| 12/21/12 | 11478 | 1,540.00 | | | | 1,540.00 | Check Payable to Joel Gillis | |
| 12/21/12 | 11480 | 5,500.00 | 5,500.00 | | | | | |
| 12/21/12 | 11502 | 2,204.00 | | | 2,204.00 | | Reflects $1,000 Reduction for Employee Premium | $263,893.31 |
| 02/13/13 | 11526 | 6,500.00 | 6,500.00 | | | | | |
| 02/13/13 | 11589 | 5,500.00 | 5,500.00 | | | | | |
| 02/13/13 | 11645 | 6,500.00 | 6,500.00 | | | | | |
| 03/07/13 | 11677 | 5,500.00 | 5,500.00 | | | | | |
| 03/07/13 | 11720 | 6,500.00 | 6,500.00 | | | | | |
| 03/12/13 | 11670 | 2,204.00 | | | 2,204.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 03/12/13 | 11768 | 2,263.00 | | | 2,263.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 04/01/13 | 11773 | 5,500.00 | 5,500.00 | | | | | |
| 04/01/13 | 11815 | 6,500.00 | 6,500.00 | | | | | |
| 04/22/13 | 11878 | 2,263.00 | | | 2,263.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 05/01/13 | 11852 | 6,500.00 | 6,500.00 | | | | | |
| 05/01/13 | 11899 | 6,500.00 | 6,500.00 | | | | | |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Joel Gillis
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Posted Date | Check No. | Amount | Payroll | Personal Amex 21008 | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 05/13/13 | 11945 | 5,500.00 | 5,500.00 | | | | | |
| 05/13/13 | 11975 | 2,263.00 | | | 2,263.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 06/11/13 | 12034 | 2,263.00 | | | 2,263.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 06/20/13 | 11997 | 6,500.00 | 6,500.00 | | | | | |
| 06/20/13 | 12049 | 5,500.00 | 5,500.00 | | | | | |
| 07/12/13 | 12134 | 2,263.00 | | | 2,263.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 07/16/13 | 12119 | 6,500.00 | 6,500.00 | | | | | |
| 07/16/13 | 12138 | 5,500.00 | 5,500.00 | | | | | |
| 08/09/13 | 12188 | 6,500.00 | 6,500.00 | | | | | |
| 08/26/13 | 12259 | 2,263.00 | | | 2,263.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 08/27/13 | 12233 | 5,500.00 | 5,500.00 | | | | | |
| 09/24/13 | 12344 | 4,526.00 | | | 4,526.00 | | Reflects $2,000 Reduction for Employee Premium | |
| 09/25/13 | 12347 | 3,000.00 | | | | 3,000.00 | Check Payable to Crohns and Colitis Foundation | |
| 10/01/13 | 12290 | 6,500.00 | 6,500.00 | | | | | |
| 10/01/13 | 12328 | 5,500.00 | 5,500.00 | | | | | |
| 10/01/13 | 12350 | 6,500.00 | 6,500.00 | | | | | |
| 10/16/13 | 12420 | 5,500.00 | 5,500.00 | | | | | |
| 10/31/13 | 12454 | 1,400.00 | | | | 1,400.00 | Check Payable to Joel Gillis | |
| 10/31/13 | 12455 | 6,500.00 | 6,500.00 | | | | | |
| 11/12/13 | 12505 | 2,263.00 | | | 2,263.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 11/21/13 | 12519 | 5,500.00 | 5,500.00 | | | | | |
| 12/24/13 | 12555 | 6,500.00 | 6,500.00 | | | | | |
| 12/24/13 | 12613 | 5,500.00 | 5,500.00 | | | | | |
| 12/20/13 | 12639 | 2,263.00 | | | 2,263.00 | | Reflects $1,000 Reduction for Employee Premium | |
| 01/24/14 | 12665 | 6,500.00 | 6,500.00 | | | | | |
| 01/24/14 | 12706 | 5,500.00 | 5,500.00 | | | | | |
| 02/11/14 | 12764 | 6,500.00 | 6,500.00 | | | | | |
| 03/17/14 | 12800 | 5,500.00 | 5,500.00 | | | | | |
| 03/17/14 | 12839 | 500.00 | | | | 500.00 | Check Payable to Joel Gillis | |
| 03/17/14 | 12866 | 6,500.00 | 6,500.00 | | | | | |
| 03/17/14 | 12912 | 5,500.00 | 5,500.00 | | | | | |
| 04/10/14 | 12968 | 6,500.00 | 6,500.00 | | | | | |
| 04/25/14 | 13014 | 5,500.00 | 5,500.00 | | | | | |
| 05/16/14 | 13052 | 6,500.00 | 6,500.00 | | | | | |
| 05/16/14 | 13127 | 5,500.00 | 5,500.00 | | | | | |
| 05/30/14 | 13135 | 1,000.00 | | | | 1,000.00 | Check Payable to Joel Gillis | |
| 05/30/14 | 13178 | 6,500.00 | 6,500.00 | | | | | $171,971.00 |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Joel Gillis
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Posted Date | Check No. | Amount | Payroll | Personal Amex 21008 | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 06/30/14 | 13248 | 5,500.00 | 5,500.00 | | | | | |
| 06/30/14 | 13298 | 6,500.00 | 6,500.00 | | | | | |
| 08/06/14 | 13402 | 12,000.00 | 12,000.00 | | | | | |
| Grandpoint Bank 5823 | | | | | | | | |
| 09/04/14 | 993 | 12,500.00 | 12,500.00 | | | | | |
| 09/19/14 | Transfer | 50,000.00 | 50,000.00 | | | 50,000.00 | Check Payable to Joel Gillis | $154,500.00 |
| | | $1,804,778.14 | $1,109,077.32 | $414,711.79 | $148,256.28 | | | |