# EXHIBIT I

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Ed Wishner
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Page No. | Check No. | Check Date | Amount | Payroll | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| | | City National Bank 4410 | | | | | | |
| 98 | 6517 | 07/05/07 | 5,500.00 | 5,500.00 | | | | |
| 103 | 6577 | 08/01/07 | 6,500.00 | 6,500.00 | | | | |
| 106 | 6605 | 08/15/07 | 5,500.00 | 5,500.00 | | | | |
| 110 | 6631 | 08/31/07 | 6,500.00 | 6,500.00 | | | | |
| 114 | 6659 | 09/14/07 | 5,500.00 | 5,500.00 | | | | |
| 116 | 6683 | 10/01/07 | 6,500.00 | 6,500.00 | | | | |
| 120 | 6721 | 10/15/07 | 5,500.00 | 5,500.00 | | | | |
| 32/245 | 6740 | 10/29/07 | 816.00 | | 816.00 | | | |
| 125 | 6755 | 11/01/07 | 6,500.00 | 6,500.00 | | | | |
| 130 | 6776 | 11/16/07 | 5,500.00 | 5,500.00 | | | | |
| | | 11/16/07 | -14,800.00 | | | -14,800.00 | | |
| 131 | 6781 | 11/19/07 | 296.85 | | | 296.85 | Check No. 12169 Payable to NASI Check Payable to Edward Wishner | |
| | 6798 | 11/23/07 | 6,500.00 | 6,500.00 | | | | |
| 46/245 | 6806 | 12/06/07 | 816.00 | | 816.00 | | | |
| | | 12/10/07 | -40,000.00 | | | -40,000.00 | Check No. 12219 Payable to NASI | |
| 136 | 6838 | 12/17/07 | 5,500.00 | 5,500.00 | | | | |
| | 6848 | 12/26/07 | 2,500.00 | | | 2,500.00 | Check Payable to Edward Wishner | |
| | | 12/27/07 | -100,000.00 | | | -100,000.00 | Check Payable to NASI | -84,871.15 |
| 139 | 6858 | 01/02/08 | 6,500.00 | 6,500.00 | | | | |
| 139 | 6859 | 01/02/08 | 100,000.00 | | | 100,000.00 | Check Payable to Edward Wishner | |
| 144 | 6885 | 01/15/08 | 5,500.00 | 5,500.00 | | | | |
| 147 | 6944 | 02/01/08 | 6,500.00 | 6,500.00 | | | | |
| 153 | 6970 | 02/15/08 | 5,500.00 | 5,500.00 | | | | |
| 85/245 | 6975 | 02/15/08 | 800.00 | | | 800.00 | Check Payable to Cash endorsed by Wishner | |
| 92/245 | 6994 | 02/26/08 | 900.00 | | | 900.00 | Check Payable to Cash endorsed by Wishner | |
| 160 | 7000 | 03/01/08 | 6,500.00 | 6,500.00 | | | | |
| 100/245 | 7035 | 03/14/08 | 500.00 | | | 500.00 | Check Payable to Cash endorsed by Wishner | |
| 168 | 7037 | 03/15/08 | 5,500.00 | 5,500.00 | | | | |
| 103/245 | 7045 | 03/17/08 | 878.00 | | 878.00 | | | |
| 104/245 | 7051 | 03/20/08 | 200.00 | | | 200.00 | Check Payable to Cash endorsed by Wishner | |
| 176 | 7069 | 04/01/08 | 6,500.00 | 6,500.00 | | | | |
| 116/245 | 7087 | 04/12/08 | 878.00 | | 878.00 | | | |
| 183 | 7099 | 04/14/08 | 25,000.00 | | | 25,000.00 | Check Payable to Edward Wishner | |
| 190 | 7096 | 04/14/08 | 5,500.00 | 5,500.00 | | | | |
| 117/245 | 7098 | 04/16/08 | 595.00 | | | 595.00 | Check Payable to Cash endorsed by Wishner | |
| 122/245 | 7113 | 04/24/08 | 1,629.00 | | | 1,629.00 | Check Payable to West Coast Life Insurance | |
| 199 | 7141 | 05/01/08 | 6,500.00 | 6,500.00 | | | | |
| 206 | 7165 | 05/15/08 | 5,500.00 | 5,500.00 | | | | |
| 133/245 | 7174 | 05/17/08 | 500.00 | | | 500.00 | Check Payable to Cash endorsed by Wishner | |
| 210 | 7180 | 06/01/08 | 6,500.00 | 6,500.00 | | | | |
| 142/245 | 7215 | 06/13/08 | 150.00 | | | 150.00 | Check Payable to Cash endorsed by Wishner | |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Ed Wishner
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Page No. | Check No. | Check Date | Amount | Payroll | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 215 | 7218 | 06/16/08 | 5,500.00 | 5,500.00 | | | | |
| | 7220 | 06/20/08 | 300.00 | | | 300.00 | Check Payable to Edward Wishner | |
| 216 | 7221 | 06/20/08 | 900.00 | | | 900.00 | Check Payable to Edward Wishner | |
| 153/245 | 7246 | 06/26/08 | 878.00 | | 878.00 | | | |
| 218 | 7255 | 07/01/08 | 6,500.00 | 6,500.00 | | | | |
| 223 | 7273 | 07/14/08 | 20,000.00 | | | 20,000.00 | Check Payable to Edward Wishner | |
| 223 | 7275 | 07/15/08 | 5,500.00 | 5,500.00 | | | | |
| 228 | 7308 | 07/30/08 | 6,500.00 | 6,500.00 | | | | |
| 134/213 | 10087 | 07/31/08 | 431.69 | | | 431.69 | Check Payable to West Coast Life Insurance | |
| 231 | 7331 | 08/15/08 | 5,500.00 | 5,500.00 | | | | |
| 173/245 | 7334 | 08/15/08 | 200.00 | | | 200.00 | Check Payable to Cash endorsed by Wishner | |
| 235 | 7355 | 09/01/08 | 6,500.00 | 6,500.00 | | | | |
| 185/245 | 7367 | 09/02/08 | 878.00 | | 878.00 | | | |
| 192/245 | 7391 | 09/10/08 | 1,379.00 | | | 1,379.00 | Check Payable to Geovera Insurance | |
| 239 | 7437 | 09/15/08 | 10,000.00 | | | 10,000.00 | Check Payable to Edward Wishner | |
| 239 | 7431 | 09/15/08 | 5,500.00 | 5,500.00 | | | | |
| 241 | 7467 | 10/01/08 | 6,500.00 | 6,500.00 | | | | |
| 242 | 7475 | 10/06/08 | 77,500.00 | | | 155,000.00 | to Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 246 | 7492 | 10/15/08 | 5,500.00 | 5,500.00 | | | | |
| 247 | 7501 | 10/17/08 | 25,000.00 | | | 50,000.00 | to Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 249 | 7502 | 10/22/08 | 37,500.00 | | | 75,000.00 | to Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| | 7514 | 10/27/08 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 252 | 7528 | 10/30/08 | 5,000.00 | | | 10,000.00 | to Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 253 | 7517 | 10/31/08 | 6,500.00 | 6,500.00 | | | | |
| 221/245 | 7532 | 11/05/08 | 878.00 | | 878.00 | | | |
| | 7559 | 11/14/08 | 1,750.00 | | | 1,750.00 | Check Payable to Edward Wishner | |
| 259 | 7560 | 11/14/08 | 5,500.00 | 5,500.00 | | | | |
| | 7565 | 11/18/08 | 5,000.00 | | | 10,000.00 | to Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 262 | 7583 | 12/01/08 | 11,500.00 | | | 11,500.00 | Check Payable to Edward Wishner | |
| | 7587 | 12/01/08 | 6,500.00 | 6,500.00 | | | | |
| 266 | | 12/08/08 | 198,586.90 | | | 198,586.90 | From Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| | | 12/09/08 | -75,000.00 | | | -150,000.00 | Payment to NASI | |
| | | 12/09/08 | -24,293.45 | | | 48,586.90 | Payment to Joel Gillis | |
| 267 | 7617 | 12/15/08 | 5,500.00 | 5,500.00 | | | | |
| 241/245 | 7628 | 12/18/08 | 2,500.00 | | | 2,500.00 | Check Payable to Cash endorsed by Wishner | |
| 4/214 | 7643 | 12/20/08 | 465.05 | | | 465.05 | Payment to Pueblo Bonita Mazatlan | |
| 2/214 | 7692 | 12/29/08 | 878.00 | | 878.00 | | | $384,674.29 |
| 273 | 7658 | 01/02/09 | 6,500.00 | 6,500.00 | | | | |
| 276 | 7684 | 01/15/09 | 5,500.00 | 5,500.00 | | | | |
| 280 | 7717 | 02/01/09 | 6,500.00 | 6,500.00 | | | | |
| | 7741 | 02/06/09 | 3,500.00 | | | 3,500.00 | Check Payable to Edward Wishner | |
| 31/214 | 7755 | 02/09/09 | 922.00 | | 922.00 | | | |
| 286 | 7756 | 02/10/09 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Ed Wishner
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Page No. | Check No. | Check Date | Amount | Payroll | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 290 | 7760 | 02/17/09 | 5,500.00 | 5,500.00 | | | | |
| 296 | 7787 | 03/02/09 | 6,500.00 | 6,500.00 | | | | |
| 304 | 7814 | 03/16/09 | 5,500.00 | 5,500.00 | | | | |
| 307 | 7827 | 03/18/09 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 318 | 7859 | 04/01/09 | 6,500.00 | 6,500.00 | | | | |
| 331 | 7884 | 04/15/09 | 5,500.00 | 5,500.00 | | | | |
| 68/214 | 7921 | 04/24/09 | 922.00 | | 922.00 | | | |
| 347 | 7951 | 05/01/09 | 6,500.00 | 6,500.00 | | | | |
| 76/214 | 7956 | 05/04/09 | 1,629.00 | | | 1,629.00 | Check Payable to West Coast Life Insurance | |
| 355 | 7975 | 05/15/09 | 5,500.00 | 5,500.00 | | | | |
| | 7990 | 05/20/09 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 359 | 8016 | 05/26/09 | 10,000.00 | | | 10,000.00 | Check Payable to Edward Wishner | |
| 359 | 8015 | 05/26/09 | 6,500.00 | 6,500.00 | | | | |
| 371 | 8049 | 06/15/09 | 5,500.00 | 5,500.00 | | | | |
| 104/214 | 8071 | 06/26/09 | 922.00 | | 922.00 | | | |
| 379 | 8082 | 07/01/09 | 6,500.00 | 6,500.00 | | | | |
| 382 | 8120 | 07/14/09 | 5,500.00 | 5,500.00 | | | | |
| 383 | 8136 | 07/17/09 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 385 | 8159 | 07/28/09 | 6,500.00 | 6,500.00 | | | | |
| 133/214 | 8194 | 08/12/09 | 7,500.00 | | | 7,500.00 | Check Payable to Laurelwood, LLC | |
| 392 | 8212 | 08/15/09 | 5,500.00 | 5,500.00 | | | | |
| 144/214 | 8240 | 08/27/09 | 922.00 | | 922.00 | | | |
| | 8243 | 08/28/09 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 395 | 8245 | 09/01/09 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| | 8250 | 09/01/09 | 6,500.00 | 6,500.00 | | | | |
| 398 | 8283 | 09/14/09 | 5,500.00 | 5,500.00 | | | | |
| 406 | 8338 | 10/01/09 | 10,000.00 | | | 10,000.00 | Check Payable to Edward Wishner | |
| 406 | 8334 | 10/01/09 | 6,500.00 | 6,500.00 | | | | |
| 411 | 8361 | 10/15/09 | 5,500.00 | 5,500.00 | | | | |
| 414 | 8366 | 10/26/09 | 1,450.00 | | | 1,450.00 | Check Payable to Edward Wishner | |
| 182/214 | 8393 | 10/27/09 | 922.00 | | 922.00 | | | |
| 416 | 8409 | 10/30/09 | 6,500.00 | 6,500.00 | | | | |
| 417 | 8413 | 11/03/09 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| | 1954 | 11/05/09 | 11,000.00 | | | 11,000.00 | Check Payable to Edward Wishner | |
| | 8424 | 11/05/09 | 1,500.00 | | | 1,500.00 | Check Payable to Edward Wishner | |
| 421 | 8431 | 11/15/09 | 4,000.00 | 4,000.00 | | | | |
| 426 | 8459 | 11/23/09 | 6,500.00 | 6,500.00 | | | | |
| 204/214 | 8510 | 12/10/09 | 4,500.00 | | | 4,500.00 | Check Payable to Laurelwood Place, LLC | |
| 431 | | 12/14/09 | 28,000.00 | | | 28,000.00 | From Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 432 | 8519 | 12/15/09 | 5,500.00 | 5,500.00 | | | | |
| 211/214 | 8500 | 12/23/09 | 3,000.00 | | | 3,000.00 | Check Payable to Cash Endorsed Edward Wishner | |
| | | 12/31/09 | -107,500.00 | | | -107,500.00 | Check No. 13744 from Edward Wishner Company | |
| 4/244 | 8564 | 01/04/10 | 922.00 | | 922.00 | | | $128,689.00 |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Ed Wishner
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Page No. | Check No. | Check Date | Amount | Payroll | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 436 | 8571 | 01/04/10 | 6,500.00 | 6,500.00 | | | | |
| 436 | 8574 | 01/04/10 | 107,500.00 | | | 107,500.00 | Check Payable to Edward Wishner | |
| 440 | 8607 | 01/15/10 | 10,000.00 | | | 10,000.00 | Check Payable to Edward Wishner | |
| 440 | 8604 | 01/15/10 | 5,500.00 | 5,500.00 | | | | |
| 444 | 8664 | 02/01/10 | 6,500.00 | 6,500.00 | | | | |
| 446 | 8671 | 02/03/10 | 52,543.00 | | | 52,543.00 | Check Payable to Edward Wishner | |
| 449 | 8687 | 02/09/10 | 8,300.00 | | | 8,300.00 | Check Payable to Edward Wishner | |
| 450 | 8689 | 02/11/10 | 3,100.00 | | | 6,200.00 | To Gillis/Wishner Joint Account with Wells Fargo Advisors | |
| 451 | 8695 | 02/16/10 | 3,177.06 | | | 3,177.06 | Check Payable to Edward Wishner | |
| 451 | 8693 | 02/16/10 | 5,500.00 | 5,500.00 | | | | |
| 452 | 8704 | 02/18/10 | 4,156.00 | | | 4,156.00 | Check Payable to Edward Wishner | |
| 454 | 8709 | 02/22/10 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 455 | 8724 | 02/22/10 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 142/343 | Transfer | 02/24/10 | 15,000.00 | | | 15,000.00 | Account Transfer to Edward Wishner | |
| 46/244 | 8727 | 02/25/10 | 922.00 | | 922.00 | | | |
| 457 | 8743 | 03/01/10 | 6,500.00 | 6,500.00 | | | | |
| 460 | 8764 | 03/08/10 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 52/244 | 8758 | 03/03/10 | 440.20 | | | 440.20 | Check Payable to Geovera Insurance | |
| 465 | 8780 | 03/15/10 | 5,500.00 | 5,500.00 | | | | |
| 469 | 8793 | 03/18/10 | 20,000.00 | | | 20,000.00 | Check Payable to Edward Wishner | |
| 480 | 8829 | 04/02/10 | 6,500.00 | 6,500.00 | | | | |
| 482 | 8852 | 04/02/10 | 12,500.00 | | | 12,500.00 | Check Payable to Edward Wishner | |
| 482 | 8830 | 04/02/10 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 490 | 8876 | 04/15/10 | 5,500.00 | 5,500.00 | | | | |
| 85/244 | 8895 | 04/26/10 | 922.00 | | 922.00 | | | |
| 506 | 8924 | 05/01/10 | 6,500.00 | 6,500.00 | | | | |
| 94/244 | 8920 | 05/03/10 | 1,629.00 | | | 1,629.00 | Check Payable to West Coast Life Insurance | |
| 512 | 8951 | 05/14/10 | 5,500.00 | 5,500.00 | | | | |
| 517 | 8977 | 05/26/10 | 6,500.00 | 6,500.00 | | | | |
| 518 | 8997 | 06/01/10 | 19,500.00 | | | 19,500.00 | Check Payable to Edward Wishner | |
| 519 | 8996 | 06/01/10 | 5,500.00 | 5,500.00 | | | | |
| 523 | 9009 | 06/15/10 | 4,735.00 | | | 4,735.00 | Check Payable to Edward Wishner | |
| 529 | 9061 | 06/28/10 | 1,973.75 | | | 1,973.75 | Check Payable to Edward Wishner | |
| 529 | 9062 | 06/29/10 | 6,500.00 | 6,500.00 | | | | |
| 125/255 | 9075 | 07/01/10 | 922.00 | | 922.00 | | | |
| 537 | 9121 | 07/15/10 | 5,500.00 | 5,500.00 | | | | |
| 542 | 9170 | 08/01/10 | 6,500.00 | 6,500.00 | | | | |
| 546 | 9200 | 08/13/10 | 5,500.00 | 5,500.00 | | | | |
| 165/244 | 9226 | 08/26/10 | 922.00 | | 922.00 | | | |
| 553 | 9247 | 09/02/10 | 6,500.00 | 6,500.00 | | | | |
| 556 | 9275 | 09/14/10 | 5,500.00 | 5,500.00 | | | | |
| 557 | 9278 | 09/15/10 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 561 | 9303 | 09/30/10 | 6,500.00 | 6,500.00 | | | | |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Ed Wishner
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Page No. | Check No. | Check Date | Amount | Payroll | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 198/244 | 9320 | 10/01/10 | 3,250.00 | | | 3,250.00 | "Legal-Wishner" | |
| 563 | 9327 | 10/05/10 | 10,000.00 | | | 10,000.00 | Check Payable to Edward Wishner | |
| 569 | 9356 | 10/15/10 | 5,500.00 | 5,500.00 | | | | |
| 571 | 9387 | 10/25/10 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 574 | 9358 | 10/28/10 | 6,500.00 | 6,500.00 | | | | |
| 201/244 | 9393 | 10/28/10 | 922.00 | | 922.00 | | | |
| 581 | 9440 | 11/15/10 | 5,500.00 | 5,500.00 | | | | |
| 582 | 9444 | 11/17/10 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 583 | 9453 | 11/22/10 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 584 | 9495 | 12/01/10 | 6,500.00 | 6,500.00 | | | | |
| 586 | 9502 | 12/06/10 | 25,000.00 | | | 25,000.00 | Check Payable to Edward Wishner | |
| 233/244 | 9507 | 12/09/10 | 7,870.00 | | | 7,870.00 | Laurelwood Place LLC "Ed & Mitch 3955 x 2" | |
| 589 | 9520 | 12/14/10 | 5,500.00 | 5,500.00 | | | | |
| 233/244 | 9536 | 12/14/10 | 3,000.00 | | | 3,000.00 | Check Payable to Cash Endorsed "Edward Wishner" | |
| 242/244 | 9544 | 12/28/10 | 922.00 | | 922.00 | | | |
| 593 | 9549 | 12/28/10 | 10,000.00 | | | 10,000.00 | Check Payable to Edward Wishner | |
| | | 12/30/10 | -10,000.00 | | | -10,000.00 | Check No. 14479 from Ed Wishner | |
| | | 12/31/10 | -25,000.00 | | | -25,000.00 | Check No. 14480 from Ed Wishner | $479,128.01 |
| 595 | 9575 | 01/03/11 | 6,500.00 | 6,500.00 | | | | |
| 599 | 9608 | 01/14/11 | 5,500.00 | 5,500.00 | | | | |
| 603 | 9647 | 01/28/11 | 25,000.00 | | | 25,000.00 | Check Payable to Edward Wishner | |
| 21/213 | 9650 | 01/31/11 | 12,764.17 | | | 12,764.17 | Check Payable to Geovera Insurance | |
| 606 | 9665 | 01/31/11 | 6,500.00 | 6,500.00 | | | | |
| 30/213 | 9687 | 02/14/11 | 2,719.66 | | | 2,719.66 | Check Payable to Edward Wishner | |
| 614 | 9694 | 02/14/11 | 5,500.00 | 5,500.00 | | | | |
| 40/213 | 9718 | 02/28/11 | 901.00 | | 901.00 | | | |
| 618 | 9724 | 02/28/11 | 6,500.00 | 6,500.00 | | | | |
| 41/213 | 9740 | 03/02/11 | 1,000.00 | | | 1,000.00 | Check Payable to Edward Wishner | |
| 47/213 | 9747 | 03/08/11 | 607.30 | | | 607.50 | Check Payable to Geovera Insurance | |
| 621 | 9760 | 03/09/11 | 25,000.00 | | | 25,000.00 | Check Payable to Edward Wishner | |
| 629 | 9773 | 03/17/11 | 5,500.00 | 5,500.00 | | | | |
| 640 | 9814 | 04/01/11 | 6,500.00 | 6,500.00 | | | | |
| 63/213 | 9828 | 04/07/11 | 501.99 | | | 501.99 | Pueblo Bonito--Traced to entries to Wishner & Co. Acct. | |
| 67/213 | 9837 | 04/11/11 | 2,916.00 | | | 2,916.00 | Payment to Laurelwood, LLC--repaid in June, 2011 | |
| 657 | 9846 | 04/15/11 | 5,500.00 | 5,500.00 | | | | |
| 71/213 | 9858 | 04/19/11 | 901.80 | | 901.80 | | | |
| 668 | 9891 | 05/02/11 | 6,500.00 | 6,500.00 | | | | |
| 678 | 9925 | 05/23/11 | 5,500.00 | 5,500.00 | | | | |
| 680 | 9951 | 06/01/11 | 6,500.00 | 6,500.00 | | | | |
| 685 | 9967 | 06/02/11 | -2,916.00 | | | -2,916.00 | Check from Wishner & Co. Re: Laurelwood Exch. | |
| 685 | 9978 | 06/13/11 | 2,770.50 | | | 2,770.00 | Check Payable to Edward Wishner | |
| 104/213 | 9989 | 06/17/11 | 112.63 | | 901.80 | | | |

233

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Ed Wishner
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Page No. | Check No. | Check Date | Amount | Payroll | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 690 | 10038 | 07/05/11 | 6,500.00 | 6,500.00 | | | | |
| 694 | 10060 | 07/15/11 | 5,500.00 | 5,500.00 | | | | |
| 131/213 | 10064 | 07/18/11 | 16,450.00 | | | 32,900.00 | $32,900 Check sent to Wells Fargo Advisors Wisher & Gillis Joint Tenant Account | |
| 704 | 10084 | 07/31/11 | 6,500.00 | 6,500.00 | | | | |
| 708 | 10144 | 08/15/11 | 5,500.00 | 5,500.00 | | | | |
| 141/213 | 10150 | 08/17/11 | 901.80 | | 901.80 | | | |
| 143/213 | 10163 | 08/22/11 | 5,750.00 | | | 11,500.00 | $11,500 Check sent to Wells Fargo Advisors Wishner & Gillis Joint Tenant Account | |
| 713 | 10176 | 09/01/11 | 6,500.00 | 6,500.00 | | | | |
| 715 | 10214 | 09/15/11 | 5,500.00 | 5,500.00 | | | | |
| 718 | 10252 | 09/30/11 | 6,500.00 | 6,500.00 | | | | |
| 172/213 | 10280 | 10/14/11 | 901.80 | | 901.80 | | | |
| 723 | 10288 | 10/15/11 | 5,500.00 | 5,500.00 | | | | |
| 730 | 10324 | 10/31/11 | 6,500.00 | 6,500.00 | | | | |
| 734 | 10355 | 11/15/11 | 5,500.00 | 5,500.00 | | | | |
| 738 | 10386 | 11/30/11 | 6,500.00 | 6,500.00 | | | | |
| 739 | 10420 | 12/09/11 | 5,500.00 | 5,500.00 | | | | |
| 211/213 | 10460 | 12/23/11 | 3,000.00 | | | 3,000.00 | $3,000 Check Payable to Cash Endorsed "Ed Wishner" | $243,282.65 |
| 3/253 | 10486 | 01/01/12 | 901.80 | | 901.80 | | | |
| 743 | 10496 | 01/03/12 | 6,500.00 | 6,500.00 | | | | |
| 746 | 10515 | 01/17/12 | 5,500.00 | 5,500.00 | | | | |
| 751 | 10557 | 02/01/12 | 6,500.00 | 6,500.00 | | | | |
| 28/253 | 10569 | 02/01/12 | 431.69 | | | 431.69 | Check Payable to West Coast Life Insurance | |
| 756 | 10606 | 02/15/12 | 5,500.00 | 5,500.00 | | | | |
| 44/253 | 10636 | 02/28/12 | 973.94 | | 973.94 | | | |
| 765 | 10641 | 02/29/12 | 6,500.00 | 6,500.00 | | | | |
| 775 | 10697 | 03/05/12 | 5,500.00 | 5,500.00 | | | | |
| 789 | 3697 | 04/03/12 | 6,500.00 | 6,500.00 | | | | |
| 806 | 10775 | 04/16/12 | 5,500.00 | 5,500.00 | | | | |
| 83/253 | 10815 | 05/01/12 | 973.94 | | 973.94 | | | |
| 814 | 10828 | 05/01/12 | 6,500.00 | 6,500.00 | | | | |
| 820 | 10868 | 05/16/12 | 5,500.00 | 5,500.00 | | | | |
| 821 | 10870 | 05/16/12 | 52,000.00 | | | 52,000.00 | Check Payable to Edward Wishner | |
| 824 | 10905 | 05/31/12 | 6,500.00 | 6,500.00 | | | | |
| 828 | 10959 | 06/15/12 | 5,500.00 | 5,500.00 | | | | |
| 830 | 10967 | 06/19/12 | 18,937.00 | | | 18,937.00 | Check Payable to Edward Wishner | |
| 128/253 | 10984 | 08/23/12 | 973.94 | | 973.94 | | | |
| 837 | 10995 | 06/29/12 | 6,500.00 | 6,500.00 | | | | |
| 843 | 11041 | 07/12/12 | 5,500.00 | 5,500.00 | | | | |
| 155/253 | 11086 | 07/31/12 | 431.69 | | | 431.69 | Check Payable to West Coast Life Insurance | |
| 850 | 11101 | 08/01/12 | 6,500.00 | 6,500.00 | | | | |
| 852 | 11116 | 08/14/12 | 5,500.00 | 5,500.00 | | | | |

234

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Ed Wishner
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Page No. | Check No. | Check Date | Amount | Payroll | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 166/253 | 11158 | 08/23/12 | 973.94 | | 973.94 | | | |
| 861 | 11190 | 09/04/12 | 6,500.00 | 6,500.00 | | | | |
| 864 | 11211 | 09/12/12 | 5,500.00 | 5,500.00 | | | | |
| 869 | 11248 | 09/28/12 | 6,500.00 | 6,500.00 | | | | |
| 878 | 11300 | 10/15/12 | 5,500.00 | 5,500.00 | | | | |
| 210/253 | 11321 | 10/23/12 | 973.94 | | 973.94 | | | |
| 216/253 | 11363 | 11/01/12 | 461.69 | | | 431.69 | Check Payable to West Coast Life Insurance | |
| 884 | 11365 | 11/01/12 | 6,500.00 | 6,500.00 | | | | |
| 890 | 11401 | 11/15/12 | 5,500.00 | 5,500.00 | | | | |
| 891 | 11417 | 11/20/12 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 893 | 11433 | 11/26/12 | 2,500.00 | | | 2,500.00 | Check Payable to Edward Wishner | |
| 896 | 11435 | 11/30/12 | 6,500.00 | 6,500.00 | | | | |
| 234/253 | 11447 | 12/01/12 | 607.50 | | | 607.50 | Check Payable to Geovera Insurance | |
| 901 | 11476 | 12/14/12 | 5,500.00 | 5,500.00 | | | | |
| 903 | 11479 | 12/14/12 | 770.00 | | | 770.00 | Check Payable to Edward Wishner | |
| 3/270 | 11511 | 12/26/12 | 973.94 | | 973.94 | | | |
| 906 | 11520 | 12/27/12 | 6,500.00 | 6,500.00 | | | | $238,385.01 |
| 909 | 11553 | 01/02/13 | 10,000.00 | | | 10,000.00 | Check Payable to Edward Wishner | |
| 911 | 11576 | 01/08/13 | 10,000.00 | | | 10,000.00 | Check Payable to Edward Wishner | |
| 913 | 11588 | 01/15/13 | 5,500.00 | 5,500.00 | | | | |
| 29/270 | 11629 | 01/31/13 | 431.69 | | | 431.69 | Check Payable to West Coast Life Insurance | |
| 921 | 11637 | 02/01/13 | 6,500.00 | 6,500.00 | | | | |
| 929 | 11676 | 02/15/13 | 5,500.00 | 5,500.00 | | | | |
| | Wire | 02/21/13 | 50,000.00 | | | 50,000.00 | Wire Transfer to Gallo, LLP Client Trust Account | |
| 47/270 | 11703 | 02/27/13 | 1,041.14 | | 1,041.14 | | | |
| 934 | 11726 | 03/01/13 | 6,500.00 | 6,500.00 | | | | |
| 935 | 11754 | 03/18/13 | 5,000.00 | | | 5,000.00 | Check Payable to Edward Wishner | |
| 941 | 11774 | 03/15/13 | 5,500.00 | 5,500.00 | | | | |
| 953 | 11819 | 04/01/13 | 6,500.00 | 6,500.00 | | | | |
| 956 | 11833 | 04/05/13 | 7,500.00 | | | 7,500.00 | Check Payable to Edward Wishner | |
| 963 | 11853 | 04/15/13 | 6,500.00 | 6,500.00 | | | | |
| 975 | 11906 | 04/30/13 | 6,500.00 | 6,500.00 | | | | |
| 984 | 11949 | 05/13/13 | 20,000.00 | | | 20,000.00 | Check Payable to Edward Wishner | |
| 985 | 11946 | 05/13/13 | 5,500.00 | 5,500.00 | | | | |
| 991 | 12015 | 06/03/13 | 6,500.00 | 6,500.00 | | | | |
| 1000 | 12048 | 06/14/13 | 5,500.00 | 5,500.00 | | | | |
| 1004 | | 06/20/13 | 6,347.47 | | | 6,347.47 | $6,347.47 Check from Wells Fargo Advisors Wishner/Gillis Joint Tenancy Account Retained by Wishner | |
| 1006 | 12090 | 06/25/13 | 13,000.00 | | | 13,000.00 | "Stock" | |
| 1007 | 12121 | 07/01/13 | 6,500.00 | 6,500.00 | | | | |
| 1012 | 12142 | 07/15/13 | 5,500.00 | 5,500.00 | | | | |
| 1013 | 12183 | 08/01/13 | 6,500.00 | 6,500.00 | | | | |
| 1018 | 12232 | 08/15/13 | 5,500.00 | 5,500.00 | | | | |

United States v. Joel Gillis and Edward Wishner
Payments for the Benefit of Ed Wishner
City National Bank Ending 4410
and Grandpoint Bank Ending 5823

| Page No. | Check No. | Check Date | Amount | Payroll | Health Insurance | Other | Comments | Annual Totals |
|---|---|---|---|---|---|---|---|---|
| 1021 | 12270 | 08/30/13 | 6,500.00 | 6,500.00 | | | | |
| 1028 | 12327 | 09/17/13 | 5,500.00 | 5,500.00 | | | | |
| 1033 | 12372 | 10/02/13 | 6,500.00 | 6,500.00 | | | | |
| 1041 | 12421 | 10/15/13 | 5,500.00 | 5,500.00 | | | | |
| 1045 | 12488 | 11/01/13 | 6,500.00 | 6,500.00 | | | | |
| 1050 | 12518 | 11/15/13 | 5,500.00 | 5,500.00 | | | | |
| 1056 | 12556 | 11/30/13 | 6,500.00 | 6,500.00 | | | | |
| 1061 | 1174 | 12/16/13 | 5,500.00 | 5,500.00 | | | | |
| 1066 | 12673 | 12/31/13 | 6,500.00 | 6,500.00 | | | | $268,320.30 |
| 1071 | 2061 | 01/23/14 | 3,000.00 | | | 3,000.00 | Check Payable to Edward Wishner | |
| 1075 | 12767 | 02/04/14 | 6,500.00 | 6,500.00 | | | | |
| 1080 | 12808 | 02/14/14 | 5,500.00 | 5,500.00 | | | | |
| 1090 | 12853 | 03/01/14 | 6,500.00 | 6,500.00 | | | | |
| 1095 | 12910 | 03/14/14 | 5,500.00 | 5,500.00 | | | | |
| 1107 | 12959 | 04/01/14 | 6,500.00 | 6,500.00 | | | | |
| 1118 | 13020 | 04/16/14 | 5,500.00 | 5,500.00 | | | | |
| 1129 | 13053 | 04/29/14 | 6,500.00 | 6,500.00 | | | | |
| 1133 | | 05/13/14 | -50,000.00 | | | -50,000.00 | $100,000 Check from Wells Fargo Advisors Wishner/Gillis Joint Tenancy Account | |
| 1137 | 13128 | 05/14/14 | -190,000.00 | | | -190,000.00 | Check No. 16254 Payment to NASI | |
| 1142 | 13179 | 05/15/14 | 5,500.00 | 5,500.00 | | | | |
| 1142 | 13202 | 05/30/14 | 6,500.00 | 6,500.00 | | | | |
| | | 05/30/14 | 190,000.00 | | | 190,000.00 | Check Payable to Edward Wishner | |
| | | 06/02/14 | 50,000.00 | | | 50,000.00 | $100,000 Check to Wells Fargo Advisors Wishner/Gillis Joint Tenancy Account | |
| | Wire | 07/22/14 | 50,000.00 | | | 50,000.00 | Wire to Heritage Escrow Co. Escrow # 203-039730-BS | $107,500.00 |
| | | | $1,765,108.11 | $990,000.00 | $30,258.78 | $1,145,375.45 | | |