# EXHIBIT J

## CitiBusiness Platinum Select Card
### Darren S. Wishner
### Edward Wishner Company
### Account No. 60540

| Payment Date | Account Information | Check No. | Check Amount | Other Credits | Month/Year Purchases | D. Wishner | Month/Year Purchases | E. Wishner | Month/Year Purchases | Irma Reese | Finance Charges | Other Fees | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/02/07 | NASI 4410 | 6641 | 678.22 | | 7/07 & 8/07 | 677.92 | | | | | | 0.30 | 678.22 |
| 10/04/07 | NASI 4410 | 6707 | 718.03 | | 9/07 | 718.03 | | | | | | | 718.03 |
| 11/13/07 | NASI 4410 | 6775 | 292.20 | | 10/07 | 292.20 | | | | | | | 292.20 |
| 12/08/07 | WISH6260 | 12205 | 165.53 | | 10/07 & 11/07 | 165.53 | | | | | | | 165.53 |
| | Total NASI Payments in 2007 | | $1,853.98 | | | $1,853.68 | | | | | | | |
| 01/14/08 | NASI 4410 | 6882 | 1,527.67 | | 12/07 | 6,327.67 | | | | | | | 6,327.67 |
| 02/01/08 | NASI 4410 | 6940 | 1,981.38 | | 1/08 | 88.48 | | | | | 92.90 | | 4,981.38 |
| 03/08/08 | NASI 4410 | 7015 | 1,181.59 | | 1/08 & 2/08 | 126.62 | | | | | 54.97 | | 3,181.59 |
| 04/03/08 | NASI 4410 | 7081 | 1,526.23 | | 3/08 | 1,974.18 | | | | | 52.05 | | 4,026.23 |
| 05/09/08 | NASI 4410 | 7151 | 1,322.26 | | 4/08 | 100.05 | | | | | 44.47 | | 2,644.52 |
| 06/04/08 | NASI 4410 | 7182 | 1,598.68 | | 5/08 | 240.12 | | | | | 36.30 | | 1,598.68 |
| | | | | | | 846.01 | | | | | 28.75 | | 874.76 |
| 08/04/08 | NASI 4410 | 7318 | 2,255.80 | | 5/08 & 6/08 | 643.54 | | | | | 19.67 | | 0.00 |
| 09/01/08 | NASI 4410 | 7359 | 1,558.66 | | 6/08 & 7/08 | | 8/08 | 379.02 | 7/08 | 660.51 | 23.87 | 57.32 | 1,558.66 |
| 10/06/08 | NASI 4410 | 7473 | 5,063.67 | | | | 9/08 | 2,470.13 | 7/08 & 8/08 | 1,155.77 | 70.28 | | 5,063.67 |
| 11/11/08 | NASI 4410 | 7546 | 6,407.94 | | 10/08 | 34.95 | 9/08 & 10/08 | 397.18 | 8/08 & 9/08 | 2,523.26 | 8.74 | | 6,407.94 |
| 12/12/08 | NASI 4410 | 7606 | 7,401.11 | | 11/08 | 34.95 | 10/08 & 11/08 | 3,828.70 | 9/08 & 10/08 | 5,967.07 | 1.04 | | 7,401.11 |
| | | | | | | | | | 10/08 & 11/08 | 3,536.42 | | | |
| | Total NASI Payments in 2008 | | $31,824.99 | | | $10,416.57 | | $7,075.03 | | $13,843.03 | $433.04 | $57.32 | |
| 01/09/09 | NASI 4410 | 7676 | 1,965.27 | | 12/08 | 34.95 | 11/08 & 12/08 | 446.38 | 12/08 | 1,479.91 | 4.03 | | 1,965.27 |
| 02/09/09 | NASI 4410 | 7748 | 10,789.55 | | 1/09 | 34.95 | 12/08 & 1/09 | 8,713.10 | 12/08 & 1/09 | 1,825.32 | 177.18 | 39.00 | 10,789.55 |
| 03/05/09 | NASI 4410 | 7793 | 5,449.52 | 185.05 | 2/09 | 34.95 | 1/09 & 2/09 | 2,986.59 | 2/09 | 2,277.90 | 150.08 | | 5,449.52 |
| 04/02/09 | NASI 4410 | 7875 | 3,888.34 | | 3/09 | 34.95 | 3/09 | 332.65 | 2/09 & 3/09 | 3,704.75 | 1.04 | | 3,888.34 |
| 05/06/09 | NASI 4410 | 7952 | 7,820.56 | | 4/09 | 34.95 | 4/09 | 200.60 | 3/09 & 4/09 | 7,580.98 | 4.03 | | 7,820.56 |
| 06/11/09 | NASI 4410 | 8036 | 11,699.97 | | 5/09 | 34.95 | 4/09 & 5/09 | 3,538.69 | 4/09 & 5/09 | 8,125.29 | 1.04 | | 11,699.97 |
| 07/14/09 | NASI 4410 | 8119 | 11,435.88 | | 6/09 | 34.95 | 5/09 & 6/09 | 1,845.37 | 5/09 & 6/09 | 9,498.10 | 37.46 | 20.00 | 11,435.88 |
| 08/03/09 | NASI 4410 | 8175 | 11,433.37 | 335.22 | 7/09 | 34.95 | 7/09 | 79.68 | 6/09 & 7/09 | 11,317.70 | 297.26 | | 11,768.59 |
| 09/01/09 | NASI 4410 | 8268 | 5,381.44 | | 8/09 | 34.95 | 8/09 | 83.00 | 7/09 & 8/09 | 5,262.45 | 1.04 | 39.00 | 5,381.44 |
| 10/10/09 | NASI 4410 | 8358 | 3,208.78 | | 9/09 | 34.95 | 9/09 | 115.01 | 8/09 & 9/09 | 3,057.78 | 1.04 | | 3,208.78 |
| 11/06/09 | NASI 4410 | 8437 | 5,999.23 | | 10/09 | 34.95 | 9/09 & 10/09 | 333.91 | 9/09 & 10/09 | 5,468.54 | 122.83 | 39.00 | 5,999.23 |
| 12/12/09 | NASI 4410 | 8515 | 8,038.99 | | 11/09 | 34.95 | 10/09 | 2,092.57 | 10/09 & 11/09 | 5,754.42 | 157.05 | | 8,038.99 |
| | Total NASI Payments in 2009 | | $87,110.90 | $520.27 | | $419.40 | | $20,767.55 | | $65,353.14 | $954.08 | $137.00 | |

CitiBusiness Platinum Select Card
Darren S. Wishner
Edward Wishner Company
Account No. 60540

| Payment Date | Account Information | Check No. | Check Amount | Other Credits | Month/Year Purchases | D. Wishner | Month/Year Purchases | E. Wishner | Month/Year Purchases | Irma Reese | Finance Charges | Other Fees | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/10 | NASI 4410 | 8583 | 16,431.13 | | 12/9 | 34.95 | 11/09 & 12/09 | 6,964.31 | 11/09 & 12/09 | 9,067.54 | 325.33 | 39.00 | 16,431.13 |
| 02/08/10 | NASI 4410 | 8677 | 9,674.55 | 305.74 | 1/10 | 34.95 | 1/10 | 2,967.47 | 12/09 & 1/10 | 6,365.35 | 306.78 | | 9,674.55 |
| 03/07/10 | NASI 4410 | 8762 | 4,879.18 | | 2/10 | 34.95 | 1/10 & 2/10 | 213.44 | 1/10 & 2/10 | 4,935.49 | 1.04 | | 4,879.18 |
| 04/12/10 | NASI 4410 | 8868 | 9,591.26 | | 3/10 | 34.95 | 2/10 & 3/10 | 3,996.60 | 2/10 & 3/10 | 5,540.43 | 19.28 | | 9,591.26 |
| 05/03/10 | NASI 4410 | 8926 | 7,595.17 | | 4/10 | 34.95 | 3/10 & 4/10 | 364.81 | 3/10 & 4/10 | 7,129.93 | 65.48 | | 7,595.17 |
| 06/01/10 | NASI 4410 | 8998 | 8,185.64 | | 5/10 | 34.95 | 4/10 & 5/10 | 143.85 | 4/10 & 5/10 | 7,995.93 | 10.91 | | 8,185.64 |
| 07/15/10 | NASI 4410 | 9122 | 10,117.39 | | 6/10 | 34.95 | 6/10 | 203.37 | 5/10 & 6/10 | 9,836.51 | 22.56 | 20.00 | 10,117.39 |
| 08/12/10 | NASI 4410 | 9197 | 16,482.31 | | 7/10 | 34.95 | 6/10 & 7/10 | 2,442.10 | 6/10 & 7/10 | 13,998.28 | 6.98 | | 16,482.31 |
| 09/05/10 | NASI 4410 | 9263 | 12,378.37 | | 8/10 | 34.95 | 7/10 & 8/10 | 1,276.34 | 7/10 & 8/10 | 11,066.04 | 1.04 | | 12,378.37 |
| 10/11/10 | NASI 4410 | 9343 | 12,030.25 | | 9/10 | 34.95 | 8/10 & 9/10 | 1,810.37 | 8/10 & 9/10 | 10,183.89 | 1.04 | | 12,030.25 |
| 11/09/10 | NASI 4410 | 9428 | 9,847.73 | | 10/10 | 34.95 | 10/10 | 2,051.14 | 9/10 & 10/10 | 7,734.39 | 27.25 | | 9,847.73 |
| 12/07/10 | NASI 4410 | 9504 | 12,578.44 | | 11/10 | 34.95 | 10/10 & 11/10 | 332.65 | 10/10 & 11/10 | 20,284.51 | 1.33 | | 20,653.44 |
| 12/16/10 | NASI 4410 | 9525 | 8,075.00 | | | | | | | | | | |
| | Total NASI Payments in 2010 | | $137,866.42 | $305.74 | | $419.40 | | $22,766.45 | | $114,138.29 | $789.02 | $59.00 | |
| 01/13/11 | NASI 4410 | 9599 | 14,696.59 | | 12/10 | 34.95 | 12/10 | 944.86 | 11/10 & 12/10 | 13,715.74 | 1.04 | | 14,696.59 |
| 02/08/11 | NASI 4410 | 9672 | 6,063.71 | | 12/10 | 34.95 | 1/11 | 152.86 | 12/10 & 1/11 | 5,874.86 | 1.04 | | 6,063.71 |
| 03/10/11 | NASI 4410 | 9761 | 4,593.93 | | 1/11 | 34.95 | 2/11 | 224.31 | 1/11 & 2/11 | 4,333.63 | 1.04 | | 4,593.93 |
| 04/03/11 | NASI 4410 | 9821 | 10,607.22 | | 3/11 | 34.95 | 3/11 | 127.46 | 2/11 & 3/11 | 10,443.77 | 1.04 | | 10,607.22 |
| 05/09/11 | NASI 4410 | 9905 | 9,332.46 | | 3/11 | 34.95 | 4/11 | 200.53 | 3/11 & 4/11 | 18,428.40 | 1.04 | | 18,664.92 |
| 06/10/11 | NASI 4410 | 9965 | 10,780.46 | | | | 5/11 | 23.76 | 4/11 & 5/11 | 8,128.74 | 295.50 | | 17,780.46 |
| 07/11/11 | NASI 4410 | 10050 | 11,025.37 | | | | 6/11 | 47.52 | 5/11 & 6/11 | 3,693.66 | 264.19 | 20.00 | 11,025.37 |
| 08/04/11 | NASI 4410 | 10122 | 10,022.30 | | | | 7/11 | 251.43 | 6/11 & 7/11 | 9,545.07 | 225.80 | | 10,022.30 |
| 09/02/11 | NASI 4410 | 10194 | 3,797.72 | | | | | | 7/11 & 8/11 | 3,797.72 | | | 3,797.72 |
| 09/21/11 | OASIS 6034 | 2391 | 5,000.00 | | | | | | | | | | |
| 09/21/11 | NASI 4410 | 10231 | 10,000.00 | | | | | | 8/11 & 9/11 | 21,446.93 | | | |
| 10/14/11 | NASI 4410 | 10285 | 6,446.93 | | | | | | | | | | 6,446.93 |
| 10/31/11 | NASI 4410 | 10296 | 7,000.00 | | | | | | | | | | |
| 11/15/11 | NASI 4410 | 10358 | 8,000.00 | | | | 9/11 & 10/11 | 371.43 | 9/11 & 10/11 | 13,724.94 | 2.88 | | 14,099.25 |
| 12/10/11 | NASI 4410 | 10426 | 11,363.98 | | | | | | 10/11 & 11/11 | 12,264.73 | | | 11,363.98 |
| | Total NASI Payments in 2011 | | $123,730.67 | $0.00 | | $174.75 | | $2,344.16 | | $125,398.19 | $793.57 | $20.00 | |
| | Total Oasis Payments in 2011 | | $5,000.00 | | | | | | | | | | |

CitiBusiness Platinum Select Card
Darren S. Wishner
Edward Wishner Company
Account No. 60540

| Payment Date | Account Information | Check No. | Check Amount | Other Credits | Month/Year Purchases | D. Wishner | Month/Year Purchases | E. Wishner | Month/Year Purchases | Irma Reese | Finance Charges | Other Fees | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/12 | NASI 4410 | 10504 | 849.00 | | | | 11/11 & 12/11 | 2,599.00 | 11/11 & 12/11 | 5,606.24 | | | 8,205.24 |
| 01/04/12 | NASI 4410 | 10503 | 1,750.00 | | | | 12/11 & 1/12 | 212.36 | 12/11 & 1/12 | 12,067.57 | | | 12,279.93 |
| 01/10/12 | NASI 4410 | 10510 | 5,606.24 | | | | | | | | | | |
| 01/31/12 | NASI 4410 | 10550 | 12,279.93 | | | | | | | | | | |
| 02/15/12 | NASI 4410 | 10605 | 9,000.00 | | | | 1/12 & 2/12 | 15,312.09 | 1/12 & 2/12 | 12,098.71 | 5.27 | | 18,416.07 |
| 02/29/12 | NASI 4410 | 10639 | 5,014.95 | | | | | | | | | | |
| 03/07/12 | NASI 4410 | 10671 | 10,014.95 | | | | | | | | | | |
| 03/15/12 | NASI 4410 | 10698 | 2,300.00 | | | | 2/12 & 3/12 | 11,143.46 | 2/12 & 3/12 | 7,125.93 | 331.41 | 44.85 | 19,731.82 |
| 04/03/12 | NASI 4410 | 10744 | 10,000.00 | | | | | | | | | | |
| 04/17/12 | NASI 4410 | 10790 | 10,014.95 | | | | | | | | | | |
| 04/24/12 | NASI 4410 | 10799 | 10,014.95 | | | | 3/12 & 4/12 | 6,332.35 | 3/12 & 4/12 | 11,575.67 | 273.96 | 44.85 | 7,928.75 |
| 05/11/12 | NASI 4410 | 10849 | 10,014.95 | | | | | | | | | | |
| 05/18/12 | NASI 4410 | 10857 | 10,440.11 | | | | 4/12 & 5/12 | 13,975.40 | 4/12 & 5/12 | 7,668.53 | 46.28 | 29.90 | 9,193.80 |
| 06/13/12 | NASI 4410 | 10947 | 10,014.95 | | | | 5/12 & 6/12 | 13,119.63 | 5/12 & 6/12 | 9,243.87 | 11.67 | 34.95 | 21,588.97 |
| 07/02/12 | NASI 4410 | 10997 | 12,514.95 | | | | | | | | | | |
| 07/13/12 | NASI 4410 | 11043 | 7,500.00 | | | | | | | | | | |
| 07/24/12 | NASI 4410 | 11065 | 8,000.00 | | | | 6/12 & 7/12 | 10,752.48 | 6/12 & 7/12 | 10,877.71 | 300.16 | 44.85 | 15,549.22 |
| 08/03/12 | NASI 4410 | 11094 | 5,000.00 | | | | | | | | | | |
| 08/21/12 | NASI 4410 | 11146 | 8,000.00 | | | | 7/12 & 8/12 | 11,932.17 | 7/12 & 8/12 | 6,450.78 | 338.70 | 29.90 | 21,300.77 |
| 08/30/12 | NASI 4410 | 11174 | 7,500.00 | | | | | | | | | | |
| 09/11/12 | NASI 4410 | 11207 | 8,000.00 | | | | | | | | | | |
| 09/18/12 | NASI 4410 | 11232 | 5,000.00 | | | | 8/12 & 9/12 | 12,039.83 | 8/12 & 9/12 | 9,952.98 | 385.78 | 44.85 | 23,224.21 |
| 09/28/12 | NASI 4410 | 11243 | 5,000.00 | | | | | | | | | | |
| 10/04/12 | NASI 4410 | 11283 | 7,500.00 | | | | | | | | | | |
| 10/18/12 | NASI 4410 | 11315 | 5,000.00 | | | | 9/12 & 10/12 | 8,120.49 | 9/12 & 10/12 | 6,338.87 | 308.58 | 60.29 | 20,552.44 |
| 10/30/12 | NASI 4410 | 901030 | 7,500.00 | | | | | | | | | | |
| 11/02/12 | NASI 4410 | 11366 | 5,000.00 | | | | | | | | | | |
| 11/09/12 | NASI 4410 | 11387 | 7,500.00 | | | | | | | | | | |
| 11/20/12 | NASI 4410 | 11419 | 5,000.00 | | | | 10/12 & 11/12 | 19,684.26 | 10/12 & 11/12 | 5,054.73 | 301.40 | 68.93 | 20,661.76 |
| 11/29/12 | NASI 4410 | 11434 | 7,500.00 | | | | | | | | | | |
| 12/06/12 | NASI 4410 | 11461 | 7,500.00 | | | | | | | | | | |
| 12/20/12 | NASI 4410 | 11497 | 5,000.00 | | | | | | | | | | |
| | Total NASI Payments in 2012 | | $231,329.93 | | | | | $125,223.52 | | $104,061.59 | $2,303.21 | $403.37 | |
| | Carryover to 2013 Calendar Year | | | | | | | | | | | | $661.76 |

## CitiBusiness Platinum Select Card
### Darren S. Wishner
### Edward Wishner Company
### Account No. 60540

| Payment Date | Account Information | Check No. | Check Amount | Other Credits | Month/Year Purchases | D. Wishner | Month/Year Purchases | E. Wishner | Month/Year Purchases | Irma Reese | Finance Charges | Other Fees | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/02/13 | NASI 4410 | 11552 | 5,000.00 | | | | 11/12 & 12/12 | 7,963.25 | 11/12 & 12/12 | 12,377.96 | 339.30 | 44.85 | 21,387.12 |
| 01/09/13 | NASI 4410 | 11550 | 7,500.00 | | 12/12 & 1/13 | 1,095.14 | 12/12 & 1/13 | 7,100.16 | 1/13 | 4,652.34 | 313.19 | 29.90 | 22,077.85 |
| 01/29/13 | NASI 4410 | 11613 | 7,500.00 | | | | | | | | | | |
| 02/12/13 | NASI 4410 | 11674 | 7,500.00 | | | | 1/13 & 2/13 | 6,648.55 | 1/13 & 2/13 | 8,383.00 | 374.93 | 29.90 | 22,514.23 |
| 02/26/13 | NASI 4410 | 11701 | 7,500.00 | | | | | | | | | | |
| 03/26/13 | NASI 4410 | 11796 | 5,000.00 | | | | 2/13 & 3/13 | 4,216.85 | 2/13 & 3/13 | 5,429.88 | 340.73 | 29.90 | 20,031.59 |
| 03/29/13 | NASI 4410 | 11812 | 5,000.00 | | | | | | | | | | |
| 04/18/13 | NASI 4410 | 11863 | 5,000.00 | | | | 3/13 & 4/13 | 1,862.55 | 3/13 & 4/13 | 5,950.57 | 319.56 | 29.90 | 18,194.17 |
| 05/13/13 | NASI 4410 | 358849 | 7,500.00 | | | | 4/13 & 5/13 | 1,367.80 | 4/13 & 5/13 | 12,385.42 | 376.80 | 53.95 | 24,878.14 |
| 05/30/13 | NASI 4410 | 742565 | 5,000.00 | | | | | | | | | | |
| 06/12/13 | NASI 4410 | 197887 | 7,500.00 | | | | | | | | | | |
| 06/13/13 | NASI 4410 | 260653 | 5,000.00 | | | | 6/13 | 118.19 | 6/13 | 15,183.61 | 373.78 | 64.85 | 15,618.57 |
| 06/24/13 | NASI 4410 | 268681 | 7,500.00 | | | | 6/13 & 7/13 | 1,735.49 | 6/13 & 7/13 | 5,957.16 | 399.41 | 39.00 | 23,749.63 |
| 07/25/13 | NASI 4410 | 414169 | 5,000.00 | | | | | | | | | | |
| 08/09/13 | NASI 4410 | 81300 | 5,000.00 | | | | | | | | | | |
| 08/21/13 | NASI 4410 | 809447 | 6,000.00 | | | | 7/13 & 8/13 | 162.50 | 7/13 & 8/13 | 10,176.31 | 479.21 | | 18,567.65 |
| 09/02/13 | NASI 4410 | 245706 | 5,000.00 | | | | 8/13 & 9/13 | 1,269.15 | 8/13 & 9/13 | 6,475.13 | 472.68 | 39.00 | 21,823.61 |
| 09/27/13 | NASI 4410 | 709572 | 6,000.00 | | | | | | | | | | |
| 10/04/13 | NASI 4410 | 919181 | 5,000.00 | | | | | | | | | | |
| 10/10/13 | NASI 4410 | 112873 | 5,000.00 | | | | 9/13 & 10/13 | 1,518.04 | 9/13 & 10/13 | 17,260.61 | 435.92 | 40.51 | 25,078.69 |
| 10/30/13 | NASI 4410 | 178999 | 6,000.00 | | | | | | | | | | |
| 11/11/13 | NASI 4410 | 445272 | 5,000.00 | | | | 11/13 | 1,253.58 | 11/13 | 5,801.36 | 483.13 | | 21,616.76 |
| 12/10/13 | NASI 4410 | 523986 | 5,000.00 | | | | | | | | | | |
| 12/17/13 | NASI 4410 | 69330 | 5,000.00 | | | | | | | | | | |
| 12/23/13 | NASI 4410 | 994979 | 5,000.00 | | | | 12/13 | 305.96 | 11/13 & 12/13 | 12,266.53 | 455.02 | | 19,644.27 |
| 12/30/13 | NASI 4410 | 684904 | 5,000.00 | | | | | | | | | | |
| | Total NASI Payments in 2013 | | $150,500.00 | | | $1,095.14 | | $35,522.07 | | $122,299.88 | $5,163.66 | $401.76 | |

# CitiBusiness Platinum Select Card
## Darren S. Wishner
## Edward Wishner Company
## Account No. 60540

| Payment Date | Account Information | Check No. | Check Amount | Other Credits | Month/Year Purchases | D. Wishner | Month/Year Purchases | E. Wishner | Month/Year Purchases | Irma Reese | Finance Charges | Other Fees | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/08/14 | NASI 4410 | 76455 | 5,000.00 | | | | 12/13 & 1/14 | 1,817.26 | 12/13 & 1/14 | 8,435.31 | | 277.20 | 529.77 |
| 01/13/14 | NASI 4410 | 12711 | 19,644.27 | | | | | | | | | | 529.77 |
| 02/20/14 | NASI 4410 | 12819 | 529.77 | | | | 1/14 & 2/14 | 427.19 | 1/14 & 2/14 | 11,607.03 | 163.46 | 39.00 | 12,236.68 |
| 03/31/14 | NASI 4410 | 0640 | 5,000.00 | | | | 3/14 | 2,013.79 | 2/14 & 3/14 | 6,072.31 | 396.35 | 39.00 | 20,758.13 |
| 04/13/14 | Not NASI 4410 | | 5,000.00 | | | | | | | | | | |
| 04/14/14 | NASI 4410 | 35589 | 5,000.00 | | | | | | | | | | |
| 04/21/14 | NASI 4410 | 563693 | 5,000.00 | | | | 4/14 | 143.31 | 3/14 & 4/14 | 5,808.27 | 235.87 | | 6,945.58 |
| 05/07/14 | NASI 4410 | 53825 | 7,500.00 | | | | | | | | | | |
| 05/13/14 | NASI 4410 | 13109 | 5,000.00 | | | | 4/14 & 5/14 | 3,886.01 | 4/14 & 5/14 | 8,955.78 | 124.06 | | 7,411.43 |
| 06/17/14 | NASI 4410 | 600216 | 7,500.00 | | | | 5/14 & 6/14 | 2,259.99 | 5/14 & 6/14 | 1,667.65 | | 20.00 | 3,859.07 |
| 07/14/14 | OASIS 1154 | 2209 | 4,480.00 | | | | 6/14 & 7/14 | 3,880.42 | 6/14 & 7/14 | 7,179.07 | | | 10,438.56 |
| 07/23/14 | NASI 4410 | 606536 | 5,000.00 | | | | | | | | | | |
| 08/01/14 | OASIS 1154 | 2235 | 4,480.00 | | | | 7/14 & 8/14 | 2,284.99 | 7/14 & 8/14 | 4,888.80 | 131.90 | | 8,264.25 |
| Total NASI Payments in 2014 | | | $65,174.04 | | | | | $16,712.96 | | $54,614.22 | $1,051.64 | $375.20 | |
| Total Oasis Payments in 2014 | | | $8,960.00 | | | | | | | | | | |
| Total Other Non-NASI Payments in 2014 | | | $5,000.00 | | | | | | | | | | |
| Total Payments from NASI Funds | | | | $829,390.93 | | | | | | | | | |
| Total Purchases | | | $857,440.89 | | | $14,378.94 | | $230,411.74 | | $599,708.34 | $11,488.22 | $1,453.65 | |