# EXHIBIT K

American Express Business Platinum Card
Nationwide Automated Systems, Inc. (NASI)
Edward Wishner
Account No. 1-71006/1-72004/1-73002

| Payment Date | Account Information | Check No. | Check Amount | Other Credits | Month/Year Purchases | J. Gillis | Month/Year Purchases | E. Wishner | Month/Year Purchases | Irma Reese | Finance Charges | Other Fees | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Previous Balance | | | | | | | | | | | | 5,798.14 |
| 04/08/13 | NASI 4410 | Online | 8,401.94 | | 3/13 & 4/13 | 2,038.19 | 3/13 & 4/13 | 8,303.46 | | | | | | 455.75 |
| 04/23/13 | NASI 4410 | Online | 7,582.10 | | | | | | 4/13 | 300.00 | | | |
| 05/04/13 | NASI 4410 | 11927 | 455.75 | | 5/13 | 316.69 | 4/13 & 5/13 | 11,613.98 | | | | | 11,930.67 |
| 06/03/13 | NASI 4410 | Online | 14,692.92 | | 5/13 & 6/13 | 11,533.27 | 5/13 & 6/13 | 8,588.62 | | | | | 17,359.64 |
| 07/03/13 | NASI 4410 | 12102 | 17,359.64 | | | | 6/13 & 7/13 | 8,357.25 | | | | | 8,357.25 |
| 08/02/13 | NASI 4410 | 12196 | 8,357.25 | | 8/13 | 38.30 | 7/13 & 8/13 | 7,159.11 | | | | | 7,197.41 |
| 09/01/13 | NASI 4410 | 12276 | 7,197.41 | | 8/13 & 9/13 | 2,212.89 | 8/13 & 9/13 | 13,838.36 | 9/13 | 9,810.32 | | | 25,861.57 |
| 10/03/13 | NASI 4410 | 12363 | 25,861.00 | | 10/13 | 410.78 | 9/13 & 10/13 | 8,583.58 | 9/13 & 10/13 | 10,807.34 | | | 19,802.27 |
| 10/28/13 | NASI 4410 | Online | 23,993.02 | | 10/13 & 11/13 | 834.02 | 10/13 & 11/13 | 13,319.98 | 10/13 & 11/13 | 11,531.83 | | | 21,495.08 |
| 12/04/13 | NASI 4410 | 12571 | 21,495.08 | | 11/13 & 12/13 | 4,168.68 | 11/13 & 12/13 | 7,477.44 | 11/13 & 12/13 | 10,547.31 | | | 22,193.43 |
| | Total NASI Payments in 2013 | | $135,396.11 | | | $17,384.14 | | $79,764.34 | | $32,449.49 | | | |
| | | | | | 2013 Payments include the payment of $5,798.14 of previous balance due. | | | | | | | | |
| | | | | | The $22,193.43 in purchases will be relisted in 2014 when they are actually paid. This amount is not included in the purchase totals for 2013. | | | | | | | | |
| 01/02/14 | NASI 4410 | 12669 | 22,193.43 | | 11/13 & 12/13 | 4,168.68 | 11/13 & 12/13 | 7,477.44 | 11/13 & 12/13 | 10,547.31 | | | 22,193.43 |
| 02/04/14 | NASI 4410 | 12755 | 20,727.57 | | 12/13 & 1/14 | 927.73 | 12/13 & 1/14 | 11,765.21 | 12/13 & 1/14 | 8,034.63 | | | 20,727.57 |
| 03/07/14 | NASI 4410 | 12841 | 7,762.45 | | 1/14 & 2/14 | 1,090.90 | 1/14 & 2/14 | 5,787.77 | 1/14 & 2/14 | 883.78 | | | 7,762.45 |
| 04/03/14 | NASI 4410 | 12964 | 26,790.30 | | 2/14 & 3/14 | 765.05 | 2/14 & 3/14 | 17,759.62 | 2/14 & 3/14 | 8,265.63 | | | 26,790.30 |
| 05/06/14 | NASI 4410 | 13078 | 21,059.80 | | 3/14 & 4/14 | 749.60 | 3/14 & 4/14 | 9,768.06 | 3/14 & 4/14 | 10,542.14 | | | 21,059.80 |
| 06/03/14 | NASI 4410 | Online | 24,210.07 | | 4/14 | 59.25 | 4/14 & 5/14 | 11,857.67 | 4/14 & 5/14 | 12,293.15 | | | 24,210.07 |
| 07/03/14 | NASI 4410 | Online | 35,524.59 | | 5/14 | 113.53 | 5/14 & 6/14 | 8,927.33 | 5/14 & 6/14 | 26,483.73 | | | 35,524.59 |
| 08/08/14 | NASI 4410 | Online | 19,171.69 | | 6/14 & 7/14 | 297.12 | 6/14 & 7/14 | 6,695.32 | 6/14 & 7/14 | 12,335.24 | | | 19,327.68 |
| 09/05/14 | NASI 5823 | Online | 28,417.10 | | 7/14 & 8/14 | 4,025.15 | 7/14 & 8/14 | 18,111.38 | 7/14 & 8/14 | 6,124.58 | | | 28,417.10 |
| 09/09/14 | NASI 5823 | 962 | 3,074.37 | | 8/14 & 9/14 | 734.29 | 8/14 & 9/14 | 10,414.88 | 8/14 & 9/14 | 4,436.39 | | | 12,511.19 |
| | | | $208,931.37 | | | $12,197.01 | | $98,149.80 | | $95,510.19 | | | |



Date:20130702 Check:12118 Account:22414410 Amount:2820.00



Date:20130702 Check:12118 Account:22414410 Amount:2820.00



Date:20130702 Check:12084 Account:22414410 Amount:2924.31

Date:20130702 Check:12084 Account:22414410 Amount:2924.31



Date:20130703 Check:12102 Account:22414410 Amount:17359.64

Date:20130703 Check:12102 Account:22414410 Amount:17359.64





Date:20130703 Check:12106 Account:22414410 Amount:13000.00

Date:20130703 Check:12106 Account:22414410 Amount:13000.00

1410100041

Business Platinum Card®
NASI
EDWARD WISHNER
Closing Date 06/21/13

**DUPLICATE COPY**



p. 1/8

Account Ending 1-71006

| New Balance | $17,359.64 |
|---|---|
| Please Pay By | 07/07/13 |

→ See page 2 for important information about your account.

**Membership Rewards® Points**
Available and Pending as of 05/31/13
**356,310**
For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

| Previous Balance | $11,930.67 |
|---|---|
| Payments/Credits | -$14,980.99 |
| New Charges | +$20,409.96 |
| Fees | +$0.00 |
| **New Balance** | **$17,359.64** |

Days in Billing Period: 29

**Customer Care**

Pay by Computer
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-8468 | 1-800-472-9297 |

→ See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending 1-71006
Enter account number on all documents.
Make check payable to American Express.

EDWARD WISHNER
NASI
20969 VENTURA BLVD
STE 20
WOODLAND HILLS CA 91364-6611

Please Pay By
07/07/13
Amount Due
$17,359.64

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

☐ Check here if your address or phone number has changed. Note changes on reverse side.

0000349992013622731  0017359640017359664 19 H

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Service number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

| | | | |
|---|---|---|---|
| **Customer Care & Billing Inquiries** | 1-800-492-8468 | **Hearing Impaired** | |
| **International Collect** | 1-623-492-7719 | TTY: 1-800-221-9950 | |
| **Large Print & Braille Statements** | 1-800-492-8468 | FAX: 1-800-695-9090 | |
| **Express Cash** | 1-800-CASH-NOW | In NY: 1-800-522-1897 | |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
BOX 0001
LOS ANGELES CA
90096-8000

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**
- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

Business Platform Card®
NASI
EDWARD WISHNER
Closing Date 06/21/13

DUPLICATE COPY



p. 3/8

Account Ending 1-71006

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$14,692.92 |
| Credits | |
| EDWARD WISHNER 1-71006 | -$288.07 |
| **Total Payments and Credits** | **-$14,980.99** |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 05/31/13* | EDWARD WISHNER | ONLINE PAYMENT - THANK YOU | -$14,692.92 |

| Credits | | | Amount |
|---|---|---|---|
| 06/09/13 | EDWARD WISHNER | NORDSTROM 341 0341  CANOGA PARK    CA<br>DEPARTMENT STORE<br>Description<br>CLASSIC BRIDGE | -$116.85 |
| 06/14/13 | EDWARD WISHNER | NORDSTROM 341 0341  CANOGA PARK    CA<br>DEPARTMENT STORE<br>Description<br>MENS SPORTSWEAR | -$171.22 |

## New Charges

### Summary

| | Total |
|---|---|
| EDWARD WISHNER 1-71006 | $8,876.69 |
| JOEL GILLIS 1-72012 | $11,533.27 |
| **Total New Charges** | **$20,409.96** |

### Detail

**EDWARD WISHNER**
Card Ending 1-71006

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 05/23/13 | PANGLAO BLUEWATER  BOHOL         PH<br>LODGING | | 6,378.80<br>Philippine Pesos | $153.32 |
| 05/23/13 | CHEVRON WC GAS & MARWEST COVINA    CA<br>6263313312<br>Description          Price<br>FUEL/MISCELLANEOUS   $99.75<br>053 DSL-2 | | | $99.75 |
| 05/24/13 | MTRC - AIRPORT STATICHEK LAP KOK    HK<br>MTR TOWER TELFORD PLAZA | | 100.00<br>Hong Kong Dollars | $12.88 |
| 05/24/13 | GIORDANO - MANSON (6TST          KL<br>G/F - 1/F MANSION HOUSE | | 290.00<br>Hong Kong Dollars | $37.36 |
| 05/24/13 | TRANS-ISLAND LIMOUSICHAI WAN     HK<br>COUNTER ST034C, BUFFER HA | | 300.00<br>Hong Kong Dollars | $38.65 |
| 05/24/13 | UNION 76 10067445  UPLAND        CA<br>UNION 76 | | | $99.62 |

Continued on reverse

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| 05/24/13 | ASTA HOTEL RESTAURANSHENZHEN NO.28, FUMIN ROAD FUTIAN | GU | 1,406.00 China Yuan Renminbs | $229.27 |
| 05/24/13 | MORTON'S OF CHICAGO,TST 4/F SHERATON HOTEL TST | KL | 1,539.60 Hong Kong Dollars | $198.35 |
| 05/24/13 | SHERATON HK HOTEL-SKTSIMSHATSUI 20 NATHAN ROAD TSIMSHA | KL | 88.00 Hong Kong Dollars | $11.34 |
| 05/25/13 | KOWLOON SHANGRI-LA-TSIMSHATSUI EAST 64 MODY ROAD TSIMSHATS | KL | 2,498.50 Hong Kong Dollars | $321.89 |
| 05/25/13 | SOGO HONG KONG CO. LTST P 1 AND P 2, 12 SALISBUR | KL | 330.00 Hong Kong Dollars | $42.51 |
| 05/25/13 | CHEVRON RAPID GAS, ILONG BEACH 5624277112 Description / Price FUEL/MISCELLANEOUS $99.88 053 DSL-2 | CA | | $99.88 |
| 05/26/13 | INTERCONTINENTAL HONTSIMSHATSUI SALISBURY ROAD TSIMSHA | KL | 2,379.20 Hong Kong Dollars | $306.52 |
| 05/26/13 | UNION 76 00353623 SAN GABRIEL UNION 76 | CA | | $99.32 |
| 05/27/13 | BRANDY WINE BRANDY WWOODLAND HILLS 818-225-9114 | CA | | $509.85 |
| 05/28/13 | AGOURAS FAMOUS DELI AGOURA HILLS 8188899113 Description / Price FOOD AND BEVERAGE $99.90 | CA | | $99.90 |
| 05/29/13 | ADAGIO RISTORANTE WOODLAND HILL 8182250533 | CA | | $99.60 |
| 05/30/13 | NOHOKAI PRODUCTION S808-677-3335 808-677-3335 | | | $418.85 |
| 05/31/13 | KATE MANTILINI 0058 WOODLAND HILL 310-473-7000 FOOD $44.69 TIP $12.00 | CA | | $56.69 |
| 06/01/13 | TUSCANY IL RESTAURANWESTLAKE VILL 8054952768 | CA | | $137.16 |
| 06/01/13 | CHEVRON WOODLAND HILWOODLAND HILLS 8189999495 Description / Price FUEL/MISCELLANEOUS $68.13 003 UNL SUP | CA | | $68.13 |
| 06/01/13 | CHEVRON WOODLAND HILWOODLAND HILLS 8189999495 Description / Price FUEL/MISCELLANEOUS $57.00 001 UNL REG | CA | | $57.00 |
| 06/02/13 | ISLANDS REST 022 WOODLAND HILLS 100600294 91364 | CA | | $45.61 |
| 06/03/13 | AM PM HAMPTON AVE 02LOS ANGELES 3238762676 Description / Price TAXICABS/LIMOUSINES $175.00 | CA | | $175.00 |

Continued on next page

Business Platform Card®
NASI
EDWARD WISHNER
Closing Date 06/21/13

DUPLICATE COPY



p. 5/8

Account Ending 1-71006

| Detail Continued | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 06/03/13 | AM PM HAMPTON AVE 02LOS ANGELES   CA 3238762676 <br> Description       Price <br> TAXICABS/LIMOUSINES   $95.00 | | | $95.00 |
| 06/03/13 | AGOURAS FAMOUS DELI AGOURA HILLS   CA 8188899113 <br> Description       Price <br> FOOD AND BEVERAGE    $116.18 | | | $116.18 |
| 06/04/13 | ADAGIO RISTORANTE  WOODLAND HILL   CA 8182250533 | | | $114.90 |
| 06/06/13 | CHO CHO SAN 0094   THOUSAND OAKS   CA 805-379-9300 <br> Description <br> FOOD/BEVERAGE | | | $137.88 |
| 06/07/13 | TUSCANY IL RESTAURANWESTLAKE VILL   CA 8054952768 | | | $123.90 |
| 06/09/13 | NORDSTROM 341 0341  CANOGA PARK   CA <br> DEPARTMENT STORE <br> Description <br> CLASSIC BRIDGE | | | $103.80 |
| 06/09/13 | NORDSTROM 341 0341  CANOGA PARK   CA <br> DEPARTMENT STORE <br> Description <br> MENS SPORTSWEAR | | | $542.82 |
| 06/10/13 | NICOLAS KITCHEN 6500WOODLAND HILLS   CA 8188839477 <br> TIP        $10.00 | | | $35.56 |
| 06/10/13 | AGOURAS FAMOUS DELI AGOURA HILLS   CA 8188899113 <br> Description       Price <br> FOOD AND BEVERAGE    $109.26 | | | $109.26 |
| 06/11/13 | WOOD RANCH AGOURA HIAGOURA HILLS   CA 8188899544 <br> Description <br> RESTAURANT CHARGES | | | $154.37 |
| 06/12/13 | KATE MANTILINI 0058 WOODLAND HILL   CA 310-473-7000 <br> FOOD       $160.88 <br> TIP        $40.00 | | | $200.88 |
| 06/13/13 | USPS 058592021001386CALABASAS       CA 800-2758777 | | | $138.00 |
| 06/13/13 | COSTCO WHSE #0117 00WESTLAKE VIL   CA 8185973901 | | | $178.50 |
| 06/13/13 | COSTCO WHSE #0117 00WESTLAKE VIL   CA 8185973901 | | | $159.98 |
| 06/14/13 | PYL*ROSS MORGAN AND 866-729-5327 <br> 866-729-5327 | | | $1,908.78 |

**Detail Continued**

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| 06/14/13 | RUSTICO RESTAURANT 0WESTLAKEVILLAGE   CA<br>8188890191<br>Description           Price<br>FOOD AND BEVERAGE      $134.75 | | | $134.75 |
| 06/15/13 | AGOURAS FAMOUS DELI AGOURA HILLS    CA<br>8188899113<br>Description           Price<br>FOOD AND BEVERAGE       $45.58 | | | $45.58 |
| 06/15/13 | PANZANELLA RISTORANTSHERMAN OAKS    CA<br>8187844400<br>FOOD/BEVERAGE         $116.09<br>TIP                    $30.00 | | | $146.09 |
| 06/16/13 | AM PM HAMPTON AVE 02LOS ANGELES    CA<br>3238762676<br>Description           Price<br>TAXICABS/LIMOUSINES     $180.00 | | | $180.00 |
| 06/16/13 | ADAGIO RISTORANTE  WOODLAND HILL    CA<br>8182250533 | | | $181.70 |
| 06/16/13 | EAST COAST BAGEL 650WOODLAND HILLS   CA<br>8182238532 | | | $18.08 |
| 06/17/13 | SHELL OIL 57444585100AGOURA     CA<br>AUTO FUEL DISPENSER | | | $35.45 |
| 06/17/13 | AGOURAS FAMOUS DELI AGOURA HILLS    CA<br>8188899113<br>Description           Price<br>FOOD AND BEVERAGE      $117.71 | | | $117.71 |
| 06/18/13 | CABLES 0229    WOODLAND HILL   CA<br>818-347-2437<br>Description<br>FOOD/BEVERAGE | | | $18.08 |
| 06/19/13 | TUXEDO JUNCTION INC CANOGA PARK    CA<br>CLOTHING RENTAL | | | $147.00 |
| 06/19/13 | UNION 76 10102424  WOODLAND HILLS   CA<br>UNION 76 | | | $60.02 |
| 06/20/13 | THE UPS STORE 4033  WOODLAND HILLS   CA<br>OFFICE SUPPLY STORE | | | $26.92 |
| 06/20/13 | PAUL MARTINS BISTRO WESTLAKE VILL    CA<br>949-336-5237<br>FOOD                  $187.05<br>TIP                    $40.00 | | | $227.05 |

**JOEL GILLIS**
Card Ending 1-72012

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| 05/21/13 | Valley Inn     818-784-1164<br>USFC91403 | | | $123.34 |
| 05/28/13 | CAFE BIZOU 650000002SHERMAN OAKS    CA<br>8187883536<br>TIP                    $20.00 | | | $124.15 |

Continued on next page

249

Business Platform Card®  **DUPLICATE COPY**    p. 7/8
NASI
EDWARD WISHNER
Closing Date 06/21/13

## Detail Continued

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| 05/29/13 | CHEVRON CSI-095153/1 CALABASAS  CA<br>8185918241<br>Description          Price<br>FUEL/MISCELLANEOUS   $54.75<br>002 UNL PLS | | | $54.75 |
| 06/04/13 | RESTAURANT TAILLEVEN PARIS     PA<br>0144951501 | | 39,00<br>European Union<br>Euro | $51.10 |
| 06/04/13 | RESTAURANT TAILLEVEN PARIS     PA<br>0144951501 | | 361,00<br>European Union<br>Euro | $473.02 |
| 06/05/13 | MARKET        PARIS     PA<br>0156434090 | | 123,00<br>European Union<br>Euro | $161.17 |
| 06/06/13 | BON MARCHE      PARIS     PA<br>0144398181 | | 375,00<br>European Union<br>Euro | $491.89 |
| 06/06/13 | LE JULES VERNE   ISSY LES MOULINEAU  HA<br>0145556144 | | 235,50<br>European Union<br>Euro | $308.91 |
| 06/06/13 | MAITRE PIERRE    PARIS     PA<br>0147202829 | | 78,00<br>European Union<br>Euro | $102.31 |
| 06/07/13 | LES AMIS DE L AMI LO PARIS    PA<br>0144393945 | | 262,00<br>European Union<br>Euro | $345.79 |
| 06/07/13 | RESTAURANT HOTEL COS PARIS    PA<br>0147033116 | | 92,50<br>European Union<br>Euro | $122.08 |
| 06/08/13 | MARKET        PARIS     PA<br>0156434090 | | 130,00<br>European Union<br>Euro | $171.57 |
| 06/09/13 | HOTEL GEORGE V   PARIS     PA<br>0149527000 | | 6,208,10<br>European Union<br>Euro | $8,248.71 |
| 06/15/13 | MACY'S #493 SANTA CLSANTA CLARITA  2 CA<br>MACY'S<br>Description          Price<br>COACH HANDBAGS      $238.40<br>M.MICHAEL KORS HAND   $368.00 | | | $660.98 |
| 06/17/13 | HILLSTONE    – SANTA MONICA   CA<br>310-576-7558<br>FOOD/BEVERAGE         $93.50 | | | $93.50 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## 2013 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2013 | $1,050.00 |
| Total Interest in 2013 | $0.00 |

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Service number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

| | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | 1-800-492-8468 | **Hearing Impaired** |
| **International Collect** | 1-623-492-7719 | TTY: 1-800-221-9950 |
| **Large Print & Braille Statements** | 1-800-492-8468 | FAX: 1-800-695-9090 |
| **Express Cash** | 1-800-CASH-NOW | In NY: 1-800-522-1897 |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

| Customer Care & Billing Inquiries | Payments |
|---|---|
| P.O. BOX 981535 | BOX 0001 |
| EL PASO, TX | LOS ANGELES CA |
| 79998-1535 | 90096-8000 |

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, or Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

### Pay Your Bill with AutoPay

- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

251

**Business Platform Card®**
NASI
EDWARD WISHNER
Closing Date 07/23/13

DUPLICATE COPY



p. 3/7

Account Ending 1-71006

## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | -$17,359.64 |
| Credits | -$7.00 |
| **Total Payments and Credits** | **-$17,366.64** |

### Detail   *indicates posting date

| Payments |  | Amount |
|---|---|---|
| 07/03/13* | PAYMENT RECEIVED - THANK YOU | -$17,359.64 |

| Credits |  | Amount |
|---|---|---|
| 07/16/13 | GARFIELD BEACH CVS 9WOODLAND HILLS   CA<br>DRUG STORE/PHARMACY | -$7.00 |

## New Charges

### Summary

|  | Total |
|---|---|
| Total New Charges | $8,364.25 |

### Detail

**EDWARD WISHNER**
Card Ending 1-71006

|  |  | Amount |
|---|---|---|
| 06/22/13 | RITE CLEANERS 0155 WOODLAND HILL   CA<br>818-346-6512<br>Description<br>DRY CLEANING/LAUNDR | $143.63 |
| 06/22/13 | VENTURA WEST CARWASHWOODLAND HLS   CA<br>8182257017<br>Description          Price<br>CAR WASH              $23.99 | $23.99 |
| 06/22/13 | UNION 76 00364570  WOODLAND HILLS   CA<br>UNION 76 | $70.00 |
| 06/24/13 | AGOURAS FAMOUS DELI AGOURA HILLS   CA<br>8188899113<br>Description          Price<br>FOOD AND BEVERAGE     $121.47 | $121.47 |
| 06/26/13 | WOOD RANCH AGOURA HIAGOURA HILLS   CA<br>8188899544<br>Description<br>RESTAURANT CHARGES | $92.56 |
| 06/28/13 | RUSTICO RESTAURANT 0WESTLAKEVILLAGE CA<br>8188890191<br>Description          Price<br>FOOD AND BEVERAGE     $103.85 | $103.85 |
| 06/28/13 | NOHOKAI PRODUCTION S808-677-3335<br>808-677-3335 | $418.85 |

Continued on reverse