# EXHIBIT L



Date:20120215 Check:10604 Account:22414410 Amount:41350.66



Date:20120215 Check:10567 Account:22414410 Amount:445.87



Date:20120215 Check:10567 Account:22414410 Amount:445.87



Date:20120215 Check:10602 Account:22414410 Amount:168.72



Date:20120215 Check:10602 Account:22414410 Amount:168.72

Date:20120215 Check:10582 Account:22414410 Amount:37.94

Date:20120215 Check:10582 Account:22414410 Amount:37.94

1410100040

Business Platform Card®
NASI INC
DARREN WISHNER
Closing Date 01/26/12

**DUPLICATE COPY**



p. 1/15

Account Ending 8-21007

| | |
|---|---|
| New Balance | $41,350.66 |
| Minimum Payment Due | $27,693.63 |
| Payment Due Date | 02/20/12 |

**Late Payment Warning:** If we do not receive at least the Minimum Payment Due by the Payment Due Date listed above, you may be assessed a late fee and your APR may be increased to a Penalty APR.

See page 2 for important information about your account.

See page 13 for an important notice about TripIt Pro.

**Important Update on FedEx Office and OPEN Savings®**
Effective March 15, 2012, the OPEN Savings discount on spend in a calendar year at FedEx Office will be 3% on spend up to $250, 5% on spend greater than $250 and up to $1,000, and 10% on spend greater than $1,000.

FedExOffice. Terms, conditions and restrictions apply. Visit opensavings.com for details. 

**Membership Rewards® Points**
As of 01/26/12
483,886

### Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $2,924.49 |
| Payments/Credits | -$2,924.49 |
| New Charges | +$27,302.63 |
| Fees | +$0.00 |
| New Balance = | $27,302.63 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $23,906.85 |
| Payments/Credits | -$23,906.85 |
| New Charges | +$14,048.03 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $14,048.03 |
| Minimum Due | $391.00 |

**Account Total**
| | |
|---|---|
| Previous Balance | $26,831.34 |
| Payments/Credits | -$26,831.34 |
| New Charges | +$41,350.66 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $41,350.66 |
| Minimum Payment Due | $27,693.63 |

Days in Billing Period: 31

### Customer Care

Pay by Computer
open.com/pbc

Customer Care         Pay by Phone
1-800-492-8468        1-800-472-9297

See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending 8-21007
Enter account number on all documents.
Make check payable to American Express.


DARREN WISHNER
NASI INC
5000 PKY CALABASAS
STE 303
CALABASAS CA 91302-3911

| | |
|---|---|
| Payment Due Date | 02/20/12 |
| New Balance | $41,350.66 |
| Minimum Payment Due | $27,693.63 |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$ _____
Amount Enclosed

0000349991264076373   004135066002769363   22   H

254

<mark>DARREN WISHNER</mark> **DUPLICATE COPY**
Account Ending 8-21007 p. 2/15

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Service number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge you interest on the Pay Over Time balance if you pay the Account Total New Balance by the next Closing Date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



| Customer Care & Billing Inquiries | 1-800-492-8468 | Hearing Impaired |
| International Collect | 1-623-492-7719 | TTY: 1-800-221-9950 |
| Large Print & Braille Statements | 1-800-492-8468 | FAX: 1-800-695-9090 |
| Express Cash | 1-800-CASH-NOW | In NY: 1-800-522-1897 |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
BOX 0001
LOS ANGELES CA
90096-8000

**Change of Address**
If correct on front, do not use.
- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address
City, State
Zip Code
Area Code and Home Phone
Area Code and Work Phone
Email

**Pay Your Bill with AutoPay**
- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

255

Business Platinum Card®  
NASI INC  
DARREN WISHNER  
Closing Date 01/26/12

DUPLICATE COPY



p. 3/15

Account Ending 8-21007

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$2,924.49 | -$23,906.85 | -$26,831.34 |
| Credits | $0.00 | $0.00 | $0.00 |
| Total Payments and Credits | -$2,924.49 | -$23,906.85 | -$26,831.34 |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 01/19/12* | DARREN WISHNER | PAYMENT RECEIVED - THANK YOU | -$16,331.34 |
| 01/19/12* | DARREN WISHNER | PAYMENT RECEIVED - THANK YOU | -$10,500.00 |

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| DARREN WISHNER 8-21007 | $19.00 | $2,000.00 | $2,019.00 |
| JOEL GILLIS 8-23011 | $4,503.20 | $917.30 | $5,420.50 |
| EDWARD WISHNER 8-24027 | $22,780.43 | $11,130.73 | $33,911.16 |
| Total New Charges | $27,302.63 | $14,048.03 | $41,350.66 |

### Detail

♦ - denotes Pay Over Time activity

For more information, visit americanexpress.com/payovertimeinfo

**DARREN WISHNER**  
Card Ending 8-21007

| | | | Amount |
|---|---|---|---|
| 01/19/12 | MERCEDES-BENZ CALABACALABASAS   CA<br>AUTO DEALER (NEW/USED<br>Description<br>AUTO SLS/SVC/R<br>EXTENDED PAYMENT OPTION | | $2,000.00 ♦ |
| 01/22/12 | QUEEN MARY THE   LONG BEACH   CA<br>Arrival Date        Departure Date<br>01/21/12            01/22/12<br>00000000<br>LODGING | | $19.00 |

**JOEL GILLIS**  
Card Ending 8-23011

| | | | Amount |
|---|---|---|---|
| 12/28/11 | EARTHLINK.NET   800-719-4660   GA<br>INTERNET SVC | | $39.95 |
| 12/28/11 | VERIZON WIRELESS 1638009220204<br>8009220204<br>EXTENDED PAYMENT OPTION | | $133.00 ♦ |

Continued on reverse

## Detail Continued

♦ - denotes Pay Over Time activity

| Date | Description | | Amount |
|---|---|---|---|
| 12/29/11 | CHEVRON CSI-095153/1 CALABASAS   CA<br>8185918241<br>Description          Price<br>FUEL/MISCELLANEOUS   $49.00<br>002 UNL PLS | | $49.00 |
| 12/29/11 | STAPLES INC. 00692 ONTARIO   CA<br>(800)333-3330<br>EXTENDED PAYMENT OPTION | | $162.97 ♦ |
| 12/30/11 | Spago Beverly Hills (310)385-0880<br>70129 90210<br>Squirrel #0<br>Total: $116.37<br>Check #70129<br>EXTENDED PAYMENT OPTION | | $138.37 ♦ |
| 12/30/11 | MARMALADE CALABASAS CALABASAS   CA<br>8182259092<br>FOOD/BEVERAGE   $20.62<br>TIP            $5.00 | | $25.62 |
| 01/03/12 | HASLER INC   800-446-6027   CT<br>800-446-6027 | | $3,090.00 |
| 01/04/12 | WOODLAND PRINTING 818-887-2229<br>818-887-2229 | | $749.88 |
| 01/05/12 | STAPLES INC. 00692 ONTARIO   CA<br>(800)333-3330 | | $172.35 |
| 01/12/12 | EARTHLINK.NET   800-719-4660   GA<br>INTERNET SVC | | $65.85 |
| 01/13/12 | CHEVRON CSI-095153/1 CALABASAS   CA<br>8185918241<br>Description          Price<br>FUEL/MISCELLANEOUS   $62.50<br>002 UNL PLS | | $62.50 |
| 01/16/12 | VALLEY INN 878836001SHERMAN OAKS   CA<br>RESTAURANT<br>TIP            $20.00 | | $119.84 |
| 01/18/12 | STAPLES INC. 00692 ONTARIO   CA<br>(800)333-3330 | | $106.26 |
| 01/20/12 | EARTHLINK.NET   800-719-4660   GA<br>INTERNET SVC | | $21.95 |
| 01/25/12 | VERIZON WIRELESS 1638009220204<br>8317656 913670<br>EXTENDED PAYMENT OPTION | | $482.96 ♦ |

**EDWARD WISHNER**
Card Ending 8-24027

| Date | Description | | Amount |
|---|---|---|---|
| 12/22/11 | INTUIT *QB SERVICES 800-446-8848   CA<br>SOFTWARE | | $9.95 |
| 12/26/11 | INTERNET.SERVICE 888-722-3755   TX<br>AT&T PYMT | | $22.95 |
| 12/26/11 | NICOLAS KITCHEN 6500WOODLAND HILLS   CA<br>8188839477<br>TIP            $7.00 | | $29.84 |

Continued on next page.

Business Platform Card®  
NASI INC  
DARREN WISHNER  
Closing Date 01/26/12  

DUPLICATE COPY  p. 5/15

Account Ending 8-21007

## Detail Continued

♦ - denotes Pay Over Time activity

| Date | Description | | Amount |
|---|---|---|---|
| 12/26/11 | TUSCANY IL RESTAURAN WESTLAKE VILL   CA  8054952768 | | $178.18 ♦ |
| | FOOD/BEVERAGE | $143.18 | |
| | TIP | $35.00 | |
| | EXTENDED PAYMENT OPTION | | |
| 12/26/11 | NORDSTROM 341 0341  CANOGA PARK   CA  DEPARTMENT STORE  Description  MENS SPORTSWEAR | | $70.58 |
| 12/26/11 | NORDSTROM 341 0341  CANOGA PARK   CA  DEPARTMENT STORE  Description  MENS SPORTSWEAR  EXTENDED PAYMENT OPTION | | $175.96 ♦ |
| 12/26/11 | NORDSTROM 341 0341  CANOGA PARK   CA  DEPARTMENT STORE  Description  MENS SPORTSWEAR | | $70.58 |
| 12/27/11 | INTUIT *LACERTE   800-446-8848   CA  SOFTWARE  EXTENDED PAYMENT OPTION | | $9,357.38 ♦ |
| 12/27/11 | INTUIT *QB SOFTW/SUP888-246-8848   CA  SOFTWARE | | $24.95 |
| 12/28/11 | TRVLADV3306830DEC  800-548-1116   CT  MEMBERSHIP | | $16.99 |
| 12/28/11 | UNION 76 00455667  ENCINO   CA  UNION 76 | | $59.16 |
| 12/28/11 | NEXTDAY FLYERS 0334 RANCHO DOMING   CA  800-251-9948  Description  PROFESSIONAL S  EXTENDED PAYMENT OPTION | | $100.95 ♦ |
| 12/28/11 | NEXTDAY FLYERS 0334 RANCHO DOMING   CA  800-251-9948  Description  PROFESSIONAL S  EXTENDED PAYMENT OPTION | | $131.15 ♦ |
| 12/28/11 | ATMIA CONFERENCES, LSIOUX FALLS   SD  605-528-7270  Description  BUSINESS SERVI  EXTENDED PAYMENT OPTION | | $425.00 ♦ |
| 12/28/11 | EXAVAULT   510-500-0245   CA  5105000245 | | $13.54 |
| 12/29/11 | AGOURAS FAMOUS DELI AGOURA HILLS   CA  8188899113 | | $97.27 |
| | Description | Price | |
| | FOOD AND BEVERAGE | $97.27 | |

Continued on reverse

| Detail Continued | | ♦ - denotes Pay Over Time activity |
|---|---|---|
| | | Amount |

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/29/11 | APPLE STORE 189　CANOGA PARK　CA<br>COMPUTER STORE | | | $99.00 |
| 12/30/11 | UNITED AIRLINES　CHICAGO　IL<br>UNITED AIRLINES<br>Routing Details Not Available<br>Ticket Number: 01640670644195<br>Passenger Name: WISHNER/EDWARD MR<br>Document Type: SPECIAL SERVICE TICKET | | | $50.00 |
| 12/30/11 | UNITED AIRLINES　CHICAGO　IL<br>UNITED AIRLINES<br>From:　　　　　　　　To:<br>LOS ANGELES CA　　KAHULUI HI<br>　　　　　　　　　　LOS ANGELES CA<br>Ticket Number: 01621368255366<br>Passenger Name: WISHNER/EDWARD MR<br>Document Type: PASSENGER TICKET | Carrier:<br>UA<br>UA | Class:<br>SL<br>SL<br>Date of Departure: 04/18 | $767.81 |
| 12/30/11 | UNITED AIRLINES　CHICAGO　IL<br>UNITED AIRLINES<br>From:　　　　　　　　To:<br>LOS ANGELES CA　　KAHULUI HI<br>　　　　　　　　　　LOS ANGELES CA<br>Ticket Number: 01621368255370<br>Passenger Name: WISHNER/BEVERLY J MR<br>Document Type: PASSENGER TICKET | Carrier:<br>UA<br>UA | Class:<br>SL<br>SL<br>Date of Departure: 04/18 | $767.81 |
| 12/30/11 | R AND S RV REPAIR INRIVERSIDE　CA<br>951-359-5911 | | | $8,548.05 |
| 12/30/11 | VOLUSION INC 8788105AUSTIN　TX<br>8006463517 | | | $99.99 |
| 12/30/11 | TUSCANY IL RESTAURANWESTLAKE VILL　CA<br>8054952768<br>FOOD/BEVERAGE　　　　$107.97<br>TIP　　　　　　　　　　$25.00<br>EXTENDED PAYMENT OPTION | | | $132.97 ♦ |
| 12/30/11 | CFS TAX SOFTWARE　8055221157　CA<br>402-935-7733<br>Description<br>SOFTWARE | | | $345.15 |
| 12/31/11 | Four Seasons Hotel RWailea　HI<br>Arrival Date　　　Departure Date<br>12/30/11　　　　　12/31/11<br>00000000<br>LODGING<br>CARDEPOSIT | | | $3,583.96 |
| 12/31/11 | CHEVRON WOODLAND HILWOODLAND HILLS　CA<br>0000000000<br>Description　　　　Price<br>FUEL/MISCELLANEOUS　$79.12<br>001 UNL REG | | | $79.12 |
| 12/31/11 | PANZANELLA RISTORANTSHERMAN OAKS　CA<br>8187844400<br>FOOD/BEVERAGE　　　　$224.41<br>TIP　　　　　　　　　　$50.00 | | | $274.41 |
| 01/01/12 | GARFIELD BEACH CVS 9WOODLAND HILLS　CA<br>DRUG STORE/PHARMACY | | | $22.52 |

Continued on next page



| Detail Continued | | ♦ - denotes Pay Over Time activity |
|---|---|---|
| | | Amount |
| 01/02/12 | AGOURAS FAMOUS DELI AGOURA HILLS   CA<br>8188899113<br>Description         Price<br>FOOD AND BEVERAGE    $93.08 | $93.08 |
| 01/02/12 | THE GLEN CLOTHING COLOS ANGELES   CA<br>310-474-1885<br>Description<br>MEN'S WOMEN'S | $929.81 |
| 01/03/12 | MOZY 8610000079366 PLEASANT GROVE   UT<br>8017562331 | $5.99 |
| 01/04/12 | MOZY 8610000079366 PLEASANT GROVE   UT<br>8017562331 | $5.99 |
| 01/04/12 | MOZY 8610000079366 PLEASANT GROVE   UT<br>8017562331 | $5.99 |
| 01/04/12 | ADAGIO RISTORANTE  WOODLAND HILL   CA<br>8182250533 | $97.20 |
| 01/04/12 | MEDIA TEMPLE    CULVER CITY    CA<br>8775784000 | $36.00 |
| 01/04/12 | USPS POSTAGE(STAMPS.888-434-0055   CA<br>888-434-0055 | $50.00 |
| 01/05/12 | MVQ*GALLERIAUSA   800-411-8104   CT<br>MEMBERSHIP | $33.95 |
| 01/05/12 | BRANDY WINE BRANDY WWOODLAND HILLS   CA<br>818-225-9114 | $715.50 |
| 01/05/12 | NORDSTROM 341 0341 CANOGA PARK   CA<br>DEPARTMENT STORE<br>Description<br>NORDSTROM CHARG | $500.00 |
| 01/06/12 | CHEVRON WOODLAND HILWOODLAND HILLS   CA<br>8189999495<br>Description     Price<br>FUEL/MISCELLANEOUS   $20.33<br>003 UNL SUP | $20.33 |
| 01/06/12 | RIVIERA RESTAURANT CALABASAS   CA<br>8182242163<br>FOOD/BEVERAGE        $103.58<br>TIP                  $20.00 | $123.58 |
| 01/07/12 | YAHOO FINANCE   866-562-7228   CA<br>SERVICE<br>EXTENDED PAYMENT OPTION | $131.40 ♦ |
| 01/07/12 | MERCEDES-BENZ CALABACALABASAS   CA<br>AUTO DEALER (NEW/USED<br>Description<br>AUTO SLS/SVC/R | $539.32 |
| 01/07/12 | SPS COMMERCE JC59872651-603-4400   MN<br>651-603-4400 | $109.00 |

Continued on reverse

| Detail Continued | | ♦ - denotes Pay Over Time activity |
|---|---|---|
| | | Amount |
| 01/07/12 | TUSCANY IL RESTAURANWESTLAKE VILL   CA<br>8054952768<br>FOOD/BEVERAGE           $120.85<br>TIP                     $30.00 | $150.85 |
| 01/09/12 | CHINA GARDEN   THOUSAND OAKS   CA<br>RESTAURANT<br>Description<br>528628 | $99.35 |
| 01/09/12 | STAMPS.COM    888/434-0055<br>PG428858453 90405 | $7.85 |
| 01/09/12 | EQUISOLVE IR PR WEB FORT LAUDERDALE   FL<br>954-3906060 | $354.29 |
| 01/09/12 | UNION 76 00364570  WOODLAND HILLS   CA<br>UNION 76 | $61.42 |
| 01/11/12 | ESIGNAL    800-951-5454   CA<br>SUBSCRIPTION | $9.95 |
| 01/11/12 | ADAGIO RISTORANTE  WOODLAND HILL   CA<br>8182250533 | $99.40 |
| 01/11/12 | SHELL OIL 57444585300CALABASAS   CA<br>AUTO FUEL DISPENSER | $45.25 |
| 01/11/12 | MISTRAL 110000053334SHERMAN OAKS   CA<br>8189816650<br>FOOD/BEVERAGE           $138.66<br>TIP                     $30.00 | $168.66 |
| 01/11/12 | TRUSTLINK INFO SYSTECOLTON   CA<br>9098356078<br>Description           Price<br>CHARITY/SOCIAL SRVC   $213.00 | $213.00 |
| 01/12/12 | AGOURAS FAMOUS DELI AGOURA HILLS   CA<br>8188899113<br>Description           Price<br>FOOD AND BEVERAGE     $113.25 | $113.25 |
| 01/12/12 | STAMPS.COM    888/434-0055<br>O124777489 90405 | $22.47 |
| 01/12/12 | ST OF CALIF DMV-INTESACRAMENTO   CA<br>916-657-8943 | $198.00 |
| 01/13/12 | TUSCANY IL RESTAURANWESTLAKE VILL   CA<br>8054952768<br>FOOD/BEVERAGE           $472.70<br>TIP                     $100.00 | $572.70 |
| 01/13/12 | COLONIAL STOCK TRANS801-521-5301<br>801-521-5301 | $700.09 |
| 01/14/12 | GARFIELD BEACH CVS 9WOODLAND HILLS   CA<br>DRUG STORE/PHARMACY | $42.71 |
| 01/14/12 | PANZANELLA RISTORANTSHERMAN OAKS   CA<br>8187844400<br>FOOD/BEVERAGE           $229.57<br>TIP                     $60.00 | $289.57 |
| 01/15/12 | EXPERIAN *FREECREINFOFCR.COM   CA<br>INFOFCR.COM | $16.95 |

Continued on next page

Business Platform Card®
NASI INC
DARREN WISHNER
Closing Date 01/26/12

DUPLICATE COPY



Account Ending 8-21007

| Detail Continued | | ♦ - denotes Pay Over Time activity |
|---|---|---|
| | | Amount |
| 01/16/12 | WOOD RANCH AGOURA HIAGOURA HILLS    CA<br>8188899544<br>Description<br>RESTAURANT CHARGES | $134.29 |
| 01/17/12 | TUSCANY IL RESTAURANWESTLAKE VILL    CA<br>8054952768<br>FOOD/BEVERAGE          $61.67<br>TIP                    $20.00 | $81.67 |
| 01/17/12 | CABLES 0229      SHERMAN OAKS    CA<br>818-347-2437<br>Description<br>FOOD/BEVERAGE | $30.60 |
| 01/18/12 | TUSCANY IL RESTAURANWESTLAKE VILL    CA<br>8054952768<br>FOOD/BEVERAGE          $105.64<br>TIP                    $25.00 | $130.64 |
| 01/18/12 | UNION 76 00364570  WOODLAND HILLS  CA<br>UNION 76 | $62.40 |
| 01/19/12 | USPS POSTAGE(STAMPS.888-434-0055    CA<br>888-434-0055 | $50.00 |
| 01/20/12 | GARFIELD BEACH CVS 9WOODLAND HILLS    CA<br>DRUG STORE/PHARMACY | $47.49 |
| 01/20/12 | TUSCANY IL RESTAURANWESTLAKE VILL    CA<br>8054952768<br>FOOD/BEVERAGE          $58.72<br>TIP                    $12.00 | $70.72 |
| 01/21/12 | INTUIT *QB SERVICES 800-446-8848    CA<br>SOFTWARE | $9.95 |
| 01/21/12 | UNION 76 00364570  WOODLAND HILLS  CA<br>UNION 76 | $55.01 |
| 01/21/12 | TUSCANY IL RESTAURANWESTLAKE VILL    CA<br>8054952768<br>FOOD/BEVERAGE          $287.74<br>TIP                    $65.00<br>EXTENDED PAYMENT OPTION | $352.74 ♦ |
| 01/22/12 | CS *ONLINE SERVICE 0800-848-8990    VA<br>ONLINE SVS | $21.95 |
| 01/22/12 | VOLUSION INC 878810SAUSTIN        TX<br>8006463517 | $99.99 |
| 01/22/12 | ADAGIO RISTORANTE  WOODLAND HILL    CA<br>8182250533 | $90.70 |
| 01/23/12 | OFFICE DEPOT 001135'FREMONT       CA<br>RETAIL 913022 | $39.50 |
| 01/23/12 | OFFICE DEPOT 005125 SIGNAL HILL    CA<br>RETAIL 913022 | $51.67 |
| 01/23/12 | AGOURAS FAMOUS DELI AGOURA HILLS    CA<br>8188899113<br>Description         Price<br>FOOD AND BEVERAGE   $82.92 | $82.92 |

Continued on reverse

## Detail Continued

♦ - denotes Pay Over Time activity

| Date | Description | | Amount |
|---|---|---|---|
| 01/24/12 | AOL SERVICE    800-827-6364    NY<br>ASSIST.AOL.COM | | $14.95 |
| 01/24/12 | TUSCANY IL RESTAURANWESTLAKE VILL    CA<br>8054952768<br>FOOD/BEVERAGE    $54.70<br>TIP    $20.00 | | $74.70 |
| 01/24/12 | GRAPHIC FUSION LA 02VAN NUYS    CA<br>818-453-0653<br>Description<br>PUBLISHING & P<br>EXTENDED PAYMENT OPTION | | $145.00 ♦ |
| 01/25/12 | FORMSTACK, LLC    800-8456697    IN<br>3175423125 | | $59.00 |
| 01/26/12 | NEXTDAY FLYERS 0334 RANCHO DOMING    CA<br>800-251-9948<br>Description<br>PROFESSIONAL S | | $39.25 |
| 01/26/12 | INTERNET SERVICE    888-722-3755    TX<br>AT&T PYMT | | $22.95 |
| 01/26/12 | INTUIT *QB SOFTW/SUP888-246-8848    CA<br>SOFTWARE | | $24.95 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

## 2012 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2012 | $0.00 |
| Total Interest in 2012 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Extended Payment Option | 15.24% (v) | $0.00 | $0.00 |
| Total | | | $0.00 |

(v) Variable Rate

Continued on next page

Business Platform Card®  **DUPLICATE COPY**  OPEN℠   p. 11/15
NASI INC
DARREN WISHNER
Closing Date 01/26/12                                            Account Ending 8-21007

## Important Notice
### Information on Pay Over Time Features

You may have access to one or more Pay Over Time Features as part of your Card account. The following are the current Annual Percentage Rates (APRs) for Pay Over Time Features. (v) indicates variable rate.

Please refer to page 2 for further Important Information regarding your account

For Extended Payment Option, the APR is 15.24% (v).

**TripIt Pro**

After March 31, 2012, you will no longer have a free upgrade to a TripIt Pro account.

The information you provided to TripIt will remain active. You can still use a regular TripIt account at no charge. But you will no longer have access to the additional TripIt Pro features like instant alerts about your travel plans. To access the TripIt Pro features after March 31, 2012, you can upgrade to a TripIt Pro account. If you upgrade, you'll have to pay the fee charged by TripIt.

You can visit www.tripit.com/pro to upgrade to a TripIt Pro account.

OPEN Savings℠ Summary DUPLICATE COPY

Prepared For
DARREN WISHNER
NASI INC

Account Ending
8-21007

| Savings this Billing Period | Savings Since January 2012 |
|---|---|
| 0.00 | 0.00 |

To start saving today, visit www.open.com/opensavings and learn more about the OPEN Savings program and participating merchants

**Other Ways To Save!**

## Save automatically when you use your Card at these OPEN Savings partners.

FedEx. Express — Save 5%
FedEx. Ground — Save 5%
FedEx. Freight — Save 5%
FedEx Office. — Save 5%
Hertz — Save up to 10%

AirTran — Save 5%
OfficeMax WORK WITH US — Save 5% on transactions of $100 or more.
hpdirect.com — Save 5%
Microsoft Store — Save 5%
HYATT — Save 3%

COURTYARD Marriott — Save 5%
FAIRFIELD Marriott — Save 5%
Residence Inn Marriott — Save 5%
TownePlace Marriott — Save 5%
SPRINGHILL SUITES Marriott — Save 5%

Dun & Bradstreet CREDIBILITY CORP www.DandB.com — Save 5%
IRON MOUNTAIN — Save 10%
CAREY — Save 5%
EPSON — Save 5%
BARNES & NOBLE — Save 5%
1800flowers.com — Save 5%

Enjoy added savings for your business. Learn more at opensavings.com

### See the Following Changes to the OPEN Savings® Program    (CE 116737)



- LogoWorks by HP® is no longer accepting new design projects. Cardmembers with pending design projects will continue to receive the OPEN Savings discount until the projects are complete. Go to www.logoworks.com for more information.

- Airtran will no longer participate in the OPEN Savings program, effective February 14, 2012.

### Save 15% on Business Coaching with The Coach Connection

Learn more at FindYourCoach.com/Amex

(CE 116742)



Get 15% off the initial cycle of coaching which includes a minimum of 6 coaching sessions. You will pay $329 instead of the normal price of $389. The TCC coach will assist you to become the successful and productive business owner you want to be, like thousands of TCC clients have done since 2001.

Payment must be made with the American Express® Business Card at the time of purchase, and use offer code AMEX1. Limit one per Cardmember.

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

**Business Platform Card®**
NASI INC
DARREN WISHNER
Closing Date 02/24/12

**DUPLICATE COPY**



p. 1/5

Account Ending 8-21007

| | |
|---|---|
| **New Balance** | CR$208.59 |
| **Amount Due** | $0.00 |
| **Payment Not Required** | |

**Membership Rewards® Points**
As of 02/24/12
225,239

## Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $27,302.63 |
| Payments/Credits | -$27,767.99 |
| New Charges | +$256.77 |
| Fees | +$0.00 |
| New Balance = | CR$208.59 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $14,048.03 |
| Payments/Credits | -$14,048.03 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**
| | |
|---|---|
| Previous Balance | $41,350.66 |
| Payments/Credits | -$41,816.02 |
| New Charges | +$256.77 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | CR$208.59 |

Days in Billing Period: 29

- See page 2 for important information about your account.

- Your credit balance can be applied against future transactions or you may request a refund.

## Customer Care

**Pay by Computer**
open.com/pbc

**Customer Care** 1-800-492-8468
**Pay by Phone** 1-800-472-9297

See page 2 for additional information.

---

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending 8-21007
Enter account number on all documents.
Make check payable to American Express.

DARREN WISHNER
NASI INC
5000 PKY CALABASAS
STE 303
CALABASAS CA 91302-3911

Payment Not Required

Amount Due
$0.00

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

0000349991264076373 100020859000000000 22 ㅋ

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Service number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge you interest on the Pay Over Time balance if you pay the Account Total New Balance by the next Closing Date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



| Customer Care & Billing Inquiries | 1-800-492-8468 | Hearing Impaired | |
|---|---|---|---|
| International Collect | 1-623-492-7719 | TTY: 1-800-221-9950 | |
| Large Print & Braille Statements | 1-800-492-8468 | FAX: 1-800-695-9090 | |
| Express Cash | 1-800-CASH-NOW | In NY: 1-800-522-1897 | |

Website: americanexpress.com
Mobile Site: amexmobile.com

Customer Care
& Billing Inquiries — Payments
P.O. BOX 981535 — BOX 0001
EL PASO, TX — LOS ANGELES CA
79998-1535 — 90096-8000

**Change of Address**
If correct on front, do not use.
- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address
City, State
Zip Code
Area Code and Home Phone
Area Code and Work Phone
Email

**Pay Your Bill with AutoPay**
- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.


## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$27,302.63 | -$14,048.03 | -$41,350.66 |
| Credits |  |  |  |
| DARREN WISHNER 8-21007 | -$397.50 | $0.00 | -$397.50 |
| JOEL GILLIS 8-23011 | -$67.86 | $0.00 | -$67.86 |
| Total Payments and Credits | -$27,767.99 | -$14,048.03 | -$41,816.02 |

### Detail   *Indicates posting date

**Payments**

| | | | Amount |
|---|---|---|---|
| 02/15/12* | DARREN WISHNER | PAYMENT RECEIVED - THANK YOU | -$41,350.66 |

**Credits**

| | | | Amount |
|---|---|---|---|
| 02/11/12* | DARREN WISHNER | CR ADJ - ANNUAL MEMBERSHIP FEE | -$197.50 |
| 02/11/12* | DARREN WISHNER | CR ADJ - ANNUAL MEMBERSHIP FEE | -$100.00 |
| 02/11/12* | DARREN WISHNER | CR ADJ - ANNUAL MEMBERSHIP FEE | -$100.00 |
| 02/07/12 | JOEL GILLIS | STAPLES INC. 00692 ONTARIO   CA (800)333-3330 | -$67.86 |

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| JOEL GILLIS 8-23011 | $83.98 | $0.00 | $83.98 |
| EDWARD WISHNER 8-24027 | $172.79 | $0.00 | $172.79 |
| Total New Charges | $256.77 | $0.00 | $256.77 |

### Detail

**JOEL GILLIS**
Card Ending 8-23011

| | | Amount |
|---|---|---|
| 01/25/12 | LA FRITE RESTAURANT WOODLAND HILL   CA  818-225-1331 | $44.03 |
| 01/28/12 | EARTHLINK.NET   800-719-4660   GA  INTERNET SVC | $39.95 |

**EDWARD WISHNER**
Card Ending 8-24027

| | | Amount |
|---|---|---|
| 01/25/12 | UNION 76 00364570 WOODLAND HILLS   CA  UNION 76 | $65.12 |
| 01/27/12 | GARFIELD BEACH CVS 9WOODLAND HILLS   CA  DRUG STORE/PHARMACY | $49.49 |
| 01/30/12 | GODADDY.COM   (480)505-8855  (480)505-8855 | $41.19 |
| 01/30/12 | TRVLADV3306830JAN  800-548-1116   CT  MEMBERSHIP | $16.99 |

Continued on reverse