# EXHIBIT M

United States v. Joel Gillis and Edward Wishner
Monthly Auto Payments
City National Bank Ending 4410

| Date | Check No. | Description | Amount | Comments | Annual Totals |
|---|---|---|---|---|---|
| 09/05/07 | 6623 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 09/27/07 | 6678 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 10/05/07 | 6699 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 11/05/07 | 6739 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 11/27/07 | 6787 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 12/17/07 | 6817 | BMW Financial Services | 1,359.00 | Acct. No. 4000688424 | $8,227.76 |
| 01/02/08 | 6850 | Lexus Financial Services | 3,046.05 | Acct. No. 01 0472 AE150 | |
| 01/18/08 | 6877 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 01/25/08 | 6897 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 02/04/08 | 6921 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 02/26/08 | 6992 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 03/07/08 | 7007 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 03/18/08 | 7031 | Lexus Financial Services | 1,212.78 | Acct. No. 01047299607 | |
| 04/08/08 | 7071 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 04/24/08 | 7112 | Lexus Financial Services | 3,046.05 | Acct. No. 01 0472 AE150 | |
| 05/05/08 | 7130 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 05/21/08 | 7094 | Lexus Financial Services | 591.60 | Acct. No. 01047299607 | |
| 06/11/08 | 7195 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 06/23/08 | 7202 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 06/26/08 | 7227 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 07/15/08 | 7262 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 08/13/08 | 7317 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 08/19/08 | 7321 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 08/29/08 | 7356 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 09/15/08 | 7399 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 10/03/08 | 7449 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 10/20/08 | 7481 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 11/05/08 | 7523 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 12/01/08 | 7540 | BMW Financial Services | 1,299.00 | Acct. No. 4000688424 | |
| 12/11/08 | 7596 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | $34,966.80 + $591.60 for Wishner See |
| 01/08/09 | 7651 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | Acct. No. 6260 |
| 01/12/09 | | BMW Financial Services | 1,299.00 | Preauthorized Debit | |
| 01/14/09 | | BMW Financial Services | 1,419.00 | Preauthorized Debit | |
| 02/10/09 | 7734 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 03/02/09 | 7767 | Mercedes Benz Financial Serv. | 1,284.87 | Acct. No. 7002743676 | |
| 03/12/09 | 7795 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 03/23/09 | 7824 | Mercedes Benz Financial Serv. | 1,284.87 | Acct. No. 7002743676 | |
| 04/06/09 | 7856 | Lexus Financial Services | 1,485.88 | Acct. No. 01 0472 AE150 | |
| 04/20/09 | 7891 | Mercedes Benz Financial Serv. | 1,296.74 | Acct. No. 7002743676 | |
| 05/06/09 | 7941 | Lexus Financial Services | 1,513.32 | Acct. No. 01 0472 AE150 | |
| 05/26/09 | 7984 | Mercedes Benz Financial Serv. | 1,296.74 | Acct. No. 7002743676 | |
| 06/16/09 | 8025 | Lexus Financial Services | 1,499.60 | Acct. No. 01 0472 AE150 | |
| 06/23/09 | 8056 | Mercedes Benz Financial Serv. | 1,296.74 | Acct. No. 7002743676 | |
| 07/06/09 | 8095 | Lexus Financial Services | 1,499.60 | Acct. No. 01 0472 AE150 | |
| 07/28/09 | 8134 | Mercedes Benz Financial Serv. | 1,302.68 | Acct. No. 7002743676 | |
| 08/04/09 | 8173 | Lexus Financial Services | 1,513.34 | Acct. No. 01 0472 AE150 | |
| 08/21/09 | 8206 | Mercedes Benz Financial Serv. | 1,302.00 | Acct. No. 7002743676 | |
| 09/08/09 | 8261 | Lexus Financial Services | 1,506.47 | Acct. No. 01 0472 AE150 | |
| 09/21/09 | 8293 | Mercedes Benz Financial Serv. | 1,303.36 | Acct. No. 7002743676 | |
| 10/05/09 | 8328 | Lexus Financial Services | 1,506.47 | Acct. No. 01 0472 AE150 | |
| 10/21/09 | 8370 | Mercedes Benz Financial Serv. | 1,302.68 | Acct. No. 7002743676 | |
| 11/13/09 | 8419 | Lexus Financial Services | 1,506.47 | Acct. No. 01 0472 AE150 | |
| 11/25/09 | 8451 | Mercedes Benz Financial Serv. | 1,302.68 | Acct. No. 7002743676 | |
| 12/02/09 | 8484 | Lexus Financial Services | 1,506.47 | Acct. No. 01 0472 AE150 | |
| 12/24/09 | 8529 | Mercedes Benz Financial Serv. | 1,302.68 | Acct. No. 7002743676 | $34,989.30 |
| 01/04/10 | 8562 | Lexus Financial Services | 1,506.47 | Acct. No. 01 0472 AE150 | |
| 01/27/10 | 8610 | Mercedes Benz Financial Serv. | 1,302.68 | Acct. No. 7002743676 | |
| 02/01/10 | 8628 | BMW Financial Services | 1,254.41 | Acct. No. 4001112887 | |
| 02/23/10 | 8701 | Mercedes Benz Financial Serv. | 1,302.68 | Acct. No. 7002743676 | |
| 03/01/10 | 8714 | BMW Financial Services | 1,254.41 | | |
| 03/29/10 | 8797 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 03/29/10 | 8798 | BMW Financial Services | 1,435.99 | Acct. No. 400118757 | |
| 04/26/10 | 8880 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 04/26/10 | 8881 | BMW Financial Services | 1,435.99 | Acct. No. 4001195757 | |
| 05/21/10 | 8957 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 05/21/10 | 8959 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 06/24/10 | 9042 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 06/24/10 | 9044 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 07/26/10 | 9127 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 07/26/10 | 9130 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 08/20/10 | 9208 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 08/20/10 | 9209 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 09/27/10 | 9286 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 09/27/10 | 9288 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 10/25/10 | 9383 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 11/01/10 | | BMW Financial Services | 1,254.41 | Preauthorized Debit | |

United States v. Joel Gillis and Edward Wishner
Monthly Auto Payments
City National Bank Ending 4410

| Date | Check No. | Description | Amount | Comments | Annual Totals |
|---|---|---|---|---|---|
| 11/22/10 | 9445 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 11/22/10 | 9447 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 12/13/10 | 9515 | Mercedes Benz Financial Serv. | 1,302.68 | Acct. No. 7002743676 | |
| 12/27/10 | 9533 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 12/27/10 | 9534 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | $34,827.33 |
| 01/24/11 | 9618 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 01/24/11 | 9619 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 02/22/11 | 9702 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 02/22/11 | 9703 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 03/21/11 | 9776 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 03/21/11 | 9777 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 04/25/11 | 9852 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 04/25/11 | 9853 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 05/20/11 | 9916 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 05/25/11 | 9927 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 06/23/11 | 9982 | BMW Financial Services | 1,254.41 | Acct. No. 4001112007 | |
| 06/23/11 | 9983 | BMW Financial Services | 1,435.99 | Acct. No. 4001185757 | |
| 07/21/11 | 10066 | BMW Financial Services | 1,242.98 | Acct. No. 4001112007 | |
| 07/21/11 | 10067 | BMW Financial Services | 1,422.91 | Acct. No. 400118757 | |
| 08/22/11 | 10145 | BMW Financial Services | 1,242.98 | Acct. No. 4001112007 | |
| 08/22/11 | 10146 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | |
| 09/19/11 | 10217 | BMW Financial Services | 1,242.98 | Acct. No. 4001112007 | |
| 09/19/11 | 10219 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | |
| 10/19/11 | 10274 | BMW Financial Services | 1,242.98 | Acct. No. 4001112007 | |
| 10/24/11 | 10301 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | |
| 11/21/11 | 10365 | BMW Financial Services | 1,242.98 | Acct. No. 4001112007 | |
| 11/21/11 | 10368 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | |
| 12/20/11 | 10441 | BMW Financial Services | 1,242.98 | Acct. No. 4001112007 | |
| 12/27/11 | 10451 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | $32,137.74 |
| 01/20/12 | 10523 | BMW Financial Services | 1,242.98 | Acct. No. 4001112007 | |
| 01/20/12 | 10524 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | |
| 02/24/12 | 10617 | BMW Financial Services | 1,242.98 | Acct. No. 4001112007 | |
| 02/24/12 | 10620 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | |
| 03/21/12 | 10702 | BMW Financial Services | 1,242.98 | Acct. No. 4001112007 | |
| 03/21/12 | 10703 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | |
| 04/19/12 | 10792 | BMW Financial Services | 1,242.98 | Acct. No. 4001112007 | |
| 04/19/12 | 10795 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | |
| 05/18/12 | 10873 | BMW Financial Services | 1,242.98 | Acct. No. 4001112007 | |
| 05/18/12 | 10874 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | |
| 06/25/12 | 10970 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | |
| 06/29/12 | 10994 | Audi of Beverly Hills | 5,000.00 | | |
| 07/23/12 | 11055 | Audi Financial Services | 976.64 | Acct. No. 874566991 | |
| 07/23/12 | 11056 | BMW Financial Services | 1,422.91 | Acct. No. 4001185757 | |
| 08/21/12 | 11137 | Mercedes Benz Financial Serv. | 1,076.35 | Acct. No. 7003412845 | |
| 08/30/12 | | Audi Financial Services | 976.64 | Preauthorized Debit | |
| 08/31/12 | | BMW Financial Services | 815.63 | Preauthorized Debit | |
| 09/24/12 | 11225 | Audi Financial Services | 976.64 | Acct. No. 874566991 | |
| 09/24/12 | 11226 | Mercedes Benz Financial Serv. | 1,076.35 | Acct. No. 7003412845 | |
| 10/22/12 | 11308 | Audi Financial Services | 976.64 | Acct. No. 874566991 | |
| 10/30/12 | | Mercedes Benz Financial Serv. | 1,076.35 | Preauthorized Debit | |
| 11/26/12 | 11420 | Audi Financial Services | 976.64 | Acct. No. 874566991 | |
| 12/18/12 | | Mercedes Benz Financial Serv. | 1,126.35 | | |
| 12/24/12 | 11489 | Audi Financial Services | 976.64 | Acct. No. 874566991 | |
| 12/24/12 | | Mercedes Benz Financial Serv. | 1,126.35 | | $33,332.49 |
| 01/14/13 | 11580 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 01/15/13 | | Mercedes Benz Financial Serv. | 1,028.83 | Preauthorized Debit | |
| 02/12/13 | | Mercedes Benz Financial Serv. | 1,078.83 | | |
| 02/25/13 | 11683 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 03/12/13 | | Mercedes Benz Financial Serv. | 1,078.83 | Preauthorized Debit | |
| 03/25/13 | 11781 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 04/12/13 | | Mercedes Benz Financial Serv. | 1,078.83 | Preauthorized Debit | |
| 04/25/13 | 11876 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 05/16/13 | | Mercedes Benz Financial Serv. | 1,078.83 | Preauthorized Debit | |
| 05/17/13 | 11976 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 06/20/13 | | Mercedes Benz Financial Serv. | 1,078.83 | Preauthorized Debit | |
| 06/24/13 | 12068 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 07/17/13 | | Mercedes Benz Financial Serv. | 1,078.83 | | |
| 07/22/13 | 12158 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 08/19/13 | 12238 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 08/19/13 | | Mercedes Benz Financial Serv. | 1,078.83 | Preauthorized Debit | |
| 09/18/13 | | Mercedes Benz Financial Serv. | 1,078.83 | Preauthorized Debit | |
| 09/23/13 | 12337 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 10/21/13 | 12441 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 10/21/13 | | Mercedes Benz Financial Serv. | 1,078.83 | Preauthorized Debit | |
| 11/18/13 | | Mercedes Benz Financial Serv. | 1,078.83 | "Joel Gillis" | |
| 11/25/13 | 12533 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |

United States v. Joel Gillis and Edward Wishner
Monthly Auto Payments
City National Bank Ending 4410

| Date | Check No. | Description | Amount | Comments | Annual Totals |
|---|---|---|---|---|---|
| 12/20/13 | | Mercedes Benz Financial Serv. | 1,078.83 | "Joel Gillis CCD" | |
| 12/30/13 | 12622 | Audi Financial Services | 978.89 | Acct. No. 874566991 | $24,642.64 |
| 01/21/14 | | Mercedes Benz Financial Serv. | 1,078.83 | "Joel Gillis CCD" | |
| 01/22/14 | 12725 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 02/18/14 | | Mercedes Benz Financial Serv. | 1,078.83 | "Joel Gillis CCD" | |
| 02/25/14 | | Audi Financial Services | 978.89 | Preauthorized Debit--Edward Wishner | |
| 03/18/14 | 12900 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 03/18/14 | | Mercedes Benz Financial Serv. | 1,078.83 | Joel Gillis CCD | |
| 04/16/14 | | Mercedes Benz Financial Serv. | 1,078.83 | Joel Gillis CCD | |
| 04/21/14 | 13032 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 05/15/14 | | Mercedes Benz Financial Serv. | 1,078.83 | Joel Gillis CCD | |
| 05/19/14 | 13125 | Audi Financial Services | 978.89 | Acct. No. 874566991 | |
| 06/19/14 | | Mercedes Benz Financial Serv. | 1,078.83 | Joel Gillis CCD | |
| 06/20/14 | 13254 | Audi Financial Services | 978.89 | | |
| 07/14/14 | 13340 | BMW Financial Services | 1,260.80 | Acct. No. 4001868555 | |
| 07/25/14 | | Audi Financial Services | 978.89 | Debit Ppd Edward Wishner | |
| 08/27/14 | | Audi Financial Services | 978.89 | | $15,564.90 |
| | | Total | $219,280.56 | | |