# EXHIBIT N

United States v. Joel Gillis and Edward Wishner
Analysis of ATM Sales Proceeds Paid Directly to Joel Gillis and Edward Wishner

| Purchase Date | Investor | Gillis Deposit Information | | | | Wishner Deposit Information | | | | Transaction Proceeds to Gillis | Transaction Proceeds to Wishner | Transaction Proceeds to Fuel Doctor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Check Amount | Receiving Account | Deposit Date | Deposit Amount | Check Amount | Receiving Account | Deposit Date | | | | |
| 09/11/07 | Los Robles Properties | 143,000.00 | National Bank-8487 | 09/13/07 | 154,000.00 | 77,000.00 | National Bank--5992 | 09/17/07 | 77,000.00 | 77,000.00 | |
| 09/11/07 | Los Robles Properties | 11,000.00 | | | | | | | | | |
| 12/14/07 | Harold Moskowitz | 12,000.00 | City National-2134 | 12/24/07 | 12,000.00 | 6,000.00 | National Bank--5992 | 12/26/07 | 6,000.00 | 6,000.00 | |
| 01/21/08 | Berwyn Friedman | 51,000.00 | National Bank-8487 | 01/24/08 | 51,000.00 | 25,500.00 | National Bank--9994 | 01/24/08 | 25,500.00 | 25,500.00 | |
| 01/22/08 | Harold Moskowitz | 12,000.00 | City National-2134 | 01/23/08 | 12,000.00 | | | | 12,000.00 | 0.00 | |
| 11/18/08 | Berwyn Friedman Trust | 170,000.00 | City National-2134 | 11/18/08 | 170,000.00 | 85,000.00 | National Bank--5992 | 11/19/08 | 85,000.00 | 85,000.00 | |
| 06/16/09 | E. B. Friedman | 34,000.00 | City National-2134 | 06/19/09 | 34,000.00 | 17,000.00 | National Bank--5992 | 06/22/09 | 17,000.00 | 17,000.00 | |
| 01/20/10 | E. B. Friedman | 17,000.00 | City National-2134 | 01/25/10 | 306,000.00 | 19,500.00 | City National-6260 | 01/25/10 | 36,500.00 | 19,500.00 | 250,000.00 |
| 01/22/10 | Berwyn Friedman | 289,000.00 | City National-2134 | 01/25/10 | | | | | | | |
| 06/01/10 | Berwyn L Friedman Trust | 247,000.00 | City National-2134 | 06/07/10 | 306,000.00 | 144,500.00 | National Bank--5992 | 06/15/10 | 161,500.00 | 144,500.00 | |
| 06/01/10 | Berwyn L Friedman | 59,000.00 | City National-2134 | 06/07/10 | | | | | | | |
| 07/22/10 | Harold Moskowitz | 55,000.00 | City National-2134 | 07/22/10 | 143,000.00 | 71,500.00 | National Bank--5992 | 07/26/10 | 71,500.00 | 71,500.00 | |
| 07/22/10 | Lauretta Moskowitz | 44,000.00 | City National-2134 | 07/22/10 | | | | | | | |
| 07/22/10 | Amy Gale | 44,000.00 | City National-2134 | 07/22/10 | | | | | | | |
| 07/27/11 | Shankari Rise | 19,800.00 | City National-2134 | 08/17/11 | 19,800.00 | 9,900.00 | National Bank--5992 | 08/05/11 | 9,900.00 | 9,900.00 | |
| | Totals | $1,207,800.00 | | | | | | | $501,900.00 | $455,900.00 | $250,000.00 |

273