# Declaration of Ted Fates

## DECLARATION OF TED FATES

I, TED FATES, declare as follows:

1. I am attorney licensed in the state of California. I am employed by the law firm Allen Matkins, where I am a Partner in the Receiverships, Lenders and Special Creditors Remedies, Real Estate Finance, and Restructuring, Insolvency and Bankruptcy practice Groups. I obtained my Juris Doctor degree from the University of San Diego School of Law in 2003. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. I am counsel to William J. Hoffman in his capacity as the Court-appointed permanent receiver for defendant Nationwide Automated Systems, Inc. ("NASI"), relief defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC and Oasis Studio Rentals, #3, LLC, and their subsidiaries and affiliates in SEC v. NASI et al, CV 14-7249-SJO.

3. The Receiver stated in his First Report and Recommendation that "[Joel] Gillis and [Edward] Wishner met with him and his counsel and provided important in information at a time when they were facing serious criminal liability and have no protection for their statements . Although a lot more information is still needed, their cooperation in this regard has been helpful, particularly due to the very primitive system of spreadsheets and lists Gillis used to track investors and their transfers to and from NASI."

4. Since that initial meeting, Mr. Gillis has provided limited cooperation, mostly because he did not have much information that was useful to the Receiver. As stated above, Mr. Gillis met with the Receiver early in the case when the Receiver was having difficulty

understanding the very primitive, manual system of record keeping used by NASI. Mr. Gillis sat down at his computer with the Receiver and explained how he created monthly lists of investor payouts, where he kept them on the computer, and other information of that sort. Since that time, there have been very few occasions when the Receiver or I have asked Mr. Gillis for information. When it came to clawback claims, Mr. Gillis' counsel seemed very interested in Mr. Gillis offering his help. Mr. Gillis came to San Diego with his counsel and met with the Receiver and his staff, but nothing particularly useful came from this meeting.

5. Edward Wishner was asked for information and documents on more occasions than Mr. Gillis because of his dealings with the Oasis entities. Mr. Wishner met with the Receiver for the better part of a day in April 2015 and turned over documents located at his office located in Woodland Hills, California. Both before and since that meeting, Mr. Wishner's cooperation has been limited.

    a. Mr. Wishner produced some of the documents he was asked to produce, but not all. The lack of documentation regarding the Oasis entities and their assets has been a significant impediment to securing and recovering value from the Oasis assets. Among other things, the Receiver and his counsel have spent tens of thousands of dollars to locate documents, trace funds, and locate Oasis assets.

    b. The Receiver learned that Mr. Wishner was receiving post-receivership payments under a settlement agreement with a woman who had borrowed money from Oasis. Mr. Wishner had failed to disclose those payments. The Receiver demanded that Mr. Wishner turn the money over to the Receiver, which he eventually did.

   c. The Receiver asked Mr. Wishner for documents relating to an entity affiliated with Oasis known as Studios Maui Productions. Wishner provided very few documents relating to Studios Maui Productions to the Receiver. The Receiver then learned from the manager of Studios Maui Productions located in Hawaii that Mr. Wishner had tax returns for Studios Maui Productions. The Receiver's counsel raised this with Mr. Wishner's counsel and only then did Mr. Wishner provide the tax returns to the Receiver. Counsel for Mr. Wishner stated that he (counsel) was to blame for the late production.

///

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at San Diego, California, on November 2, 2015.

          _____
          TED FATES