# EXHIBIT 1

# EXHIBIT 1
# Filed
# Conditionally
# Under Seal

# EXHIBIT 2

September 8, 2015

Honorable S. James Otero
United States District Judge
312 North Spring Street
Los Angeles, CA 90012

Re:     Character Reference - Edward Wishner

Dear Judge Otero:

My name is Beverly Wishner, and I am the devoted wife of Edward Wishner. Eddie has been my best friend since 1953. Eddie's and my relationship was one that really did begin in friendship. I was 13 years old and would watch him play baseball at Prospect Park in Brooklyn, New York. Sitting with Eddie on the stoop of my parents' apartment and talking into the wee hours of the morning, solving all the world's problems, are some of my most cherished memories. Eddie was the most gentle, sincere, intelligent, kind, respectful man I had ever met. Over the years, our friendship turned into love, and we were married 51 years ago on January 4th.

Eddie's ambition and popularity began early on at Walt Witman Junior High, where he was voted class president. In addition, he was quite involved in a number of extra-curricular activities, taking part in classroom services, elected as hall monitor and was acting GO representative. In 1951, he was awarded an honor certificate for a scholarship.

He went on to attend religious school in 1953, where Eddie was Bar Mitzvahed in a synagogue. He still has possession of a letter of commendation from the rabbi for his devotion and hard work and was considered one of the best students the Hebrew school had ever had.

As a student at New York University, from 1956 to 1960, Eddie was hard-working and highly committed to his education, earning him a BA in business administration. I believe that his excellent transcripts will attest to that fact.

In August of 1960, Eddie was a reservist in the Army and was stationed for a total of six months at both Fort Dix and Fort Sam Houston, where he was assigned as a medic taking care of the wounded, when necessary. He received an honorable discharge.

In 1961 Eddie was finally able to settle down and begin his lifelong career as an accountant in New York City. In 1965 we started our family, ultimately having four wonderful children. Wanting to give his family the best environment possible, Eddie moved us all from Long Island, New York, to Woodlands Hills, California, 35 years ago, and started his own

Exhibit 2-1

accounting practice that he has operated ever since six days a week. Eddie has given his heart and soul to serving his clients. That is why so many of his original clients remain with him to this day, even after his guilty plea in your honor's courtroom. Eddie is the most industrious, hardworking man and truly cares about his clients. Even now, in the face of his own financial ruin and incarceration, Eddie is still working six days a week, making sure his clients' needs are being met and trying to keep his long-time employees working and employed.

Eddie's devotion to his clients is also shown by his willingness to waive or reduce his own tax preparation fees when his clients are in financial need. Recently, a client came in to meet with Ed and told him that he had just been diagnosed with cancer. Ed felt so badly for him, that he waived his entire fee. When he told that client he would prepare his taxes for free, the client cried in gratitude. Eddie would not tell your Honor, or anyone but for me for that matter, this story. Eddie does not call attention to himself and he never talks about his generosity to others, not even to me. I have to find out about it from others relating it to me. He wants the focus to be on the others.

It was in no small part because of Eddie that we became involved in National Council for Jewish Women (N.C.J.W) and Hadassah, donating to these important causes and actively participating in fund-raising events, such as fashion shows, to help feed, clothe, and house homeless women and children. That is the real Eddie that I know.

When Eddie's mother suddenly passed away in 1982, he immediately booked the next flight out to New York to bury his mother, where he stayed with his own father to comfort him for a couple of weeks back East and then helped his dad pack up his belongings to move him to the West Coast to be surrounded by our loving family to give him the emotional support and love needed to survive the devastating loss of his love of over 50 years.

Your Honor, I can say without any doubt that I know Eddie better than any other human being on earth, which is why I have had so many sleepless and tearful nights since I first learned what Eddie had done with NASI. There are no words to describe how shocked I was and how my world was shattered when I learned of this last year. The anti-anxiety pills I now have to take daily have been a huge aid in helping me get me through the days. I still cannot reconcile what I have learned about NASI with the man I know Eddie to be. I know Eddie to be intensely loyal, dependable, supportive, and caring. I believe to the bottom of my heart that Eddie did not start NASI with the intent of defrauding or hurting anyone.

For over 50 years, Eddie has been completely faithful to me and to his family. How many men can say the same? To me, that shows the man that Eddie truly is. That is why I stand by him. That is why I know that, though Eddie did wrong, he is not a bad person, husband, or father. Selfless is the perfect word to describe him. He has a genuine passion to help and serve others and puts everyone else's needs and struggles before his own.

Judge Otero, I am trembling as I write this because I know what is at stake on November 16th. I am terrified. I know that you could sentence my Eddie to a prison sentence that will guarantee that I will die alone, separated from the man I raised four wonderful children with, the man I love, the man that I devoted my life to, and with whom I have shared every day for more than 50 years. I have watched him age decades in the span of just a few months. He has recently

Exhibit 2-1

suffered a stroke, developed labored breathing, and has collapsed from lack of strength and coordination in his legs.

What is worse for Eddie, however, is that he has lost credibility in the public eye. I know how deeply he feels the shame of what he has done and the harm he has caused, not only to the NASI investors, but also to his own family. I fear that the stress and anxiety of this experience alone will kill him. I know that he will never be the same again. He understands the magnitude of his failure and the people he has hurt. I think that pains him even more than the consequences this has had for his family. He certainly will not be in a position to be able to repeat his offense and know that he will never repeat any illegal activity.

Your Honor, there will obviously be a significant burden that will be faced by my children for having to care of all aspects of my life at a time when they are so young, vibrant, hardworking, and raising families of their own. I will be lost without Eddie by my side.

What can I say to you, Your Honor, other than that I love this man more than I have ever loved another human being. Our children and our grandchildren love him and need him in their lives. I just want to be with him, together with our family. That is all I have ever wanted. Everyone makes mistakes in life. Please don't make him pay for his mistake with his life. I beg you to give Eddie a sentence that will allow us to be together with him once again. I cannot bear to even think of the alternative. Please have mercy on Eddie and on his family..

Respectfully and sincerely,

Beverly Wishner

Exhibit 2-1

September 8, 2015

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA 90012

Dear Judge Otero:

I am Edward Wishner's youngest child. My name is Russell Wishner. I am 46 years old and am the co-owner of Fratelli's Pizza, Inc., a business that I have owned and run with my brother, Darren, for over 20 years. It is a career and venture that would have never ever come to fruition without the aide, support, and mentoring of my father. I had no idea what I wanted to do after graduating from high school, and with the motivation and persistence of my dad, he introduced my brother and I into the restaurant business in the hopes that we would run a self-sustaining business that would give us a fulfilling and happy life, which is still in operation today.

Through the last 13 months, I have spent a great deal of time thinking about my life side by side with the greatest man I know, and I want to share some of these qualities with you in order that you may get some sense of who he truly is.

My dad and I have a bond so strong that my brother and I actually opened up our restaurant within walking distance of my dad's tax preparation office, where he has worked for over 30 years. Not a single day goes by without a drop-in by my dad to check up on our well-being, help out with customers, and/or help supervise our staff, if need be, to make sure our day goes smoothly and successfully.

My dad's acts of kindness and compassion areshown so obviously in his community, where he has owned and operated an accounting business for over 30 years. He has prepared countless numbers of tax returns and done bookkeeping services free of charge for many, many clients who were not in a financial position to pay him for the work he had done for them. The benevolence in my dad and the mere fact of him instilling in me how important it is to be generous to others has made me very aware of how crucial it is to give back to my community,where I have had the ability to carry out that task by graciously feeding well-deserved and indigent people in my town with free food and beverages as a way of trying to reach the unfortunate in a way that I am able.

Exhibit 2-2

After hearing about a family in need of a residence after losing their home from the mortgage meltdown, my father is the one who suggested and encouraged me topack up and moveout of my townhouse that I own and move back into his housein order to give thatfamily a home before they would be forced to live on the streets due to theirthen-ruined, bad-creditrating. I am happy to say that that family has been paying their rent every month in a timely fashion and that I am still living under the roof of my beloved parents, where they have opened their home indefinitely to me.

My dad is truly loved by so many that I can honestly say most of my buddies have actually become his close friends over the years, where he was regularly called for pick-up basketball and flag football games. Unfortunately, the regretful offense he has committed has taken an obvious toll on his emotional and physical well-being to the point where he is no longer physically able to engage in those activities, but "our" friends still come around often to engage my dad socially and to offer support.

The result of my dad's poor-decision making and the harm he has caused the victims, as well as his own family, has taken a tremendous effect on him emotionally and physically. He has been hospitalized two times in the last year, he has collapsed multiple times in his own home, and he now suffers from labored breathing, all the result of much stress and anxiety. I know the hurt that my father has caused and I know that he must be punished for his acts, but sending him to prison for the rest of his life will only result in a good man being taken away from his wife, his children and his grandchildren, who depend on him every day of their lives. I love my father more than that anyone in the world, so I know that I am biased, but I can honestly tell you that he has taken responsibility for what he has done. My dad is extremely remorseful and regretful for the harm he has caused to others.

My mother and father will end their lives in financial ruin, completely dependent on their children. I know that because of what he has done, there will be consequences. I, together with my siblings, will have to provide for my mother and my father at the end of their lives, just as they were always there for us throughout our lives. I just pray that you will have mercy on my father and not give him a prison sentence that will take him away from us forever. Justice cannot demand that such a good man, even if flawed, spend the last years of life separated from his family who loves and needs him so much.

Exhibit 2-2

I am going to have very big shoes to fill to nurture and provide for my wonderful, sweet, and loving mother, who will soon be left to depend entirely on her family for everything needed to survive in societybecause an offense that my dad committed,unbeknownst to her or to her children, and I will do so willingly because commitment to family is something that my father taught me every single day of my life through his example.

My dad was not, and still is, notjust a dad. He is my best friend and my confidant. He is my go-to guy for every major decision I have made in my life. My deepest sadness is that, all those years ago when his business first experienced the financial reversal, that he did not share that with me but rather tried to shield me from it. I wish I could have been there for him when he needed me most to tell him that the money did not matter to us, that we would survive as a family no matter what happened. I understand why my dad wanted to protect his family by shielding them from what he did to try and save his business; but, Your Honor, my dad needs his family now more than ever, and we need him, too, and my mom needs him the most. Despite being far from perfect, he really, really is such a wonderful, caring, and loving person.

My dad has been my mom's best friend, loving partner, and supportive husband. For over 50 years, they have done everything together. She is totally and completely dependent on him in every aspect of her life. Your Honor, I plead with you to give my father a sentence that will be just but also merciful so that my mother and father can end their lives on this earth together, surrounded by the family that they have made and nurtured for half a century. I beg you on behalf of my mother, my siblings, and their grandchildren, but no less so for myself, to give me the chance to give back to my father, in small portion, what he has given to me throughout his whole life.

Sincerely,

Russell Wishner

Exhibit 2-2

August 10, 2015

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA 90012

Dear Judge Otero:

My name is Stacey Wishner. I am 48 years old, and Edward Wishner is my father. I am writing to help you understand better who my dad really is, not just what he has done. Throughout my life, he has been the most loving and caring father a child could ever have. He has been, and even during this stressful time, continues to be my biggest supporter and motivator in every aspect of my life.

He is actually the person responsible for choosing my career as a court stenographer, which I have been engaged in from 1997 to the present. After putting me through college, he saw that I was full of education but without a career with which I could support myself. More than simply suggesting that I return to school to learn stenography, he insisted that I return home so that I could be in a stable and secure environment, while supporting me, yet again, as I attended court reporting school for another five years. It was so important to him that all four of his children become self-sufficient as a result of hard work and dedication. He worked equally hard to find a career by which my brothers could support themselves, counseling and advising them in starting their own pizza restaurant that is owned and operated by my two brothers, Darren and Russell, for more than 20 years. In 20 years, I don't think that there has been a day that has gone by that my dad does not take the time to stop in at their restaurant to be with his boys.

The events that have led to me writing this letter have completely shocked my family and my dad's friends. I know that I cannot, nor would I, tell you that my father did not commit this offense. I do realize that people have been hurt by his actions, but I also know that this act is not who my dad is – this man that has been such a strong role model for my brothers and my sister our whole lives.

After my dad revealed to me in the latter half of 2014 what had transpired with regard to NASI, my world was changed forever. The Edward Wishner - man, husband, father, grandfather - I have known is the most compassionate, moral, hard-working, caring, and loving man in my life. He has instilled in each of his four children the value of hard work, strong family relationships, and benevolence.

Exhibit 2-3

I trust him with my life. He has been involved in providing me every opportunity in my life, worked tirelessly to provide for his family, and has always stood willing to help someone in need. By way of example, I can think of numerous instances where we have gone to restaurants and my dad has anonymously picked up the bill for other families that appeared to have disabled children sitting at their table with them. That was my dad's way of showing empathy for others. My dad not only taught us to give back to the community and to be appreciative for what we have, but showed us how to do that by his example.

The character of loyalty my father possesses is shown the greatest, not in the way of him having many of his childhood friends still involved in his life to this very day, but in his love for his wife and family. He never missed a single hospital birth of his five grandchildren. He has been married to my loving mom for over 50 years. Their marriage is truly an inspiration for me of what it is like to share your life in such a loving and selfless way. He is so wonderful to my mom. He stood by her for years as my mom solely, emotionally and physically, supported her mother through the devastating disease of Alzheimer's. When my dad's mother passed away, he immediately flew out to New York and moved my grandfather permanently from back East into our house to be comforted and supported by family to the end of his life.

It seems inevitable that my mom will soon be left without her childhood best friend and husband for over half a century, which has already taken a toll on her mentally and physically. The happiest person I knew now suffers from anxiety and depression. There is no doubt that she will (and now does) rely heavily on her children for emotional support and financial help. My mother is fortunate enough to have her children arguing over who will take her into their home to live and to provide her with whatever is necessary to try give her back a sense of well-being, independence, and security. To say that she is terribly frightened about her future is an understatement. All she has known in her life is having an incredible partner by her side, holding her hand through all of her life's ups and downs.

But my father's loyalty extends beyond family. Even in the face of impending personal and financial ruin, my father has continued to work every day, serving his clients, most of whom he views as longtime friends – and continues to pay the employees of his accounting business that he has had for over 50 years. He has so much to offer his community because he truly does care about people, and it is shown with his willingness to help anybody and everybody at any time with whatever need be.

Exhibit 2-3

If you live long enough, you will make mistakes in life. It's learning from them that will make you a better person. My dad has repeatedly expressed the gravity and seriousness of the offense and is extremely remorseful, regretful, and ashamed of his actions. I personally can assure you that the result of his actions have already changed him as a person. He gave full cooperation in the investigation at the outset to begin his journey to try to make it right.

I am who I am today because my dad has given me every opportunity. I can't thank him enough for that. I wouldn't change a thing about growing up and having him in my life as my mentor; my advisor; my teacher; my supporter; and, most of all, my father.

Your Honor, I know my dad's fate in now left in your hands. I can only beg you to take into consideration who my dad really is, not just what he has done. I know that many people have been hurt by what my father and Joel have done. I understand that justice demands that he be punished, and I believe that my father understands and is prepared for that. I plead for your mercy that you might give my father a sentence that will allow him to return home to his wife, to his children, and to his grandchildrden that really do love and need him.

My father is so important to all of us and he has so much left to give to us just by his presence in my mother's life, my life, and in my six-year-old daughter's life. But what is more, I have so much left to give back to him. I owe him everything. Please give me the chance to provide and care for my father at the end of his life, the way that he has provided for and cared for me, and others, throughout my life. Please give my mother the opportunity to end her life with her one and only true love and best friend by her side. My mother, my brothers, and I depend on him in so many ways. He truly and honestly is such a wonderful and caring person.

What a rock he is and has been in our lives. We need him so badly! I pray that you will give my dad a sentence that will fit not just the acts that he did, but the man that he sincerely is and the way in which he has lived his life. Please do not take him away from us forever. My heart is aching already.

Sincerely,

Stacey Wishner

Stacey Wishner

Exhibit 2-3

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1 – 2nd Floor
Los Angeles, CA 90012

Mr. Darren Wishner
5527 Alfredo Court
Agoura Hills, CA 91301
Tel: 818-723-6060

September 20, 2015

The Honorable District Judge S. James Otero:

    I, Darren Wishner, Owner/Operator of Fratelli's New York Pizza, am writing in reference to my father, Ed Wishner. My Dad has always been there for me and for my brother and sisters. We are a very close family and we grew up with all of us together for dinner and my Dad taking me to baseball practices and games, giving us advice and always joking with us. As we got older, my Dad would join my brother and I when we played basketball and football with our friends and he was just one of the guys. As my Dad lives and works close to our restaurant, hardly a day goes by when he isn't coming in to see us. My family often has dinner with my parents and we visit them at their house and all swim together.

    It saddens me to see that my Dad has made some poor decisions that were definitely out of character for him, and he has opened up to me how awful he feels about what has happened because of those choices. I hate seeing what this situation has done to his health. It is hard for me to watch his health decline rapidly and he can't even walk some days. He doesn't seem like the same man who could keep up with us in sports just a few years ago. Also, I am really worried about my Mom being without him as he has been her everything for over 50 years. While I will take care of her as well as I can, she is already heartbroken thinking they will be

Exhibit 2-4

separated soon.  And I can't imagine how my Dad is going to live without his family.  He loves to see his grandkids all the time and doesn't like missing anything they are doing.  I love to have my parents and siblings over for Thanksgiving along with my wife's family and it will feel so different to not have my Dad there.  I love my Dad so much and he is one of my best friends.  I will so miss seeing him on a daily basis. Please keep his age and health in mind for sentencing.


Thank you for your consideration.

Sincerely,

Darren Wishner

Exhibit 2-4

September 8, 2015

Honorable S. James Otero
United States District Judge
United States District Court for the
Central District of California
Courtroom #1 – 2nd Floor
255 East Temple Street
Los Angeles, CA 90012-3332

Re:   Sentencing of Edward Wishner

Dear Judge Otero:

It is with a profoundly heavy heart that I write these words to you about Edward ("Eddie")
Wishner -- my father-in-law and my friend. My name is David Wright, I am partner in the law
firm of McCuneWright, LLP, in Redlands, California, and was formerly an Assistant United
States Attorney for the Central District of California from 1997-2001. In fact, it was at the
United States Attorney's Office that I met Edward's daughter, Stacey Wishner, a court reporter
for the federal grand jury who would become my wife.

Because of my former role as a federal prosecutor, I understand the seriousness of Edward's
offense, the financial harm he has caused many, and justice's need for punishment. Because of
that same experience, however, I also know the broad range of circumstances that can cause
people to make wrong choices. But there is nothing that I have learned in my legal career that I
can tell you that you do not already know better than do I. Rather, I am writing to tell you what I
know about Edward Wishner the man, husband, father, grandfather, and friend. These are things
that you could not know and that I pray my words can convey to you.

I was blessed to have Eddie become part of my life 17 years ago when I started dating his
daughter, Stacey. My first memories of Eddie are of him playing basketball with his two sons
and their friends. Never mind that he was almost 60 and mixing it up on a court full of men in
their 20's and 30's, what jumped at me was the bond Eddie had with boys, Darren and Russell,
and camaraderie and friendship he shared, not only with them, but with their friends, too. Even
though Eddie, Darren, and Russell are three tough, proud New York men who do not talk about
emotions, or love, or need, but in whom the bond of love and respect affection is so obvious.

The descriptive phrase "devoted family man" is one that is used with such frequency and lack of
discernment that it has lost its meaning -- as if the mere act of having a family is all that is

Exhibit 2-5

necessary to qualify someone as devoted. But for Edward, his devotion to his family is absolute and infused in every fiber of his being. For Edward, raising and caring for four children was never simply a phase of his life, it was his reason for living.

By way of example, it is not nearly so significant that Eddie helped Darren and Russell establish a pizza business on their own for than 20 years ago, as it is that hardly a day has gone by in those 20 years that Eddie has not dropped into their restaurant to help them, advise them, or just spend time with them. The family understands that as a result of choices Eddie made, this connection may be interrupted for a time, but they pray that it will not be ended forever.

The same is true for his daughter – my wife – Stacey. Yes, Edward encouraged her to earn her college degree, but his responsibility to her did not end with her graduation. For after, when she struggled to find a meaningful career, he not only guided her toward becoming a court reporter, but insisted that she return home so that he could provide for her while she returned for another three years of schooling. She has not made a single major decision in her lifetime, personal or professional, without going to her father for advice. She owes everything to him. The admiration and love she has for her father, and for her family, defines who she is as a person.

I don't even know how to begin to tell the story of Edward lifelong relationship with Beverly, his wife of more than 50 years. High school sweethearts, they are the best real life example I know that not only can a marriage survive a lifetime, but can thrive, bringing meaning to the life lived. I have watched over the last year since Edward's family learned for the first time of the details of his business dealings, as his entire family, but most poignantly and ardently, Beverly, resolutely stood by Edward and supported him. I know that this unwavering love and support for Edward is not rooted in ignorance or blindness to his wrong doings, but exists because she knows that while he is not perfect, his love for his family and for her is absolute as his desire to be good man.

What is more, Your Honor, I can honestly say that these are not merely my romanticized observations of the Wishner family. These are the observations that impressed me most as I got to know Stacey. To be sure, there were cultural differences between myself – a parochial schooled New England protestant – and Stacey and her family – Jews transplanted from Long Island to California. But the dominant trait that both our families shared was the absolute, unequivocal devotion to family. It was that bedrock love for family, more than anything else that gave me the assurance that all differences in our culture and religion could be overcome as Stacey and I made our own family.

But it would be a mistake to think that Eddie's propensity for love and charity extends only to his family. I know this to be true from personal, painful experience when I committed what, to the vast majority of people, would be an unforgiveable offense. His daughter and I had been dating for almost six years when we decided to get married. Arrangements were made and everything was set for us to be married in service attended by our families. Except that on the day before the service, for reasons that even I did not (and even now do not) understand, I called the wedding off. I tell you this story, all too mindful of the pain its retelling and reliving causes both myself and my wife, because it exemplifies more than other experience the man that I know Edward to be. For in the aftermath of my act of self-interestedness that devastated his daughter, Edward never spoke one cross word to me nor did I ever hear of him having ever said a negative

Exhibit 2-5

word about me. In fact, he never did anything but stand behind and beside me as Stacey and I worked through this difficult time and have now been married for more than a decade. How many fathers in the same circumstances would have display the same understanding and forgiveness

I now have a six-year-old daughter – Eddie's granddaughter – and I find it unthinkable that I could respond someone hurting my daughter – regardless of the circumstances – with as much poise, kindness, charity, and forgiveness as Edward showed to me. This strength of character is not something that can be contrived or faked. This speaks to who Edward truly is as a man. This is why I want my daughter to be able to know and learn from her grandfather.

Edward made some very bad choices. But that does not mean that he is a bad man. Edward is one of the hardest working people I have ever known. But he does so silently. He does not ask for praise or thanks or even gratitude. He does it because that is what a real man does for his family. I have never known him to call attention to himself for his successes, nor have I ever known him to make excuses or blame others for his mistakes, including with regard to the present circumstances. There is honor in that. There is honor in Edward.

Edward's life has been unalterably changed already as a result of the choices he has made. The end of his life will be dramatically different than what he and Beverly ever imagined it would be. The tables have been turned and Edward's and Beverly's needs will now be provided for by their children. As the family awaits for Your Honor to administer the sentence on Edward, I implore Your Honor to remember the man that Edward is and what he means to his family. I beg you to think of what having Edward present in their lives will mean to his wife and children. I want for my daughter, Addison, to be able to grow up with Edward as her grandfather. I want for her to be able to know him and learn from him – not because he is without fault but because he has made mistakes and owned up to them.

Your Honor, to take him away from his wife, his children, and his grandchildren for the rest of this life on earth would be an unspeakable tragedy and would serve only to punish yet another group of innocent victims. I beg you on behalf of my wife, my daughter, and the entire Wishner family that I am blessed to be able to call my family, to fashion a sentence that will allow Edward to be with his family again. His life, and their lives, is in your hands.

Humbly,

David Wright

Exhibit 2-5

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1 – 2nd Floor
Los Angeles, CA 90012

Mrs. Jill Wishner
5527 Alfredo Court
Agoura Hills, CA 91301
Tel: 818-723-6060

September 8, 2015

The Honorable District Judge S. James Otero:

    I, Jill Wishner, Service Unit Manager of the Las Virgenes Service Unit of the Girl Scouts of Greater Los Angeles, am writing in reference to my father-in-law, Ed Wishner. From the time I first met him over twenty years ago as his son Darren's girlfriend, he embraced me into the family and my parents and siblings as well. He is there for us in the good times and the bad. He is a second Dad to me and was even in a waiting room more than five hours while I had a tumor removal surgery a few years ago. Poppie, as my girls and I now call him ever since he became a grandfather, has been a part of our daily lives. All these years, he visits his boys daily at their restaurant where we often are, and we spend many of Darren's nights or day off with he and his wife, his "beloved", as he always calls her. They have been married over fifty years and are so cute together with their matching hair and how much love they have for each other. It will be so hard to see her living without him and I worry about how she will be able to cope.

    As Poppie is very hard-working, has worn many hats as a CPA in addition to other business ventures, and the ATM business was just one of his businesses and none of us knew much about it. It was very shocking for all of us to find out there was anything not above board. I believe Poppie did not plan to defraud anyone but found himself in a bad situation and wasn't

Exhibit 2-6

able to get out of it. Poppie's loyalty to his friend is what I feel is his weakness. I had never seen my husband cry before he found out he may not have his Dad in his daily life because of the ATM business. Darren has such a special relationship with his Dad. Over the years, whether it was shooting hoops, playing football, watching sports, playing in the pool, or just hanging out together, their love was very apparent. Although his Dad can't play sports with him and his brother like he did, they still spend a lot of time together and Darren's Dad is one of his best friends. We didn't hesitate to put our house up for bail when it was needed as we wanted to support him any way we could.

My girls, Alexa who is 15 and Jenna who is 9, are very close to Poppie, and they receive daily calls from him to see how school was and what was going on with them. We have been very candid with them in regards to this case and what Poppie did. While we do not condone any poor decisions he made, it doesn't stop all of us from loving our sweet, generous, funny, loyal, loving Poppie. We cannot imagine life without him when he is incarcerated. The girls so love having a swim at Poppie and Nana's house on a Summer weekend and they will miss spending that special time with him playing in the pool. Whether it is a school play, recital, graduation or any life event, Poppie has been there to watch his granddaughters. He was there at 4 a.m. when I was giving birth to Alexa and the same with Jenna. He was a major part of their baby-naming ceremonies and Alexa's Bat Mitzvah, always beaming. In fact, for our wedding, the baby-namings and the Bat Mitzvah, Poppie always proudly said the prayer over the Challah. To not have him there for a ceremony would feel hollow. Alexa will be graduating in a few years and she is upset that she will look out and not see Poppie in the audience. Jenna is supposed to have her Bat Mitzvah in four years and she can't imagine having it without Poppie. She wants to postpone it until her Poppie can be there with the pride she loves to see in his eyes. We are so

Exhibit 2-6

hoping it is a possibility for him to be out in a time before she gets too much older than her thirteenth year. All of our holidays are spent together and it will be hard to not have him there at my Thanksgiving dinners or at Chanukah, Father's Day, birthdays and anniversary celebrations.

I pray that Poppie's age and declining health will be a factor in his sentencing. We want him to have something to which he can look forward such as the Bat Mitzvah, as I know it will eat him alive every time he misses some event with his family. Ed "Poppie" Wishner is a family man and I know he is so sorry for what happened and for what this is doing to his wife, children and grandkids. I believe he will never do anything which crosses the line of the law again. He will be so missed and we want to believe we will have him back with us someday. For visiting purposes, we hope he can be sent to Lompoc.

Thank you for your consideration.

Sincerely,

Jill Wishner

Exhibit 2-6

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1 – 2nd Floor
Los Angeles, CA 90012

Miss Alexa Wishner
5527 Alfredo Court
Agoura Hills, CA 91301
Tel: 818-447-0318

September 15, 2015


The Honorable District Judge S. James Otero:


I, Alexa Wishner, would like to write in reference to Ed Wishner, my Poppie.  I do not know

what I would do without my Poppie in my life. I couldn't imagine not seeing him at my

graduation, my sister's Bat Mitzvah, and when I go away to college. He has always been there

for me whether it is a play I am in, dance performance of mine or my sister's, or just needing to

talk. He is not only a grandfather to me, but a best friend. He always strives for me to do my best

in everything I do. He is a part of my everyday life and I couldn't imagine that changing. I know

he made a big mistake, but I don't think that shapes him as a person. I don't think he should lose

so many years over this one mistake.

Thank you!

With hope and sorrow,


Alexa Wishner

Exhibit 2-7

HERBERT J. TAMRES
9666 VIA ELEGANTE
WELLINGTON, FLORIDA 33411
(516) 220-7257
htamres@aol.com

July 20, 2015

Honorable S. James Otero
United States District Court Judge
312 North Spring Street
Courtroom 1-2nd Floor
Los Angeles, CA 90012

Dear Judge Otero:

I learned with astonishment, several months ago, that my dear friend, Ed Wishner, had been charged with several financial transgressions. I use the word "astonished," because Ed has been my oldest friend and confidante for over 50 years and never once left me with the feeling that he was anything but an upstanding, sincere, unpretentious individual.

Ed and I started out in the mid-60's as professionals, him in accounting and me in law. Throughout that time, we resided in Brooklyn, New York, as young married husbands and fathers, and became extremely good friends as we plied our respective trades. Ed opened several accounting offices and I became an Assistant United States Attorney in the Eastern District of New York. As I recall, during the late 60's, Ed and his very lovely, capable wife, Beverly, moved to Woodland Hills and I moved to Long Island, with my wife and children. I was also most fortunate to have been promoted to Deputy Chief of the Criminal Division.

While our relationship changed to the extent that Ed resided in California and I continued to reside in New York, he and I were always in touch through the years on a regular basis. As his family grew to four very lovely children, mine grew as well to three children. We often compared notes on our respective child rearing and, while I, unfortunately, was divorced in 1978, Ed and Beverly continued in a very lovable relationship throughout the years. Whenever Ed and Beverly came to New York and vice versa, we always spent many wonderful hours together. He never failed to impress

Exhibit 2-8

me as a wonderful, caring, moral and ethical family man engaged in several successful businesses. Through the years, Ed has always been my accountant and continues in that capacity today. In fact, he has for years guided me through financial issues whenever I needed accounting advice. Ed has always been an extremely giving person, never limiting our conversations whenever I had a problem, be it personal or professional. I like to think that I have done the same for him. He has always been an honest, upstanding professional, in whom I have trusted my financial wellbeing for some 50 years.

I have recently retired to Florida after 50 years of legal practice in New York. I have been remarried for 21 years and the four of us have continued to enjoy an extremely satisfying relationship, albeit from 3,000 miles away, sharing stories about children and grandchildren, among many other things. We speak on the telephone, exchange holiday greetings and, in general, continue to enjoy each other's company, albeit from afar.

I love Ed as a brother and Beverly as a sister. My life would never be the same without both of them. We have invited them to our home in Florida, but, with his current travails, Ed is, of course, unable to travel. Nancy and I look forward to seeing their smiling faces in Florida or in California after his present difficulties have been concluded. Nancy and I hope, in our respective hearts, that this Court will view his life and his credits in a very positive way and permit him to carry on happily with his family and friends for many years to come.

I thank you for the time spent reading this letter. I must assume that it is one of many touting his wonderful qualities. I hope and trust that this Court will give to Ed's fate the same wisdom and wise judgment that he has unfailingly shown to me through the years.

Respectfully submitted,

Herbert J. Tamres

Exhibit 2-8

*Daniel G Durchslag DDS*
*Gateway Dental Suites*
*27450 Tourney Rd    Suite 260*
*661 259 3700*
*Valencia, CA  91355*


Honorable  S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1  2nd floor
Los Angeles, Ca  90012

October 1, 2015

Dear Judge Otero,

I am writing to you on behalf of Mr. Edward Wishner, who is scheduled to appear before you in connection with a pending legal action.  I am not involved in this action.  However, having known Mr. Wishner for over 30 years – as friend, associate, and family dentist – I would like to make a statement regarding his character.

In my years of working with Mr. Wishner as my accountant, I have found him to be one of the most decent and credible men I have know. I have always considered myself lucky to have had him as a friend and business associate.

One of the instances of his generosity and decency that I particularly remember concerns one of the Mexican assistants working in my office, facing serious problems with her tax return filings. They had been done so improperly that she was concerned about potential deportation action. As a favor, I asked Ed to step in and help her, which he did without question. Not only was he able to straighten out her tax filings, he refused to take any money for all of his hard work and time spent. This is vintage Ed Wishner.

Over the years of our friendship, Mr. Wishner has been characterized as a 'how can I help kind of guy.'  I hope that it will be possible to return to him some of the generous kindness that he has passed on to so many people.

Sincerely,

Daniel Durchslag DDS

Exhibit 2-9

To Mr R Cohen
From Charles Lowlicht

Dear Mr. Cohen
          As you requested.

                              Cordially,
                              Lowlicht

Exhibit 2-10



HONORABLE S. JAMES OTERO
US DISTRICT COURT JUDGE
312 N SPRING ST
COURT ROOM 1 – 2ND FL
LOS ANGELES, CA 90012

**Ed Wishner**

clowlicht  to  rcohen     show details

DEAR JUDGE OTERO

I have known Ed Wishner for over 60 years.
We have been very good friends for a very long time
and I can Honestly say that we have not spoken
a cross word between us.
He has always been there for his family and his
friends without reservations.
When I heard of Ed's troubles, my first thought
was if I was given 1000 guesses who it might
be among my associations, Ed's name would never have
come to mind.
I am not privvy to all the circumstances behind this abberation
in his character but I am convinced it is a one time situation and
will never be repeated.
This is so out of character for Ed that I
am sure it was a one time thing.
As I stated before. I have known Ed for over sixty years
and I wouldn't hesitate to vouch for his character, his honesty
and his integrity.

Furthermore, Eddie is. a very philanthropic and charitable man, giving
his time and money to such organizations as The Pal, The child development corp,
cancer care and the National Council of Jewish Women.

I cannot explain why Ed was involved in what he was but I know it in my
heart that he is not a threat to repeat anything inappropiate again.

I hope you will find it in your heart to show mercy to my dear friend
ED wishner.

My name is Charles LowLicht and I am currently employed by National Securities Co. as
a financial money manager. I have been working on Wall st. for almost 60 years,

Respectfully submitted

CHARLES LOWLICHT
FAX CLOWLICHT @ AOL. COM