Honorable S. James Otero
United States District Court Judge
312 North Spring Street
Court Room 1-2nd Floor
Los Angeles, CA 90012

July 17, 2015

Dear Honorable S. James Otero,

I am writing this letter to provide some insight on Edward Wisher. I have known Ed and his family since I was 10 years old. Mr. Wishner and his family moved next door to my parents I believe in 1979 and both my parents and the Wishners are still in the same homes 36 years later. Ed's youngest child is my age, so Ed would take us to school on his way to his office. Ed was always laughing, joking, and giving all of the neighborhood kids and his kids nicknames which we still call each other 36 years later. Ed's home was always open to me and it was a positive, comfortable, and welcoming environment. I wish I had such a neighbor today where I know my 8 and 13 year old girls could go and have the same experiences I had at Ed's house with Ed, his wife, and his children. Growing up, Ed always played sports with his kids and the neighborhood kids no matter how tired he might have been after a long day at work. His energy and work ethic always amazed me. In fact, up until a few years ago, when my knees finally gave out, Ed would pick me up to go and play basketball at the Agoura Hills- Calabasas Community Center. We both have great memories of those Sunday mornings. Although not a relative, my life experiences with Ed would put Ed in a category of how an uncle should be.

In addition to being my friend, Ed is also my accountant and the accountant for many of my friends and family members. I am a real estate investor and Ed has been doing my taxes probably since my first job at the age of 16, so that makes me a 30 year client. I have referred many friends and family members to Ed over the years. We have always been very happy with his professionalism, service and sound advise.

I am SHOCKED at the allegations against Ed, this is completely out of character. All interactions that I have had with Ed both personal and professional have always been honest and sincere. The Ed I know is fun loving, caring, honest, and loyal. I hope this gives you a little insight into the Ed Wishner that I know.

Regards,

Dimitri Flessas

Exhibit 2-11



**Bruce Miltenberg**
Principal in Real Estate

363 Seventh Avenue
Fifth Floor
New York, NY 10001-3904

Tel: (212) 971-0300
Fax: (212) 971-0330

July 21, 2015

Honorable S. James Otero
United State District Court Judge
312 North Spring Street - Courtroom 1 - 2nd Floor
Los Angeles, CA 90012

Re: Edward Wishner

Your Honor:

I am a graduate of Hunter College (1964) with a B.S. in Accounting. Subsequently to 1967, I was licensed as a Certified Public Accountant (1967-68) in New York State. I now am a Principle in Real Estate, owning many multi-family apartments buildings in New York, Boston, Philadelphia and Canada.

Edward Wishner and I met in the early 1960's while working at a New York City accounting firm called Roberts & Leinwander CPA. Within a few years, Ed and I became partners for 20 years in a tax preparation company called Taxmaster Inc. with 4 office locations. We sold the practice and parted for different fields of interest.

Fortune and luck sometimes overshadowed business. Ed was always available to guide, advise and help clients, staff and friends. When my first child was born in 1965, Ed helped and guided me financially and emotionally through a difficult time in my life. In fact, he lent me money to pay for the cost of bringing my Son into this world.

Ed moved to California in the early 1980's. Our friendship never waivered, always keeping in touch and attending each other's significant occasions and memorable life celebrations. Ed Wishner is a good man and he deserves the recognition for all the good he has participated in through a life of generosity.

I believe his life experience will guide him in the future to commit himself to the laws of our country. Ed's plea and conviction seem so out of character and place to the man I know and love and share a life friendship with. Given the opportunity, I believe Ed Wishner will be able to lead an exemplary life in his remaining future years.

Thank you for your consideration and attention to this letter.

Respectfully yours,

Bruce Miltenberg

Bruce Miltenberg

Exhibit 2-12



21500 Gledhill Street
Chatsworth, CA 91311
flamecorp.com

TOLL FREE: 800-854-2255
PHONE: 818-700-2905
FAX: 818-700-9168

Dear Honorable S. James Otero,

I was introduced to Mr. Ed Wishner by my wife 20+ years ago. Not only has Ed been my accountant during that time but also a dear friend.

From a business standpoint, Ed has always shown and exhibited nothing but honor and ethics in his profession.

When I met Ed I was in my early 20's and newly married. I would say he truly mentored me in a fiscally responsibility and guidance which shaped me to a man of integrity and honor.

I have had the good fortune to carry our business relationship into a true friendship. Anybody that knows Ed would agree that he truly cares about his friends. He listens with intent and offers heart felt advice when asked. I have spent hours in his office well beyond business matters discussing personal issues and life challenges. I cant recall one time he did not give me the time I needed.

I have also witnessed not only a warm and loving husband but an amazing father to his children and grandchildren. His family and friends who are fortunate to know him would agree. His family adores him as do I.

Should you have any questions don't hesitate to contact me. I would gladly assist Ed in any way possible.

Warm regards,

Eric Mahler

Senior Sales Executive
Flame Enterprises, Inc.
(800) 854-2255, (818) 700-2905 Ext. 1108

July 15, 2015

Honorable S. James Otero
United States District Court Judge
312 N. Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA 90012

    **Re:   Mr. Edward Wishner**

Dear Judge Otero,

    I write this letter as a character witness for Mr. Edward Wishner with the hope that it will help in reducing any punishment he will receive.

    I am an attorney, a founding partner with the firm of Sepassi & Tarighati, LLP in Encino, California, and have been practicing law since 1995.

    I have known Ed since the early 1990's as an accountant. In fact, for many years he handled my bookkeeping and taxes. I came to know Ed through my late brother.

    I have always thought of Ed as a helpful and kind person. Several incidents stand out for me that I could describe here. One was the passing of his long time secretary, Ann. When she passed away, she had nobody in her life. Ed was the only person that took care of her affairs after her passing, and in fact kept her ashes in his office as a memory of her time with him.

    The other was the sudden passing of my brother, for whom Ed handled tax returns. When my brother suddenly passed away, Ed, like a close friend, offered his help, and kept in touch with me to see if there was anything he could do. He took it upon himself to do what needed to be done in a timely fashion, so there would be no issue with my brother's tax returns.

    When Ed's daughter became a court reporter about 18 or so years ago, he wanted to give her a good start. So, he mentioned that to me, and asked if I could use her services. I responded that of course I could, and casually remarked "what are friends for?" To date, Ed's daughter is our go-to court reporter, and Ed thanks me about this, and my remark of "what are friends for", every time he sees me.

    The news of Ed's legal troubles came to me as a complete shock. I had always understood and seen Ed as an energetic family man, who was also good in making friends, who tried to help his friends, and who seemed to walk on the side of the law. Ed has lived in the Woodland Hills community for many years, has raised a family there, has had a business for many years, and is well known and respected. The legal trouble he has gotten into is unfathomable.

Exhibit 2-14

Based on his family life, his long time presence in the community, my interactions with him, and his overall constitution, I always thought of Ed as a law abiding, and honest man.

I believe Ed has been equally shocked by the recent events in his life, and based on his background and this episode, I cannot see him wanting to engage in anything in the future that might even remotely have any legal implications.  In short, I believe he has learned his lesson.

It is my sincere hope and prayer that your honor would take all of these matters into account, and give great consideration to Ed's good character, his devastated family, and his advanced age, in shaping an appropriate punishment for him.  I remain humbly hopeful.

Sincerely yours,

Steven M. Sepassi

Exhibit 2-14



# Bibicoff & MacInnis, Inc. CORPORATE MARKETING • STRATEGIC PLANNING

September 1, 2015

Honorable S. James Otero

United States District Court Judge

312 North Spring Street, Courtroom 1-2nd Floor

Los Angeles, CA. 90012

Your Honor;

I have known Edward Wishner since high school. We attended Erasmus Hall High School in Brooklyn, NY together. After high school I attended Bowling Green State University in Ohio and then went back to NY to attend Columbia University Law School from which I graduated in 1963 and passed the NY bar exam. I practiced securities law for the next five years first as a staff member of the National Association of Securities Dealers and later as house counsel for a publicly traded company. I left the practice of law in l967 and entered into the investment banking / investor relations business and have been engaged in those activities ever since. In 1976 I moved to Los Angeles and have stayed in the investor relations / investment banking business since then…..even to today.

I consider myself a good member of society and the local community having been an active member of my Temple since joining in l976. I consider myself reasonably charitable being as generous as I can considering my current financial situation all during the years. I have established and maintain two scholarships, one each in honor of my mother and my father at my college. I'm certainly not a saint but I think I know good folks from bad and Ed Wishner is not a bad person. I understand what was done…….it was offered to me as an investment at the very beginning………and I know it has had bad consequences on a number of people. I analyzed the proposal, it didn't make economic sense to me, so I passed and it was never mentioned to me again.

His actions over the years, at least the ones that I have had the opportunity to see or be involved with have always been "good guy" actions. He was always ready to help if he could.

I have spoken to and met with Eddie since this situation became public and I know how sorry he is for his participation. Eddie himself can't understand how he got involved in the first place. I also am 100% confident that his involvement in any future activity that would interest the Criminal Justice System would never happen.

While I know that his actions hurt quite a number of people.....some of whom were hurt very badly, I really don't understand how this ever happened. It just doesn't fit. As I said, I know Eddie since 1953. I've seen how he deals with clients, friends and even strangers and I must say that his actions in this situation are TOTALLY out of character.

Sincerely,

Harvey Bibicoff

Exhibit 2-15



July 17, 2015

Honorable S. James Otero
United States District Court Judge
312 North Spring Street
Courtroom 1-2nd Floor
Los Angeles, CA 90012

Honorable S. James Otero:

I am a partner in an Investor Relations firm and have known Ed Wishner, both personally and professionally, for 32 years. We first became acquainted in 1982 when I was referred to Ed by my business associate to prepare my personal tax return. I have always found Ed to be conscientious, professional and genuinely interested in people.

In part because Ed is a good hearted businessman, over the years our business relationship has grown to what I consider to be a solid working friendship and I respect him both personally and professionally. Without exception, I have been impressed with Ed's passion and distinctive high level of customer service. Ed is consistently diligent, helpful and hardworking and cares deeply about his clients.

I have often watched Ed take an interest in the wellbeing of his clients. In fact, when he learned that my assistant, for whom he also prepared tax returns, was having a difficult time financially, he prepared her returns at no cost to her for the next several years.

While sitting at Ed's desk each year at tax prep time, I have seen and/or heard his conversations with other clients. He is always engaged and asks how things are going and seems to be wired to seek to be helpful whenever he can. I have heard him numerous times ask a client, "What can I do to be helpful to you?" And better still, he actually means it.

I once sat waiting for his time while he made literally a half a dozen calls to help a client get a mortgage broker and find the lowest rate for his mortgage refinance. It was very important to Ed and he wouldn't stop until he got the client the help he needed.

I have occasion to communicate with Ed regularly throughout the year as he did the accounting work for my partner and our business. The high confidence I have for Ed has resulted in my referring several of my friends to Ed to have their tax work done.

I have observed that he is not only passionate about taking care of his clients in business, but he strongly values his relationship with his family and friends. Each year Ed would proudly offer updates on how his children and their respective businesses are doing and what his grandchildren are up to.

I absolutely have no doubt that Ed is fundamentally an honest person with strong ties to his community and his religious life. It was a shocking aberration that he made a seriously bad decision to get involved with this venture. I am confident that he knows the gravity of the mistake he made and that he would never, ever come even close to any future criminal activity. I respectfully suggest that it would be a miscarriage of justice if Ed were to receive anything less than lenient sentencing.

Thank you for your consideration. I appreciate you taking time to read my letter.

Sincerely,

*Terri MacInnis*

Terri MacInnis
VP of IR
TM:abm

Exhibit 2-16



# George Kaczender

2170 Century Park East, Apt. 1706 ● Los Angeles, CA ● Phone: 310-203-0710 ●
E-Mail: gkaczender@gmail.com Web: george-kaczender.com

Date: July 16, 2015

Honorable S. James Otero
Unites States District Court Judge
312 North Spring Street,
Courtroom 1-2 Floor
Los Angeles, CA 90012

Dear Judge Otero:

    I am a Film Director and Author; have been working in Los Angeles since 1982 when emigrated from Canada with my wife. Soon after our arrival we met the distinguished songwriter, Buddy Kaye who introduced us to Mr. Ed Wishner. We needed a charted accountant at that time and Mr. Wishner took us on as clients. We've been with him ever since.

    During our working relationship we were often unable to pay his professional fees for months. He never asked us for the money or suspended his service to us. Almost two years ago our car broke down and had to be towed in for repairs. We didn't have a second car and I badly needed transportation for taking my son to school and my wife to work. The bill was over a thousand dollars and we didn't have the money. My wife called Ed and asked him if could help us out. He immediately called American Express and paid for the repair. He told us that we didn't have to worry about paying him back -he said he could wait until we can afford it.

    We sincerely believe that Mr. Wishner is a hard-working, honorable man who would never do anything unlawful. We cannot see Mr. Wishner convicted for any crime; for us it is unthinkable.

Sincerely,

George Kaczender

Exhibit 2-17



July 22, 2015

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-22nd floor
Los Angeles, CA 90012

Dear Honorable S. James Otero

I am a semi retired escrow officer and had been working and running my own desk since the early 1970's. Mr Wishner has been my  accountant for over 30 years.  I met Mr Wishner through my Real Estate clients. He was highly recommended to me for accounting purposes.

I have referred him to many people including my family and have never heard anything negative about him.  He always did a good job and in a professional manner.  I would absolutely be at a total loss in not having him do my taxes every year as it never worried me about being audited as Mr. Wishner was really honest

I feel his conviction is really out of Character and was totally shocked when I read the news about his case.  I, and all the people I have referred to him were also shocked.

I fully believe that Mr. Wishner will never be involved in any further criminal activities once this is over. As a matter of fact I am extremely confident about that. I believe he was caught up into something that went out of control and was influenced by outside sources.

Sincerely

Mindy Nadelll

Exhibit 2-18

To:
Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA  90012

September 19, 2015

My name is Kathi Copans, and I am a retired music, math, and art teacher from Simi Valley Unified School District.  I have known Edward Wishner since June of 2008, when I began dating his "son" (well, not his blood relation, just one of the people he and his wife Beverly "adopted" and treated as their own).  I remember first meeting Eddie and Bev when Abraham took me to dinner with them so he could introduce me to his "Ma and Pa."  I was very nervous because I knew these people meant a lot to Abraham. They were so warm and welcoming, and after that evening I was their new "adopted" daughter!

We met regularly and spoke regularly since that time, having dinner together with friends, talking on the phone, attending birthday celebrations with their family and friends (which they had many!).  Both Eddie and his wife were always happy, positive, generous, genuine, and kind to us.  Eddie did our taxes and always seemed to look out for us.  He was always interested in us and our lives.

I believe Eddie to be an honest and ethical man.  I don't know him any different than this.  I know him as a man who protects his family and dear friends.  He has always been good, kind, honest, and ethical toward us.  He is a man who cares deeply, feels deeply, and keeps his word.

In December of 2010 I became ill.  I had surgery and then in February 2011 I was diagnosed with ovarian cancer.  It was a very scary time for us.  It was at this time that I saw the "papa bear" come out in Eddie.  Even though I always knew he cared about us, it was Beverly who I was closest to and who I reached out to the most.  But oh my goodness!  When I got sick, Eddie was the one calling me and Abraham to check on me.  He always asked if there was anything he could do to help.  Many times he would lecture Abraham about how he needed to place all his attention on me, and how everything else could wait...as long as I was okay.  If I wasn't feeling well or was sad, I knew I could call Eddie or Beverly.  I can't even describe how wonderful it felt to have Eddie care so much about me...just like a father would care about his daughter.  I knew it was genuine.

Exhibit 2-19

For the next few years, Eddie continued to care and check on how I was doing.  I am young, but because of my illness and chemotherapy treatments I struggled with my teaching job, because even though I loved teaching, the stress was way too much for me.  Eddie feared for my health and supported my decision to take an early retirement, no judgement, just concern.

When faced with a life threatening, life changing illness as I was faced with, having Eddie in my life made a huge difference to me.  I will never forget his kindness.  He is a very important part of my life because of this act of kindness.  I just lost my father a year ago, and I consider Eddie as my second father.  I don't know what I would do without this man in my life!  I love this beautiful man.

Sincerely,

Kathi Copans

Exhibit 2-19

*The Law Offices of*
# JACOBSON & ASSOCIATES
*A Professional Corporation*
*3580 Wilshire Boulevard*
*Suite 1600*
*Los Angeles, California 90010*
e-mail:jacobsonlaw@prodigy.net

*Jerry A. Jacobson, Esq.* *

*Allan Carvahllo, Esq.*
*Vahram Balumyan, Esq.*
*Craig Aronson, Esq.*
*Ian Quinn, Esq.*
*Brenda Wong, Esq.*

*\*Admitted in CA, NY, CO and D.C.*

*Telephone (213) 383-0500*
*Telecopier (213) 380-0310*

*Hearing Representative*

*Claudia Arrua*

July 21, 2015

Honorable S. James Otero
United States District Court
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA 90012

Re:     **Character Letter for Edward Wishner**

Dear Your Honor:

I would like to offer a few words of support for the character of Edward Wishner.

I am an attorney duly licensed to practice law in California, New York, Colorado and District of Columbia and have been practicing in California since 1992. I am currently the managing attorney and sole owner of Jacobson & Associates, P.C.

I have known Edward Wishner for almost 10 years. Our relationship began as a business one. Edward Wishner, or Ed, as his friends refer to him, first became my tax professional and then began to perform the same services for everyone in my family. As our relationship progressed into a friendship, I was personally involved and witnessed Ed help a number of business owners that fell delinquent with the IRS and State of CA to climb out of their desperate situations which would have crumbled not only their businesses but also their lives, while donating his time and expertise in helping them to finally get their businesses and lives on the right track.

I know that for me personally, when Ed told me about his current problems, I was in shock. The most shocking part is that what Ed was telling me was done is completely out of character for the person that I have known professionally and personally for almost 10 years and called a friend.

I know that everyone has something in their lives that they have regretted doing at one point or another. I know that this situation has weighed very heavily on Ed and he

Exhibit 2-20

absolutely anguishes over what happened to the people that were involved in the business venture in question. I am still proud to call Ed my friend and I truly hope that Your Honor will allow my observations and experiences to assist you in your ultimate decision of Ed's fate. Thank you for your time.

Very truly yours,

JACOBSON & ASSOCIATES

JERRY A. JACOBSON, ESQ.

JAJ:sc

Exhibit 2-20

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA 90012

To The Honorable Judge Otero,

My name is Voula Flessas and I am in property management. I have known Mr. Ed Wishner for 36 years, since I was 16 years old, we were next door neighbors. Ed has been like a 2nd father to me. When I was a teen and could not talk to my parents about things, I would turn to Ed and his wife Beverly (Odd and Wish). Their kids and I along with my brother spent a lot of time together playing at each other's houses. Ed would join us kids in the pool relay races, playing basketball, ping pong, listening to Pink Floyd etc. I spent the Jewish holidays with them and even went to temple with them a couple of times even though I am not Jewish. Ed often tells others that I am his adopted daughter. Needless to say I was very close to them and still am.

Ed and his wife often invite my daughter and me for dinner or just to come by their house for family functions, they always include us even though we no longer live next door to each other. In fact my daughter loves Ed and Beverly as another set of grandparents and when she stops by to see her own grandparents (who live next door to Ed) she always stops by Ed's house to say hi. They were there for her during some of the more difficult times in her life (and mine) and every year during her Greek dance performance they are there to cheer her on. Ed speaks to her in a practical way about life and offers her other perspectives of an issue that help her see things in a different way. She feels safe with Ed around and that all will be ok.

As for me, Ed was a 2nd father figure when I was younger and now more of a friend. We have great conversations about the realities of life and the relationships between people. He is always there for people when they need him. He always takes time to listen to people even if he is really busy. In fact he is one of the few people I know that when is able, will answer my call or anyone's call or call back when a message has been left. Ed always gives people the benefit of the doubt and knows there are 3 sides to a story. He doesn't judge or criticize and always tries to maintain the peace within his life and others. Ed always has a smile on his face and never lets on about the pain or struggles he may be going through always minimizing the severity of things so that he doesn't worry others. Ed is kind, loving, reliable, sincere, genuine and, and, and. Ed is a special kind of person not easily found and I am fortunate that he is in my life and that I can call him a friend.

Exhibit 2-21

To Whom It May Concern,

My name is Richard Anaya and I am writing this memorandum in support of my good friend and loyal teammate Edward Wishner. I have known Edward for over 30 years and ever since the day I met him, he has been an amazing friend to both me and my family.

Since 1982, I have done many things with him, including playing basketball, eating Thanksgiving dinner with him and his entire family, and asked him for advice on many important things. His advice has been invaluable to me as an individual and helped me to grow as a person.

On the basketball court, Edward was not only a great player, but also a supportive teammate who constantly tried to bring the other members of the team up to a higher performance level. He always made me feel like a necessary part of the team, even when I might have felt it otherwise. He is that kind of person: supportive, enthusiastic, loyal, and many other admirable traits.

I sincerely hope that this letter gives the court a better understanding of a man that may not be perfect, but still means a GREAT DEAL to the people and community around him. Whatever the case may be, I am absolutely positive that, even if he is not totally innocent of his alleged crimes, he has more than learned his lesson and the community and I would be very much appreciate if you allowed this old, kind, and important man some leeway.

Richard Anaya
Calabasas, California

Exhibit 2-22

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA 90012


Dear Justice Otero,


My name is Analyn Solero, I have worked for Mr. Edward Wishner for eight years. I was referred by my sister Marilyn Sanchez , she's been Mr. Edward Wishner's assistant for fifteen years. Aside from being my employer he has always treated us like an extension of his family. This is one of the reasons why my sister & I continue to work with him through these years. Mr. Wishner is a kind hearted man who has helped many people around him including my own family, if we were ever in need he was there to lend a hand. Going as far as providing my daughter with training and a job with a flexible schedule so she could attend school to better her life and later raise her young family.

Whenever I think of Ed, I think of all the kind things and many blessings he bestowed upon me and my loved ones. His name has become synonymous with caring, loving, wise, and helpful. Once I became aware of his alleged indiscretions I was shocked and in disbelief. Still, whether guilty or not, his place in my heart will remain forever cemented and the support of myself and my family will never falter.

Whatever the outcome of this case, it implores me to ask for a merciful judgment. We are all humans and vulnerable to commit mistakes. He is an elderly man who has shown love and generosity throughout the eight years I've known him and more than likely prior to that. Thank you for your time and consideration.

With respect,

Analyn Solero

Analyn Solero

Exhibit 2-23

*J. Richard Leyner*
*17312 Dearborn Street*
*Northridge, California 91325*

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, California 90012

July 22, 2015
Honorable S. James Otero,

I am writing on behalf of Edward Wishner, a man who I know and consider a dear friend since 1979. I am a Commercial Real Estate Broker, a Commissioner for the City of Los Angeles, former Chairman of New Directions for Youth, current Chairman of the Child Development Institute and served the Community in several other capacities.

My friendship with Mr. Wishner began when he and his family moved here from New York. He was in need of a place to start a new career in Real Estate and to continue his work in the field of accounting. He joined my Real Estate office as an agent and agreed to attend to my accounting needs at no charge to me, in return for training and giving him a place to work.

I have never been involved in any transaction with him where he did not act with the utmost integrity and in fact has been a contributing member of these endeavors.

During the past thirty six years we have been social friends and when asked, he has been supportive of the charities in which I have been involved.

When this case was brought to my attention I was stunned. The allegation and conviction left me speechless. My reaction is, "Not Ed, he has always been an upstanding, forthright, citizen." Never have I know of any occasion where he had deviated from the law.

I believe with all my heart that this episode was a misguided event and certainly not in character for my friend Ed.

Thank you for giving me the opportunity to write to you on his behalf.

Yours truly,

J. Richard Leyner

Exhibit 2-24

July 16, 2015

Honorable Judge S. James Otero,

        I am writing this letter on behalf of my good friend Ed Wishner.

        Eddie & I moved to the same neighborhood in 1979. Our children grew up together & spent many fun weekends at each others homes.

        I was a struggling businessman at the time & Eddie, being a friend, also became my accountant. He always gave me good advice & eventually I bought a business and had a successful 30 year success.

        During that time Eddie would have an occasional land & stock deal that he would mention and would ask if I wished to participate. Sometimes I did. He never coerced me to do any. I either made money or eventually broke even on every entity.

        When I heard about Eddie's debacle I couldn't believe it! There is a goodness & friendliness about Eddie that no one can deny.

Exhibit 2-25

If in fact he made this mistake it is a genuine mistake we all could make. Eddie is not a criminal he is a genuine good person.

If at all possible, your honor, spend a few moments with Eddie to get a feel for his sincerity, he doesn't deserve to be incarcerated.

Respectfully,
John Barresi

Exhibit 2-25

Fr: Chris Flessas
    20739 Ingomar St.
    Canoga Park, Ca 91306

To: Honorable S. James Otero
    United States District Court Judge
    312 North Spring Street, Courtroom 1-2nd Floor
    Los Angeles, CA 90012

Dear Honorable James Otero:

I have known Ed for 35 years. We've lived next door to each other in Woodland Hills and became like brothers over the years. He's a man of character and full of love. Ed is a strong family man and helped raise 4 beautiful children; Marni, Darren, Stacey, and Russell. I call them my nieces and nephews.

I, Chris Flessas, am a co-owner/operator of a well-known restaurant in Woodland Hills.

Despite his problem, my wife, Peggy McWilliams and I trust Ed with our lives. We've leaned on Ed for help with setting up our business account when we first started our operation and continued to do so up to now along with our personal taxes.

Please your honor, we all have made mistakes and Ed has made his. He means so much to all of us. Please have mercy on him and his family by being lenient with his sentencing.

Yours truly,

Chris Flessas

Margaret McWilliams

Exhibit 2-26

# Tommaso Barletta

968 South Westlake Boulevard Suite 4
Westlake Village California 91361
Tel. 805-495-2768  fax. 805-379-9338
e-mail: tbarletta33@gmail.com

Honorable S. James Otero
United States District Cout Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA 90012

Your Honor

My name is Tommaso Barletta and I am the owner of Tuscany Restaurant and Rustico Restaurant both in the Thousand Oaks area, Ventura County.

I have owned my business for 30 years now and during this time I had the pleasure to meet and know Mr. Edward Wishner, his wife and family for at least 15 years.

During this time myself, my family and all of my staff have become very close to Ed and Beverly. Their display of love and affection toward everyone that works here it's been special to say the least. Customers too have become very close to the Wishners due to the way they interact with others and are well liked and respected in the community.

Mr. Wishner would become immediately the Uncle Ed for everyone ready to offer a helping hand or sometimes in my case just friendly advice and support.

Ed and Beverly were always there for you. Very often I have needed financial guidance or just common sense to guide my business through turbulent times. Ed helped me find my way when I was overwhelmed between running the operation and running the business aspect of my restaurant.

I have opened my financial inexperience to this man and I received honesty, friendship and invaluable help from someone that enjoyed life and friends so much. Never took advantage of that. Your Honor I hope you would consider the way Mr. Wishner took care of me and many of the staff by not charging for his time and offering to help anyone here without asking nothing back but a simple hug and a thank you.

Sometime ago I was in a financial predicament and a friend had suggested me to take some action I was not confortable with. I asked Mr. Wishner about that and he explained in a clear way the risk I was going to take in breaking the law and offered me a legal alternative that saved me and my company. That is the true Ed Wishner,  a good man to me.

I have been shocked to hear about the troubles that Mr. Wishner is been accused of and I think he will fulfill his obligation and have nothing to do with the criminal system again.

I am sorry about my poor English but I hope this letter shows my genuine belief that Mr. Wishner is a special person to me and my family and I am imploring your wisdom and leniency toward my dear friend.

Sincerely
Tommaso Barletta

Exhibit 2-27

Steve Doherty
3234 Trumbull St.
San Diego, CA 92106


Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA 90012

Dear Honorable James Otero:

I met Ed in 1979 through another source, his stepfather, who was a sales man selling my
product. Ed put in $5,000.00 in my business and from then on we continued to build up
our lighting business. I am a manufacturer of Tiffany Style Lamps. Ed was an important
part of this business by acquiring new account to help us survive.

Ed is a very dependable person. Anytime I needed anything, money or guidance, Ed was
always there to help - without him I would not exist. We were in business for better than
30 years together and never had a quarrel.

I realized Ed did something that was wrong but I must tell you this, his good qualities and
generosity far exceeded what he has done wrong. I know words are easy to put down on
paper about somebody but I can assure you whatever I say about him are in full honesty.
Ed is a genuine character and it will be hard to find someone like him.

Sincerely yours,

Steve Doherty

Exhibit 2-28

**ATTORNEYS**

HAMID NARAGHI
BILL WOODCOCK, JR.
BILL HELM



N
&
W

NARAGHI
WOODCOCK

16530 VENTURA BOULEVARD
SUITE 405
ENCINO, CA 91436
(818) 461-0255
FAX (818) 461-0253

July 22, 2015

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA. 90012

      Re:   Edward Wishner

Your Honor,

      Please accept this letter as a request for consideration during the sentencing of Edward Wishner (Ed).

      I am currently a partner attorney/mediator with two state-wide law firms and a former officer with the California Highway Patrol. During my combined 21 years as a professional serving the people of the state of California, I take pride in having the ability to judge a person's genuine character. With this background, I assure you that the character of Ed is sound, respectable and admirable.

      I have known Ed for approximately 20 years. During this time, I have personally and regularly witnessed his desire to help his friends and the people of his community. Ed is genuinely honest and selfless, sometimes to a fault. Rarely, if ever, have I known Ed to put his own interest before that of another person, be that a friend, family member, acquaintance or just someone in need of help.

      Having said that, no person is perfect and we all make mistakes. Ed has apparently made a mistake which has brought him before your Honor. I plead to your sense of appropriate justice and mercy and ask you to be lenient on Ed. I truly believe that Ed poses no risk to the wellbeing of the community and knowing Ed for the period of time that I have known him, I'm certain that remorse and rehabilitation have already taken place.

Thank you for your consideration.

Hamid Naraghi
Attorney at Law

Exhibit 2-29

# Law Offices of Loredana Nesci

Loredana Nesci, Esquire*
*Admitted in Connecticut, California

July 21, 2015

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA 90012

RE:   Edward Wishner

Dear Judge Otero:

I am an attorney licensed to practice law in both Connecticut and California. I have known Ed Wishner (Ed) since 2008. I met Ed because I was in need of a new accountant since mine had moved to another State. Robert Reagan introduced me to Ed and I fell in love with him immediately. I love his New York ways and his work ethic. He is no-nonsense and is harshly truthful which I love because I respect the truth even if it hurts because if you live a lie then you must always continue to lie to keep the lie going. I was astonished when I learned from Ed's own mouth what had happened because Ed has always made sure that I paid what was due to the State and Federal Governments every year. Plus Ed has always been very generous with his time and did not always bill me when I called for his advice.

I would be lost without Ed because he has always treated me like a daughter. He has always made sure that I didn't spend more than I make and I have always called upon him to assist me in making financial decisions. He has always listened to me even during his busiest tax seasons and he has helped my clients for no charge when they needed simple matters taken care of. His prices have always been reasonable. I know that his life would be much better spent helping others with his gifts than wasting away behind bars because he made a mistake for which he is incredibly remorseful.

As an attorney and a former Los Angeles Police Officer I have known and continue to know many people who have broken the law. Some criminals are just that – these are the people who will never change. Others who are convicted of committing crimes are everyday people who made bad decisions and deserve a second chance. In this instance, Ed is in his golden years. As a result of his actions, people lost money. I know that he paid back most of the money and that his goal is to pay all the money that was lost back. I do not think that it is appropriate to have Ed sit in a prison cell when he has and is in the process of making

811 N. Catalina Ave. #1055 * Redondo Beach, California 90277
Phone 310.425.5555          thelegaldiva@gmail.com          Facsimile 310.316.0022
www.thelegaldiva.com
The Legal Diva®

Exhibit 2-30

everyone whole and the deprivation of his freedom as a punishment is not logical in comparison to the other options available to "punish" Ed – i.e., community service. Ed knows the gravity of his actions and taking away his freedom does more harm to society than good because Ed has people who rely on him. It is much more fitting to put an electronic bracelet on him and allow him to continue working.

In closing, I beseech this Court to have mercy on Mr. Wishner. Ed doesn't have too much time left on this planet and the majority of his life was used for good. He didn't take anyone's life. The wrong he committed can be righted and he has taken every step possible to do just that. Please do not throw the book at him. Please consider his advanced age, the actions he has taken to make everyone whole, the good he has done in his life, the people who rely on him and need him and please carefully weigh all this on the scales of justice when you decide what his appropriate "punishment" should be.

I am available further should you need further information or clarification.

Yours very truly,

Loredana Nesci, Esq.

Exhibit 2-30