Honorable S. James Otero
United States District Court Judge
312 North Spring St, Courtroom 1-2nd Floor
Los Angeles CA 90012

My name is Vassiliki Flessas or Bess as Ed likes to call me. My husband and I built custom homes in the 70's and then set up a couple of small businesses in the 80's. Now we are retired.

I am Ed Wishner's next door neighbor and have been for 36 years. We met on the day of my daughter's sweet 16 birthday party. The Wishner's had just moved into the house next door and were in the backyard and through the chain link fence we greeted each other for the first time. They were very friendly and I instantly took a liking to them. We became fast friends and would go out for dinner, play cards, we were in and out of each other's homes, our kids played together, and my husband planted their first fruit trees in their yard. We spent holidays together. Ed's wife would make us pumpkin pie for Thanksgiving (and to this day still does) and I would give Ed my homemade Easter cookies that he loves so much. One of Ed's favorite memories that he loves to tell people is what fun it was to come over for Easter and take part in the roasting of the lamb on the spit and the greek music with all the food and how much he misses this event because we no longer host Easter at our house. We have many wonderful memories of times spent together.

Ed is a wonderful, loving and caring husband, father and grandfather. I admire these qualities in Ed because family is the most important thing in my life. I feel very fortunate to have had such a wonderful family and friends leaving next door to me. Ed is a down to earth kind of person, easy to talk to, courteous and trustworthy, always with a smile on his face and a kind word. This is the Ed I know and love.

Sincerely,
Vassiliki Flessas

Exhibit 2-31

# Mehrnaz Sepehripour

**25345 Prado de las Fresas**
**Calabasas, CA 91302**
**Telephone: (818) 4423020**

**Email: nazie@loanverse.com**

Honorable S. James Otero
United District Court Judge
312 North Spring Street,
Courtroom 1-2nd Floor
Los Angeles, CA 90012

Re: Edward Wishner

Honorable James Otero,

My name is Mehrnaz Sepehripour, I am the president and owner of LoanVerse, a mortgage brokerage firm.

I have known Edward Wishner ("Ed") for over the past 30 years. My first reaction of learning about Ed's legal trouble was shock and disbelief. I seriously think that there must be mistake and I questioned if he was framed and/or got involved with the wrong people. I will never believe Ed would be capable of any wrongdoing of any kind.

He is one of the kindest hearted people I have ever known. I will always feel fortunate to have a friend like Ed. He consistently goes out of his way to help others. I have known him as a great friend, husband, father and grandfather. His family and friends have always looked up to him for advice and support.

Respectfully, I ask your Honor for your kind consideration of Ed's true character, and his contribution to his community, family, and friends.

Sincerely yours,

Mehrnaz Sepehripour

Exhibit 2-32

August 16, 2015

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd floor
Los Angeles, CA 90012

RE:     Character letter for Edward Wishner

Honorable Jude,

This letter serves as my experience with Ed in the past 20 years. When I graduated from college and started working, I was introduced to Ed for my accounting. Since then I have gone to his office for filing my taxes.

Throughout these years, he has not only been my accountant but like a second father. He has always provided me with the utmost recommendation; provided me with pros and cons, etc. He told me how to start savings, IRA or Roth IRA, invest in mutual funds, get life insurance and living trust.

I learned a lot from him. He never told me what to do other than providing me with all the information so that I can make an educated and informed decision. My visit with him for my taxes would be a couple of hours out of which majority of it was not even related to my business but more like sharing his time with his family, telling me stories regarding playing basketball, etc. That is why I enjoyed him and still do.

I went through a divorce and he was one of the people who gave me positive words. What is so amazing is that because of his honesty and character both myself and my ex-wife have been going to him.

Last year he told me about what has happened with his wrong business choice because he wanted me to know if I make a bad decision knowing it is wrong, I should expect the consequences.

I could not believe what he did and it was a total shock. This is not his character and totally unlike Ed. His honesty and integrity had kept me and lot of other people his continued client and friend. I can only say that because you don't find many people that admit to their wrong doing and accepting the consequence. I truly believe that, what he did was not intentional and he regrets what he did.

In closing, I would like to state that I have no doubt that Ed would ever do anything wrong again. He has had a good life and he would like to enjoy the remainder of his life with his family.

Respectfully,
Behzad Sepehripour

Exhibit 2-33

Honorable S. James Otero
United States District Court Judge
312 North Spring Street,
Courtroom 1-2nd Floor
Los Angeles, CA 90012

Re: Edward Wishner

Honorable S. James Otero,

My name is Audrey Sanchez, and I am the receptionist for Edward Wishner Co. Accounting office.

I've known Mr. Wishner ("Ed") for almost my entire life. My mother has worked in the same accounting office for 16 years now, and as a child around the age of 4, my mother would sometimes bring me with her to the office if there was no one to babysit me.

When I first heard about legal trouble that Ed was in, I was shocked. I absolutely couldn't believe it. I never could've imagined that he would be stuck in this kind of situation.

For all the years that I've known Ed, I've never seen him show anyone any type of animosity or disrespect. He is one of the most genuine, kind-hearted people I've ever met. Since the beginning, when it came to his clients, Ed would do everything he could for them. He has had millions of chances to take advantage of ignorant people who come into the office, not even knowing the difference between paying their federal and state taxes, but he never did and we have yet to have someone come to the office and complain about the work that Ed has done for them. If you were to call every single one of his accounting clients and asked them what they thought about Ed, I know for a fact that all they would be able to say are great things and how much he's helped them over the years.

I hope your Honor that I have enlightened you about the side of Mr. Wishner that truly counts, and that you take into consideration all the good that he has done throughout his life that he never even expected to receive gratitude for.

Sincerely,

Audrey Sanchez

Exhibit 2-34

July 18, 2015

Mark Glyptis
1827 Coro Terrace,
Glendale, CA. 91208

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA. 90012

Dear Honorable Judge James Otero:

My wife and I are taking this opportunity to provide you with our opinion of Mr. Edward Wishner's character. My wife is a Glendale Unified district teacher and I'm a retired Aerospace Engineer formally working at Honeywell Inc.

Ed has been a family friend over thirty-five years as a friendly next-door neighbor to my sister's in-laws in Woodland Hills.
Over the years Ed and his wife Beverly have been invited to our families functions to share their presence over food, and light conversations over a variety of interests. In all of those occasions, the Wishner's always conducted themselves in a proper upstanding manner during any occasion. Ed was always a gentleman.

On the business side, Ed has been our family accountant for many years. I have been impressed with his professionalism in the handling of our personal information. Even though he manages other extended families personal business and tax information, he has never crossed over the very fine line intermingling information between the family finances. He has shown consistent integrity and good judgment in his professional life.

I'm very disappointed to see him in this state.

Sincerely,

*Mark Glyptis*

Mark Glyptis

Exhibit 2-35

# NADER LAW FIRM, APLC.

16530 Ventura Boulevard, Suite 405
Encino, California 91436
Telephone: (818) 788-5008
Fax: (818) 788-8846

August 10, 2015

Honorable S. James Otero
United District Court Judge
312 North Spring Street,
Courtroom 1-2nd Floor
Los Angeles, CA 90012

Re: Edward Wishner

Honorable James Otero,

Please accept this letter as a request for leniency at the sentencing hearing of Edward Wishner (Ed).

Since 1996 I have been practicing law in Los Angeles as a bankruptcy attorney. The main part of my practice has been helping individuals and families save their homes from foreclosure.

I have personally known Ed for almost 20 years. He has always been an example to me and my family as a husband, father, grandfather, and a friend.

Ed is genuinely an authentic, honorable man. I met Ed in his office about 8 months ago and I saw him extremely upset. I asked him if everything is okay. He briefly explained the trouble that he was in with his partner. I suggested that he state the fact about his level of involvement. His response: "I will not throw my friend under the bus. That is not the kind of man I am". That statement had a profound effect on me and I will never forget it for the rest of my life.

I have personally witnessed how Ed goes out of his way to help others. He is truly a man of great character. I believe that he made a terrible mistake of judgment and never intended to harm anyone.

I respectfully ask your Honor for leniency in sentencing Ed. He is valuable part of our society and he poses no threat or risks to anyone.

Thank you for your time and consideration.

Very truly yours,

Ali R. Nader
Attorney at Law

Exhibit 2-36

Mitch Samimi

4700 Conchita Way

Tarzana

CA 91356

October 7, 2015

Dear Honorable S. James Otero,

I am a loan consultant and have been MR Wishners client since 1995.

Mr Wishner has been a great professional and very reliable person in my life. He has always been positive and inspirational to me.

I remember a time back in 2009 when times were really tough due to economic down turn and I was in a desperate need of financial help to pay my mortgage and keep my home payment for my family. I asked him if he can help me as my situation was really desperate. He did not hesitate to write me a check for 10000 dollars. I would like to let you know that I had asked several people for help and Ed Wishner was the only person that helped me. I had tears in my eyes when he handed me the check. Ed Wisner has a great heart.

He was very gracious and I had to accept his offer in order to save the day for my family. I shall never forget his generosity.

I believe in his integrity and straight forward character as I have Known him in the past 20 years. That is why I was absolutely shocked when I

Exhibit 2-37

heard about the case and still strongly believe this was out of his character.

I strongly believe that Ed Wishner could never be involved in any unlawful activity ever again.


Respectfully

Mitch Samimi

Exhibit 2-37

Honorable S. James Otero

My name is Martin Michaels. I have been a friend of Ed. Wishner for over 50 years. I have known him to be an honest and trustworthy man. I was shocked to hear of what he was accused of. It is very uncharacteristic of the guy I know !

I 'm quite sure he has learned a very sad lesson from the events that have occurred. I think some leniency could be shown his way due to his past behavior.

He is a very good family man and citizen and deserves a break.

Thank you in advance.

Martin Michaels

*Mart*

8-11-2015

Exhibit 2-38

# IN TOUCH TRADING, LLC

July 22, 2015

Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom I-2nd Floor
Los Angeles, CA. 90012

Re: Edward Wishner

To Whom It May Concern,

My name is Sasson Rejwan, a long-time friend to Ed Wishner. I am writing this in regard to Ed Wishner's case.

I have known Ed Wishner for over 32 years as both my CPA (for my businesses and personally) and as a close friend. Over the course of those 32 years, I have grown to known Mr. Wishner very well, and I believe I can offer a true assessment of his personality and character.

In short, any place or person would be lucky to have Mr. Wishner as their CPA or simply as a true friend. He is dedicated, and cares about putting out quality work at all times. He is also incredibly efficient, using all his time at work wisely and in the name of completing a project. Mr. Wishner is a very bright and personable individual who knows his work inside-out. He is highly self-motivated, independent and efficient – three qualities that someone working as an accountant cannot do without. His devotion to quality work, his professionalism and his ability to take initiative and work with complete abandon led us to even have and run businesses together in the last 32 years. He has played a pivotal role in many of our joint and my own financing activities.

On a personal level, Mr. Wishner is kind and generous, and well-liked by everyone he meets. He is funny without resorting to mean humor, and has a way of engaging all types of people. In fact, I don't believe I have ever heard another person say a bad word about Mr. Wishner. He is a good person. He has always been kind and generous with others. He has a strong sense of duty, which applies in his job, family, and community.

Mr. Wishner also possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing. For all the above reasons I hope you will look at my letter and the countless others you're receiving, and understand that Mr. Wishner is the kind of person around whom people rally. That has to say something, so please let that be a factor in your decision.

Sincerely,

Sasson Rejwan

Exhibit 2-39

ATTN:
Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2 nd Floor
Los Angeles, CA 90012

Edward Wishner has been my accountant for over ten years. His son, Russell was my childhood best friend and I am still very close to the Wisher's thirty five years later. Ed has been always been a very supportive and loyal person and has helped me in various points in my life. Ed is also an amazing father. I can remember he always participated in the football and basketball games growing up and I was always was a little envious of the relationship he has with Russell because he not only a father but he is also a best friend to his kids. Russell Wishner, Ed's son, is a very kind and loving man, someone who always comes through for his friends. It is clear to me that those characteristics were a direct result of Edward's parenting skills and his deep love for his children. I think about the Wisher's a lot and they are always in my prayers.

Jonathan Kates
Surgical Consultant LSI Solutions.
Katesjon1@gmail.com
208-995-6004

Exhibit 2-40

July 20, 2015


Honorable S. James Otero
United States District Court Judge
312 N. Spring St. Courtroom 1-2nd Floor
Los Angeles, Ca 90012


Dear Honorable Otero

I met Edward Wishner in 1992, after a recommendation by a dear friend of mine, Buddy Kaye, a famous songwriter and author, who is now deceased. Mr. Kaye spoke highly of him as he was involved with him in getting his taxes and advice with his accounting needs for quite a few years, besides considering him as a trusted friend. As I valued Mr. Kaye's character and intelligence, I took his advice and engaged Edward as my accountant, which he has been, since that time, till the present.

Throughout these years we have developed a relationship not only as him being my accountant, but consider him a good friend because he was always there for me when I called him and asked for advice, and never once did he charge me for that advice. I have found his tax rates are very reasonable, compared with my previous accountants that I have had thru the many previous years.

Prior to my retiring I was a land developer, and still hold my Broker's license, as I am still active when the occasion arrives.

I am not aware of what is going on with his life with regards to my writing this letter for character reference, but I assure you that our relationship has been excellent and I consider him a friend and a man of integrity and good character and a very kind person who I can count on to be there for me, should I be in need.

Yours truly

Jack marlin
428 N. Palm Drive
apt. 307
Beverly Hills, Calif. 90210

Exhibit 2-41

Honorable S. James Otero
United States District Court Judge
312 N spring St. Courtroom 1-2 new floor
Los Angeles, CA
90012


My name is Nicole Trevil, and I am writing on behalf do Edward  Wishner . I have known Ed for at least 20 years from helping out on my accounting issues I've had over the many years to being one of my regulars at my restaurant.

Although,I'm sure Edward feels remorseful for what has transpired I believe he doesn't deserve to be treated like a criminal. Every time I'm in his office he's helping so many people through out the day with their problems either on the phone or in person.

I also have  known  his wife, Beverley .  She is such a gracious, wonderful person and I fear she would be completely devastated from Edward leaving her life, as would all of us as well.

Please be gentle to my friend Ed . He deserves a second chance as do all of us one time or another. Please also know this is not the Edward that I've known for 20 + years.

Nicole Trevil

Exhibit 2-42

Fr:  Sina Cohen
     17337 Ventura Blvd #103
     Encino, CA 91316




To:  Honorable S. James Otero
     United States District Court Judge
     312 North Spring Street, Courtroom 1-2nd Floor
     Los Angeles, CA 90012

---

Dear Honorable James Otero:

My name is Sina Cohen, I am the Property Manager of French Quarter, located at
20969 Ventura Blvd., Woodland Hills CA 91364.
I have had the pleasure of having Mr. Edward Wishner, who I also call "Uncle Ed", for
the last sixteen years. Mr. Wishner has been an outstanding tenant and a pleasure to work
with. I was saddened and shocked to hear about his legal news.

It is out of character for him. I wish him well and will be happy to have him as a tenant
and friend.


Sincerely yours,

Sina Cohen
Sina Cohen

Exhibit 2-43

July 14, 2015


Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA 90012


We would like to take this opportunity to write a character letter on behalf of Mr. Ed Wishner.  Mr. Wishner has been our accountant and friend for over ten years.  During that time he has served this office and our patients well providing practical advice both professionally and personally.  When establishing business relationships we always contacted him for consultation as his input into future business relationships were paramount. He was an advocate for our office and as such many opportunities resulted in positive benefits and allowed this office to survive so that we may continue to provide care for those in the community.

From our perspective Mr. Wishner always demonstrated honesty.  He was available and straightforward with his communications.  We have always had a positive experience with him and we genuinely believe that he is a man of good character.  It is our hope that the strength of our words indicate our belief in this man.

Sincerely,



Jeff Tirsch and Glenn Lowenberg
Doctors of Chiropractic

Exhibit 2-44

Domenico Caputo &
Christie Caputo
5136 Evanwood Ave
Oak Park, Ca 91377


Honorable S. James Otero
United States District Court Judge
312 North Spring Street, Courtroom 1-2nd Floor
Los Angeles, CA 90012


August 14, 2015


Re: Edward Wishner


Honorable James Otero,


I have known Ed since 1989. He handled all my tax affairs, business and personal, for
me and my wife. I came to this country not knowing how to start my life in a new
environment and he helped me excel in life. He's always been there for me to show his
support without asking for anything in return. He did everything out of the goodness of
his heart. Since then we've been very good friends and he's the only person I would trust
when it comes to giving advice and giving an input or opinion about my life's choices.

I worked in a restaurant in Westlake Village, CA as a Manager. Ed was a frequent visitor
and the whole restaurant knew him and looked forward to greet him because of his nature
and character. All are in shock and hope the court will give Ed's fate the wisdom to once
show everybody else.

Respectfully yours,


Domenico Caputo &


Christie Caputo

Exhibit 2-45

Honorable S. James Otero
United States District Court Judge
312 North Spring Street,
Courtroom 1-2nd Floor
Los Angeles, CA 90012

Douglas Snider
22287 Mulholland Hwy. #415,
Calabasas, CA 91302

Dear Honorable S. James Otero,                    September 16, 2015

As a man the age of 60, a Parent of two adult children, married to my Wife of 34 years, a San Fernando business owner for 30 years and one who is active in the West Valley community, please take a moment to read the following in behalf of Mr. Edward Wishner.

I initially met Mr. Wishner years ago, during one of our High Holiday services at Temple Kol Tikvah in Woodland Hills, CA, where I am an active Member. Around these specific times, people look within to better themselves and think about what they can do to help others. Over the many years that followed, I have witnessed him praying and possibly more important, donating his time, energy, money and food, to help those who are not well off and so desperately in need. To this, I have observed Mr. Wishner donating his time and knowledge to others, with regards to accounting and in these particular cases, without charging for his expertise and assistance. Actually I know some who look towards Ed more as a Father figure, than just an experienced professional, that is so willing to be accessible by others when needed, here in our community.

Your Honor, I wholeheartedly plea that during your reflections, that you please factor in and coming from one who is committed to things that benefit our community and a better future for all, how Mr. Wishner has been involved in the community, takes action to positively influence others, truly does do great deeds and other than the result of just being human, leads and ethical and moral life.

For the above reasons and more, in all candor, I cannot imagine Mr. Wishner ever experiencing further negative interactions with the legal system, other than maybe a traffic ticket now and then. I also doubt with his Wife and Family living here, that he would do anything to create any negative impact to them &/or him.

Thank you very much in advance,

Douglas Snider

Exhibit 2-46

# EXHIBIT 3

Tirsch & Lowenberg Chiropractic
*Doctors of Chiropractic*
6400 Canoga Ave, #333
Woodland Hills, CA 91367
(818) 888-6200 Fax (818) 703-9125

July 31, 2015

To whom it may concern,

RE: Edward Wishner

Mr. Edward Wishner is currently under our care for musculo-skeletal problems with are degenerative in nature. As you know he has recently been diagnosed with a stroke and is in the process of recovering from that condition. The weakness which resulted from the stroke condition complicated his musculo-skeletal complaints which include radiating pain down his arms and legs. He has osteoarthritis of the spine which affects the bones, ligaments, and discs. This is chronic condition which affects his ability to ambulate and he currently has a restriction of no lifting, no standing greater than 30 minutes, and to minimize physical exertion.

Mr. Wishner is being treated with physiotherapy, chiropractic care, and pain medication. If you have any questions please feel free to contact the under signed.

Sincerely,

Jeff Tirsch and Glenn Lowenberg
Doctors of Chiropractic

Exhibit 3

# EXHIBIT 4



DORDI WILLIAMS COHEN LLP

724 South Spring Street | Suite 903
Los Angeles, CA 90014
www.dordiwilliamscohen.com
(v) 213-232-5160
(f) 213-232-5167

Kim Sanders
Direct Office 213-232-5164
ksanders@dordiwilliamscohen.com

July 29, 2015

**VIA FAX**

Dr. Lawrence May
5525 Etiwanda Ave., #320
Tarzana, CA 91356

      Re:    Edward Wishner

Dear Dr. May:

      Our office represents your patient Mr. Wishner. I am writing to request that you write a brief letter to the court summarizing Mr. Wishner's medical conditions. Attached please find a HIPAA release signed by Mr. Wishner authorizing you to release information to our office. Please don't hesitate to contact me if you have any questions

                                  Sincerely,

                                  Kim Sanders

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION PURSUANT TO THE HEALTHCARE INFORMATION PORTABILITY AND ACCOUNTABILITY ACT OF 1996 (HIPAA)

### PATIENT/ENTITY INFORMATION

Patient Name: __Edward Wishner__        Date of Birth: __11/8/1938__

Social Security/Institutional Identification Number: __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__

I hereby authorize:     __Dr. Lawrence May__
                  (Name of Person/Facility with Records/Information)

            __5525 Etiwanda Ave., #320__     __Tarzana, CA__       __91356__
            (Street Address)                 (City, State )          (Zip Code)

to disclose my protected healthcare information ("PHI") to **Dordi Williams Cohen, LLP, 724 South Spring Street, Suite 903, Los Angeles, CA 90014** its attorneys, investigators, paralegals and assistants, including any and all medical files, documents, information and/or records, relating to myself delivered to the attention of __Reuven Cohen__      at the above mentioned address.

For the purposes of this authorization, the terms "medical files, documents, information and/or records" are to be construed broadly and include without limitation the original or copy thereof, regardless of origin or location, or any book, pamphlet, periodical, letter, memorandum, telegram, report, record, study, handwritten notes, working paper, charts, paper, graphs, calendar, index, tape, data sheet, or data processing card, or any other written, recorded, transcribed, punched, taped, filmed or graphic item, e-mails or other electronic files, however produced or reproduced, which is in your possession, or in the possession of any of your agents, contractors or employees, or any person or entity to which you have access.

I understand that **Dordi Williams Cohen, LLP**, its attorneys, investigators, paralegals and assistants, may use my signed authorization to obtain any and all medical files, documents, information and/or records, including PHI, from any number of medical institutions and providers. It is my intention to allow the Federal Public Defender to obtain all medical files, documents and/or records, including PHI, from any institution, provider or insurer that possesses such materials.

### SPECIFIC TYPE(S) OF HEALTH INFORMATION YOU ARE AUTHORIZED TO DISCLOSE:

By initialing the lines below, I specifically authorize the release of:

_(initialed)_ **MEDICAL INFORMATION:** (may be related to drug/alcohol use, abuse or dependency, mental health, immunizations/vaccinations, and communicable or venereal diseases)

_(initialed)_ **MENTAL HEALTH INFORMATION:** (may be psychiatric/psychotherapy notes)

By initialing the lines below:

_____ I specifically authorize the release of **HIV test results**.

_____ I specifically authorize the release of information pertaining to **alcohol and/or drug use, abuse and/or dependency and related diagnoses or treatments**.

_____ I specifically authorize the release of all PHI by **verbal disclosure**.

## PURPOSE:

Any information provided pursuant to this release is to be used in the legal proceedings of  United States v. Edward Wishner, 2:14-CR-712-SJO _____ including related legal actions. I understand that use of the material in those proceedings may involve disclosure of PHI to individuals or entities that are not covered by HIPAA, and in which case, it may no longer be protected.

## ACKNOWLEDGMENT OF MY RIGHTS:

I understand this authorization to release my health information is voluntary. I understand that treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

I understand I have the right to revoke this authorization at any time by notifying the provider in writing. I understand that my revocation will be effective upon its receipt by the person(s) I have authorized to release the material, but will not be effective to the extent that such persons have previously acted in accordance with this authorization and in reliance thereon. I understand I have a right to receive a signed copy of this completed authorization form.

## EXPIRATION OF AUTHORIZATION:

Unless otherwise revoked, this authorization expires at the conclusion of the legal proceedings referenced above. If no date is indicated, the authorization will expire 12 months after the date of my signing this form. A copy of this authorization is valid as the original.

_Edward Wishner_
Print Name

Patient Signature
(If Signed by Other than Patient, Attach Documentation and Indicate Relationship Here)

Date: 4/14/15

Witness (Printed Name): Analyn Solero

Witness Signature

FPD HIPAA AUTH (JAN. 2015) Page 2 of 2

02/23/2015            Ed Wishner

I talked to him a little bit about some of his personal issues. I have explained to him that he is a fairly sick guy and we certainly would not want him to be incarcerated. I want him to talk to Ben-Zur tomorrow about whether to do another echo or not and to send me a summary note. He is in atrial fibrillation and on Coumadin. I think that there is some MCI, although he feels that his memory is ok. I am going to do some formal testing. He is in atrial fib, he has no swelling, and he has lost a couple of pounds. His CRP was very high. I would like to see that coming down and we will see him again in one week. LAM: mm

Exhibit 4