Reuven L. Cohen  (Bar No. 231915)
Email: rcohen@dordiwilliamscohen.com
Marc S. Williams (Bar No. 198913)
Email: mwilliams@dordiwilliamscohen.com
Charles J. Snyder (Bar No. 287246)
Email: csnyder@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street, Suite 903
Los Angeles, CA 90014
Telephone:  (213) 232-5163
Facsimile:   (213) 232-5167

Attorneys for Defendant,
EDWARD WISHNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD WISHNER,<br><br>Defendant. | Case No. CR-14-712-SJO<br><br>***EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT**<br><br>Sentencing Date:  November 16, 2015<br>Sentencing Time: 9:00 a.m. |

| | |
|---|---|
| 1 | Defendant Edward Wishner applies *ex parte* to file Exhibit 1 to his Sentencing |
| 2 | Position under seal. Good cause exists for allowing Mr. Wishner to file Exhibit 1 under |
| 3 | seal because Exhibit 1 contains non-parties' private financial information. *See Phillips ex* |
| 4 | *rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210 (9th Cir. 2002) (court may |
| 5 | seal documents upon a showing of good cause); *Buchanan v. Homeservices Lending LLC*, |
| 6 | No. 11-CV-922-MJL(MDDx), 2012 WL 5505775, at *2 (S.D. Cal. Nov. 13, 2012) ("In the |
| 7 | present case, the documents sought to be filed under seal . . . contain plaintiffs' sensitive |
| 8 | financial information that was produced during discovery and that is attached to a |
| 9 | nondispositive motion. Applying the 'good cause' standard, the Court finds sealing [the |
| 10 | exhibits] to be appropriate."); *Nursing Home Pension Fund v. Oracle Corp.*, No. 01-CV- |
| 11 | 988-MJJ, 2007 WL 3232267, at *4 (N.D. Cal. Nov. 1, 2007) ("Symond's request to seal |
| 12 | personal financial information meets the 'good cause' standard given his non-party privacy |
| 13 | interest") (citing *In re Boston Herald, Inc.,* 321 F.3d 174, 190 (1st Cir. 2003)). |

Dated: November 2, 2015         **DORDI WILLIAMS COHEN, LLP**

By: /S/ Reuven L. Cohen
    Reuven L. Cohen, Esq.
    Marc S. Williams, Esq.
    Charles J. Snyder, Esq.
    Attorneys for Defendant,
    EDWARD WISHNER