Reuven L. Cohen (Bar No. 231915)
Email: rcohen@dordiwilliamscohen.com
Marc S. Williams (Bar No. 198913)
Email: mwilliams@dordiwilliamscohen.com
Charles J. Snyder (Bar No. 287246)
Email: csnyder@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street, Suite 903
Los Angeles, CA 90014
Telephone: (213) 232-5163
Facsimile: (213) 232-5167

Attorneys for Defendant,
EDWARD WISHNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-14-712-SJO |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING** *EX PARTE* **APPLICATION TO SEAL** |
| v. | |
| EDWARD WISHNER, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO SEAL**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Edward Wishner's *Ex Parte* Application for Order Sealing Document is GRANTED. Exhibit 1 shall be filed under seal.

DATED: November __, 2015

_____
HON. S. JAMES OTERO
United States District Judge

OR IN CASE OF DENIAL:

Mr. Wishner's *Ex Parte* Application for Order Sealing Document is DENIED. Exhibit 1 shall be filed on the public docket.

DATED: November __, 2015

_____
HON. S. JAMES OTERO
United States District Judge

Presented by:

*/s/ Reuven L. Cohen*
REUVEN L. COHEN