Reuven L. Cohen  (Bar No. 231915)
Email: rcohen@dordiwilliamscohen.com
Marc S. Williams (Bar No. 198913)
Email: mwilliams@dordiwilliamscohen.com
Charles J. Snyder (Bar No. 287246)
Email: csnyder@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street, Suite 903
Los Angeles, CA 90014
Telephone:  (213) 232-5163
Facsimile:  (213) 232-5167

Attorneys for Defendant,
EDWARD WISHNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD WISHNER,<br><br>　　　　　　　Defendant. | Case No. CR-14-712-SJO<br><br>**DECLARATION OF REUVEN L. COHEN IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT**<br><br>Sentencing Date:  November 16, 2015<br>Sentencing Time: 9:00 a.m. |

**DECLARATION ISO *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT**

# DECLARATION OF REUVEN L. COHEN

I, Reuven L. Cohen, declare as follows:

1. I represent Mr. Wishner in this matter. I make this declaration in support of the recently-filed *Ex Parte* Application for Order Sealing Document. *See* Docket No. 86.

2. On October 28, 2015, I received a copy of the SEC Receiver's "Net Winners" list. That list is attached as **Exhibit 1** to Mr. Wishner's Sentencing Position.

3. Exhibit 1 identifies non-party NASI investors by name; Exhibit 1 also states how much each "winning" investor profited from NASI.

4. To protect the privacy of those non-party investors, I am filing Exhibit 1 under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on November 5, 2015 in Los Angeles, California

Dated: November 5, 2015          By:     *Reuven L. Cohen*
                                                                                          Reuven L. Cohen