RANEE A. KATZENSTE (SBN 187111)
Assistant United States Attorney
United States Attorney's Office
312 N. Spring St., 11th Floor, Los Angeles, CA 90012
Phone (213) 894-2432; Email ranee.katzenstein@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF(S)

v.

JOEL BARRY GILLIS and EDWARD WISHNER,

DEFENDANT(S).

CASE NUMBER:

CR 14-712-SJO

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

ADDITIONAL LETTERS AND VICTIM IMPACT STATEMENTS SUBMITTED BY VICTIMS RE JOEL BARRY GILLIS AND EDWARD WISHNER; GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF RANEE A. KATZENSTEIN; AND [PROPOSED] ORDER SEALING DOCUMENT

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[ ] Per Court order dated: _____
[ ] Administrative Record
[ ] Other:

November 12, 2015
Date

RANEE A. KATZENSTEIN
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)     **NOTICE OF MANUAL FILING OR LODGING**