EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
PAUL STERN (Cal. Bar No. 162734)
Assistant United States Attorney
Senior Litigation Counsel
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0715
    Facsimile: (213) 894-6269
    E-mail:    paul.stern@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-712-SJO |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR AN AMENDED ORDER RE: RESTITUTION TO CORRECT TYPOGRAPHICAL ERROR; DECLARATION OF PAUL G. STERN |
| v. | |
| JOEL BARRY GILLIS, and EDWARD WISHNER | |
| Defendants. | |

    The government hereby applies _ex parte_ for an amended order regarding restitution in the above-entitled matter.  For the reasons set forth in the attached declaration of Assistant United States Attorney Paul G. Stern, the Court's original Order Regarding Restitution in this matter contained a typographical error, resulting in an inaccuracy of $9.90 in the total amount of restitution specified in the government's proposed Order Regarding Restitution,

//

//

//

which was entered by the Court on January 26, 2016.  This typographical error is corrected in the proposed Amended Order of Restitution submitted by the government in connection with this unopposed ex parte application.

This ex parte application is based on the attached declaration of Paul G. Stern.

Dated: February 18, 2016            Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


 /s/ *Paul G. Stern*
PAUL G. STERN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF PAUL G. STERN**

I, Paul G. Stern, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California and, along with AUSA Ranee A. Katzenstein, I represent the government in this case.

2. On or about January 26, 2016, the parties in the above-entitled matter submitted under seal a stipulation regarding restitution for defendants Joel Barry Gillis and Edward Wishner and Exhibit, pursuant to which the parties stipulated that the total amount of restitution in this matter was $124,542,945.55, to be distributed to identified victims as set forth in the NASI Loss Spreadsheet attached as Exhibit A to the stipulation. In connection with and pursuant to that stipulation, the government also submitted under seal an Order Regarding Restitution for Defendants Joel Barry Gillis and Edward Wishner, which the Court signed on January 26, 2016.

3. In recently reviewing the Order Regarding Restitution submitted by the government and signed by the Court in the above-entitled matter, I realized for the first time that the submitted Order contained a typographical error inconsistent with the parties' stipulation in that the total restitution amount was specified as $124,542,955.45, whereas the total amount of restitution agreed upon by the parties in their stipulation was $124,542,945.55. In other words, because of an inadvertent juxtaposition of two digits, the total amount of restitution specified in the government's proposed order and subsequently ordered by the Court was overstated by the amount of $9.90.

4. In order to correct this error, the government is hereby submitting, attached to this ex parte application, an amended proposed Order of restitution, specifying that the total amount of restitution is the correct and agreed-upon amount of $124,542,945.55, to be disbursed to the identified victims as set forth in the spreadsheet attached as Exhibit A to the parties' stipulation of January 26, 2016. The government also respectfully requests that the Court file amended Judgment and Commitment Orders in the above-entitled matter as to defendants GILLIS and WISHNER, reflecting the inclusion of this correct total restitution amount in defendants' respective judgment and commitment orders.

5. I have contacted counsel for JOEL BARRY GILLIS, James W. Spertus of Spertus, Landes & Umhoffer, LLP, and counsel for EDWARD WISHNER, Reuven L. Cohen of Dordi Williams Cohen, LLP, to inform them of the government's intention to file the instant ex parte application, and both counsel have stated that they do not oppose the government's ex parte application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed in Los Angeles, California.

Dated: February 18, 2016

_____
PAUL G. STERN