1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   PAUL STERN (Cal. Bar No. 162734)
4  Assistant United States Attorney
   Senior Litigation Counsel
5  Major Frauds Section
        1100 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone:  (213) 894-0715
        Facsimile:  (213) 894-6269
8       E-mail:     paul.stern@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

```
                    FILED
          CLERK, U.S. DISTRICT COURT

              FEB 21 2016

          CENTRAL DISTRICT OF CALIFORNIA
          BY                      DEPUTY
```

10                  UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. CR 14-712-SJO

13              Plaintiff,             [PROPOSED] AMENDED ORDER REGARDING
                                       RESTITUTION FOR DEFENDANTS JOEL
14              v.                     BARRY GILLIS AND EDWARD WISHNER

15  JOEL BARRY GILLIS, and
16  EDWARD WISHNER

17              Defendants.

18

19        Based on the stipulation previously submitted by the parties on

20  or about January 26, 2016 and on the government's ex parte

21  application submitted on February 18, 2016, and for GOOD CAUSE shown,

22  it is hereby determined that defendants JOEL BARRY GILLIS and EDWARD

23  WISHNER are jointly and severally liable to pay restitution in the

24  above-entitled matter in the amount of $124,542,945.55, to be

25  disbursed to the identified victims as set forth in the NASI Loss

26  //

27  //

28  //

1    Analysis spreadsheet attached as Exhibit A to the parties'

2    previously-filed stipulation.

3         IT IS SO ORDERED.

4    Dated: February 21 2016



5                              _____
                               HON. S. JAMES OTERO
6                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2